**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEW YORK MARINE AND GENERAL** | § | |
| **INSURANCE COMPANY** | § | |
|     *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-2301** |
| | § | |
| **THOMAS OILFIELD SERVICES, LLC and** | § | |
| **IMPERIUM INSURANCE COMPANY** | § | |
|     *Defendants.* | § | |

**NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S
<u>FIRST AMENDED COMPLAINT FOR DAMAGES</u>**

TO THE HONORABLE COURT:

COMES NOW NEW YORK MARINE AND GENERAL INSURANCE COMPANY ("New York Marine"), and make this its First Amended Complaint for Damages against Defendants THOMAS OILFIELD SERVICES, LLC ("TOS"), and IMPERIUM INSURANCE COMPANY ("Imperium"), and shows the Court as follows:

## I.　INTRODUCTION

1.　This breach of contract action is asserted by New York Marine individually and in its subrogated interests to the rights of its named insured, CalTex Energy Group, LLC ("CalTex"), for TOS and Imperium's failure to defend and indemnify CalTex in pending litigation.

## II.　PARTIES

2.　Plaintiff New York Marine is incorporated in New York and maintains its principal place of business in New Jersey. Accordingly, New York Marine is a citizen of the States of New York and New Jersey.

3.    Defendant TOS is a Texas-formed limited liability company whose members are natural persons, including Greg Peeler, Mary E. Peeler, Bryan Baird, and Michael Horne, all of whom reside in Texas.  Therefore, TOS is a citizen of the State of Texas.

4.    Defendant Imperium is Texas-formed company which maintains its principal place of business in Houston, Texas.  Accordingly, Imperium is a citizen of the State of Texas.

### III.    JURISDICTION AND VENUE

5.    The amount in controversy in this case exceeds $75,000.

6.    This Court has subject matter jurisdiction under 28 U.S.C. §1332.

7.    Venue is proper in this Court under 28 U.S.C. §1391(b)(1) because Defendant Imperium maintains its principal place of business, and thus resides in this judicial district and/or 28 U.S.C. §1391(b)(2) as a substantial part of the events giving rise to these claims against Defendants Imperium and TOS occurred in this judicial district.

### IV.    SUMMARY OF CLAIMS

8.    This breach of contract action arises from Imperium and TOS' wrongful refusal to defend and indemnify New York Marine's named insured, CalTex Energy Group, LLC ("CalTex") in an underlying lawsuit bearing Cause No. DC-24-01235; *Ian Cook v. Patterson-UTI Drilling Company, LLC, Pioneer Natural Resources Company, and CalTex Energy Group, LLC;* In the 14th Judicial District Court of Dallas County, Texas (the "Underlying Lawsuit").[1]

9.    In the Underlying Lawsuit, Ian Cook, an alleged employee of TOS, brought suit against CalTex, among others, for alleged injuries he received while on-site the Patterson-UTI Drilling Company Rig #261 Well Site (the "Well Site").  According to Cook's allegations, he was

---

[1] *See* Exhibit "A," attached hereto and incorporated herein by reference, that being a true and correct and complete copy of the Underlying Lawsuit's Original Petition, the live pleading as of the date of the filing of this First Amended Complaint.

injured when a forklift operated by an alleged CalTex employee hyperextended the forks of the forklift, causing the right fork to come into contact with Cook's head.

10.    Based upon the relationship of various master service agreements, CalTex and New York Marine tendered CalTex's defense and indemnification from the Underlying Lawsuit to TOS and Imperium. To date, Imperium and TOS have wholly failed and refused to defend or indemnify CalTex for the Underlying Lawsuit in breach of the subject master service agreements. New York Marine has thus incurred fees and expenses defending its named insured, which should have been properly paid by TOS and/or Imperium and for which New York Marine seeks recovery.

## V.    MASTER SERVICE AGREEMENTS, IMPERIUM POLICY AND FACTUAL ALLEGATIONS

11.    New York Marine incorporates and realleges the preceding paragraphs 1-10 as though fully set out herein.

*Pioneer/TOS MSA*

12.    Pioneer Natural Resources USA, Inc., Pioneer Natural Resources Pumping Services, LLC, Pioneer Natural Resources Well Services, LLC, Pioneer Water Management, LLC, and Premier Silica LLC (collectively, "Pioneer") entered an Amended and Restated Master Service/Sales Agreement with TOS effective April 22, 2016 (the "Pioneer/TOS MSA").[2] The Pioneer/TOS MSA identifies the Pioneer entities as "Company" and TOS as "Contractor." Relevant provisions of the Pioneer/TOS MSA include:

. . .

(12)    Maintenance of Insurance.   Contractor shall secure and maintain at all times while this Agreement is in force, at Contractor's sole cost and expense, insurance coverages of the nature, and with minimum limits equal to, or in excess of, the requirements set forth on Exhibit "A," attached hereto and incorporated herein.   If the insurance policies secured and maintained by

---

[2] *See* Exhibit "B," attached hereto and incorporated herein by reference, that being a true and correct and complete copy of the Pioneer/TOS MSA.

Contractor include limits in excess of those minimum limits required by this Agreement, Company Group shall be an additional insured to the full extent of the limits provided by such insurance. Additionally, nothing contained in this Agreement is intended to limit the scope of insurance coverage available to Company Group as an additional insured. The satisfaction of any deductibles or self-insured retentions attendant to said coverages shall be the sole responsibility of Contractor. If Contractor fails to procure or maintain any insurance for which it is responsible under this Article 12, Company may, but shall not be required to, procure and maintain such insurance, and Contractor shall promptly reimburse Company for the cost of such insurance following the receipt of Company's invoice, or Company, at its option, may deduct the cost of such insurance from any amounts due, or which may become due, to Contractor under any transaction.

All insurance coverage carried by Contractor shall name each member of Company Group as an "additional insured" so that said insurance be made to extend to and protect Company Group to the same extent Contractor is covered relative to transactions governed by this Agreement. Said insurance coverage shall also be primary as to any other existing, valid and collectible insurance otherwise available to Company, and shall be endorsed to waive, to the extent beneficial to Company Group but not otherwise, any and all claims by the underwriters or insurers against Company Group relative to transactions governed by this Agreement.

. . . .

(13) Indemnities.

The following definitions shall apply throughout this Agreement:

"Claim(s)" shall mean all claims, demands, causes of action, and liability of every kind and character, including all expenses of litigation or claims, court costs, and attorneys' fees.

"Company Group" shall mean the Company, its parent, affiliates and subsidiaries, and their respective contractors and subcontractors (of any tier) (other than the Contractor which is a Party to this Agreement and its subcontractors), and/or all agents, officers, directors, and employees of each of the foregoing.

"Contractor Group" shall mean Contractor, its parent, affiliates, and subsidiaries, and their respective contractors and subcontractors (of any tier), and/or all agents, officers, directors, and employees of each of the foregoing.

    (a)   (i)   CONTRACTOR AGREES TO AND SHALL RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY, DEATH, AND/OR PROPERTY

DAMAGE, THAT MAY BE MADE OR ASSERTED BY ANY MEMBER OF CONTRACTOR GROUP, ARISING OUT OF, RESULTING FROM OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY THIS AGREEMENT **(INCLUDING BUT NOT LIMITED TO THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF THE COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF THE COMPANY GROUP).** This indemnification obligation shall be supported by all liability insurance maintained by Contractor for the applicable policy period with policy limits equal to the lesser of (1) the total limits of all liability insurance, including but not limited to the insurance required to be procured by Contractor in Exhibit (A), purchased by Contractor for the applicable policy period; or (2) the total limits of all liability insurance purchased by Company for the applicable policy period. If it is judicially determined that the monetary limits of insurance supporting the indemnities voluntarily and mutually assumed under this Paragraph 13(a) exceed the maximum limits permitted under applicable law, it is agreed that said insurance requirements or indemnities shall automatically be amended to conform to the maximum monetary limits permitted under such law. The insurance provided in support of these indemnity obligations shall, however, in no way limit Contractor's indemnity obligations hereunder save and except to the extent necessary, if any, to prevent said indemnification obligations from being declared void, unenforceable or otherwise inoperative.

(ii)    COMPANY AGREES TO AND SHALL RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY, DEATH, AND/OR PROPERTY DAMAGE, THAT MAY BE MADE OR ASSERTED BY ANY MEMBER OF COMPANY GROUP ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF CONTRACTOR GROUP).** This indemnification obligation shall be supported by all liability insurance maintained by

Company for the applicable policy period with policy limits equal to the lesser of (1) the total limits of all liability insurance purchased by Company for the applicable policy period; or (2) the total limits of all liability insurance, including, but not limited to, the insurance required to be procured by Contractor in Exhibit (A), purchased by Contractor for the applicable policy period.  If it is judicially determined that the monetary limits of insurance  supporting  the indemnities voluntarily and mutually assumed under this Paragraph 13(a) exceed the maximum limits permitted under applicable law, it is agreed that  said  insurance  requirements  or indemnities shall automatically  be amended  to conform  to  the maximum  monetary  limits  permitted  under  such  law.   The insurance provided in support of these indemnity obligations shall, however,   in   no   way   limit Company's indemnity  obligations hereunder, save and except to the extent necessary, if any, to prevent said   indemnification   obligations   from   being   declared   void, unenforceable or otherwise inoperative.

(b)   In the event the provisions of Chapter 151 of the Texas Insurance Code are applicable to a particular transaction, the following mutual indemnity  provisions  in  subparagraphs  13(b)(ii) and 13(b)(iii) will govern that transaction.

(i) THE     PARTIES     DO     NOT     INTEND     THAT     ANY TRANSACTIONS     SUBJECT     TO     THIS     AGREEMENT     BE CONSTRUED  AS  A  "CONSTRUCTION  CONTRACT"  OR  AN AGREEMENT     "COLLATERAL     TO     OR     AFFECTING     A CONSTRUCTION  CONTRACT"  WITHIN  THE  MEANING  OF TEXAS  INSURANCE CODE  SECTION 151.102, ET SEQ.  IF A TRANSACTION   IS   CONSTRUED   AS   A   "CONSTRUCTION CONTRACT"  OR  AN  AGREEMENT  "COLLATERAL  TO  OR AFFECTING   A CONSTRUCTION  CONTRACT"  WITHIN  THE MEANING OF TEXAS INSURANCE CODE   SECTION   151.102, ET  SEQ.,  BY  A  COURT  OF  COMPETENT JURISDICTION, THEN  THE  INDEMNITIES  PROVIDED  IN  SUBPARAGRAPHS 13(b)(ii) AND 13(b)(iii) OF THIS AGREEMENT SHALL APPLY.

(ii) CONTRACTOR   AGREES   TO   AND   SHALL,   RELEASE, DEFEND,  INDEMNIFY  AND  HOLD  HARMLESS  COMPANY GROUP  FROM  AND  AGAINST  ANY  AND  ALL  CLAIMS  ON ACCOUNT OF BODILY INJURY OR DEATH, THAT MAY    BE MADE   OR   ASSERTED    BY   CONTRACTOR'S    OR    ITS SUBCONTRACTOR'S (OF  ANY  TIER) EMPLOYEES  AND/OR AGENTS,   ARISING   OUT   OF,   RESULTING   FROM,   OR   IN ANYWAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY,  THIS

AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF COMPANY GROUP).**

(iii)COMPANY AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY OR DEATH, THAT MAY BE MADE OR ASSERTED BY COMPANY'S EMPLOYEES AND/OR AGENTS, ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF CONTRACTOR GROUP).**

(c) NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, AND WITHOUT IN ANY WAY LIMITING THE SCOPE AND EXTENT OF ANY INDEMNITIES PROVIDED FOR IN ANY OTHER PROVISION OF THIS AGREEMENT, CONTRACTOR AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF PROPERTY DAMAGE (WHETHER REAL OR PERSONAL) THAT MAY BE MADE OR ASSERTED BY ANY PERSON OR ENTITY IN CONNECTION WITH ANY POLLUTION OR CONTAMINATION (INCLUDING CLEANUP AND/OR THE CONTROL AND REMOVAL OF SAME) WHICH ARISES OUT OF CONTRACTOR GROUP'S OPERATIONS HEREUNDER, OR ORIGINATES FROM ANY PROPERTY OWNED, LEASED, HIRED OR PROVIDED BY CONTRACTOR GROUP **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY**

**VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF COMPANY GROUP).**

(d)    NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, AND WITHOUT IN ANY WAY LIMITING THE SCOPE AND EXTENT OF ANY INDEMNITIES PROVIDED FOR IN ANY OTHER PROVISION OF THIS AGREEMENT, CONTRACTOR AGREES TO RELEASE, DEFEND, INDEMNIFY, AND HOLD HARMLESS COMPANY GROUP, AND ITS AND THEIR CO-LESSEES, WORKING INTEREST PARTNERS, AND JOINT VENTURERS, FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF PROPERTY DAMAGE AND/OR BODILY INJURY OR DEATH (INCLUDING BUT NOT LIMITED TO BODILY INJURY OR DEATH IN CONNECTION WITH ANY POLLUTION OR CONTAMINATION), THAT MAY BE MADE OR ASSERTED BY ANY THIRD PARTY THAT DIRECTLY OR INDIRECTLY ARISES FROM WORK UNDER THIS AGREEMENT TO THE EXTENT OF CONTRACTOR GROUP'S ALLEGED OR ACTUAL PROPORTIONATE NEGLIGENCE OR FAULT. FOR THE PURPOSES OF PARAGRAPH 13(d), "THIRD PARTY" MEANS ANY PERSON OR ENTITY OTHER THAN A MEMBER OF CONTRACTOR GROUP OR COMPANY GROUP.

(e)    For purposes of this Article 13, the term "Indemnifying Party" shall mean the Party having an obligation to indemnify a person or persons pursuant to this Agreement, and the term "Indemnified Party" shall mean a person or persons having the right to be indemnified by a Party pursuant to this Agreement. To make a claim for indemnification under this Agreement, the Party asserting the right to be indemnified shall notify the other Party in writing of its claim, such notice to include the details of the underlying claim, and the specific basis under this Agreement for indemnification of the underlying claim (the "Indemnification Claim Notice"). The receiving Party shall respond in writing to the Indemnification Claim Notice no later than twenty (20) days after receipt of same.

If the receiving Party agrees in writing to indemnify the other Party for the claim specified in the Indemnified Claim Notice (the "Indemnified Claim"), the Indemnifying Party shall have the right and obligation to defend diligently the Indemnified Claim at its sole cost and expense. The Indemnifying Party shall have full control of such defense and

proceedings, including any compromise or settlement thereof. If requested by the Indemnifying Party, the Indemnified Party agrees to cooperate with any actions reasonably necessary to contest any aspect of the Indemnified Claim that the Indemnifying Party elects to contest *(provided, however,* that the Indemnified Party shall not be required to bring any counterclaim or cross-complaint against any person). The Indemnified Party may, at its sole cost and expense, participate in, but not control, any defense or settlement of any Indemnified Claim. An Indemnifying Party shall not, without the written consent of the Indemnified Party, which consent shall not be unreasonably withheld, settle any Indemnified Claim, or consent to the entry of any judgment with respect thereto that (i) does not result in a final resolution of the Indemnified Party's liability with respect to the Indemnified Claim (including, in the case of a settlement, an unconditional written release of the Indemnified Party), or (ii) imposes on the Indemnified Party any material non-financial obligation, or any financial obligation outside the scope of the Indemnifying Party's indemnification obligations under this Agreement.

If the Indemnifying Party fails to accept its indemnification obligation in writing, or fails to diligently defend or settle the Indemnified Claim, then the Indemnified Party shall have the right to defend against the Indemnified Claim (at the sole cost and expense of the Indemnifying Party, if the Indemnified Party is entitled to indemnification hereunder) with counsel of the Indemnified Party's choosing. If the Indemnified Party settles any Indemnified Claim over the objection of the Indemnifying Party after the Indemnifying Party has timely accepted the Indemnified Claim, the Indemnified Party shall be deemed to have waived any right to indemnity therefor.[3]

13.     Exhibit "A," to the Pioneer/TOS MSA includes the MSA's insurance requirements, including the requirement that TOS, as "Contractor," identify "Company Group" as an additional insured on TOS' insurance policies, including commercial general liability insurance, auto liability insurance, and excess liability insurance.[4]

---

[3] *See* Exhibit "B," attached hereto.
[4] *See* Exhibit "B," attached hereto.

*Pioneer/CalTex MSA*

14.    Various Pioneer entities entered an Amended and Restated Master Service/Sales Agreement with CalTex effective August 24, 2018 (the "Pioneer/CalTex MSA").[5]    The Pioneer/CalTex MSA identifies the Pioneer entities as "Company" and CalTex as "Contractor." Paragraphs 12 and 13 of the Pioneer/CalTex MSA include the identical terms and conditions as Paragraphs 12 and 13 of the Pioneer/TOS MSA.

15.    Exhibit "A," to the Pioneer/CalTex MSA includes the MSA's insurance requirements.[6]

*Imperium Policies*

16. Imperium issued its commercial general liability policy number OGS-IIC-GL-0000220-00 to its named insured, TOS, for the policy term September 30, 2021 through September 30, 2022 (the "Imperium CGL Policy").[7]  The Imperium CGL Policy includes an additional insured endorsement which provides, in relevant part:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| Name of Additional Insured Person(s) or Organization(s) | Location(s) of Covered Operations |
|---|---|

---

[5] *See* Exhibit "C," attached hereto and incorporated herein by reference, that being a true and correct and complete copy of the Pioneer/CalTex MSA.
[6] *See* Exhibit "C," attached hereto.
[7] *See* Exhibit "D," attached hereto and incorporated by reference, that being a true and correct and complete copy of the Imperium CGL Policy.

| Any person or organization with whom you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage | Any location where you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage. |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

A. Section II – Who Is An Insured is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury," "property damage," or "personal and advertising injury" caused, in whole or in part, by:

    1. Your acts or omissions; or

    2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.[8]

. . . .

17. Imperium issued its business auto liability policy number OGS-IIC-CA-0000224-00 to its named insured, TOS, for the policy term September 30, 2021 through September 30, 2022 (the "Imperium Auto Policy").[9] The Imperium Auto Policy includes an additional insured endorsement which provides, in relevant part:

**DESIGNATED INSURED FOR
COVERED AUTOS LIABILITY COVERAGE**

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" for Covered Autos Liability Coverage under the Who Is An Insured provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

---

[8] *See* Exhibit "D," pdf image 61 of 106, the "Blanket Additional Insured Endorsement."
[9] *See* Exhibit "E," attached hereto and incorporated by reference, that being a true and correct and complete copy of the Imperium Auto Policy.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** Thomas Oilfield Services LLC

**Endorsement Effective Date:** 9/30/2021

---

### SCHEDULE

| Name Of Person(s) Or Organization(s): |
|---|
| Blanket as required by written agreement or contract, executed prior to the loss. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Each person or organization shown in the Schedule is an "insured" for Covered Autos Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Paragraph **A.1.** of Section **II** – Covered Autos Liability Coverage in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.2.** of Section **I** – Covered Autos Coverages of the Auto Dealers Coverage Form.[10]

*Factual Allegations*

18. The Underlying Lawsuit was filed on or about January 23, 2024.

19. CalTex tendered the Underlying Lawsuit to TOS and/or Imperium on or about February 5, 2025.

20. Having no response from TOS and/or Imperium to CalTex's February 5, 2025 tender, New York Marine, individually and as subrogated to the rights of its named insured, CalTex, re-urged its tender to TOS and/or Imperium on April 30, 2025.

21. Imperium denied CalTex's and New York Marine's tender on May 6, 2025.

---

[10] *See,* Exhibit "E," pdf image 56 of 76, the "Auto Policy AI Endt."

Case 4:25-cv-02301 Document 49 Filed 03/03/26 in TXSD Page 13 of 252

22. TOS has failed to respond to CalTex and/or New York Marine's tenders.

## VI. BREACH OF CONTRACT BY TOS

23. New York Marine incorporates and realleges the preceding paragraphs 1-22 as though fully set out herein.

24. As another, separate and distinct contractor for Pioneer, CalTex qualifies as "Company Group" under Section 13 of the Pioneer/TOS MSA.

25. Based upon the express terms of the Pioneer/TOS MSA, TOS owes contractual indemnity, including defense and indemnity of the Underlying Lawsuit, to CalTex pursuant to Section 13 of the Pioneer/TOS MSA because CalTex qualifies as "Company Group."

26. TOS has breached the Pioneer/TOS MSA and its contractual duties and obligations to "Company Group," including CalTex, by failing and refusing to assume the defense and indemnification of CalTex in the Underlying Lawsuit.

27. TOS' breach of contract was a proximate and producing cause of actual damage to New York Marine. New York Marine has sustained damage and injury to the extent it has expended fees and expenses associated with the defense of CalTex in the Underlying Lawsuit of which New York Marine maintains a subrogated interest. New York Marine has also sustained damage and injury to the extent it has expended claims adjustment fees and expenses. Also, New York Marine has been damaged to the extent it has been forced and compelled to bring this instant suit and incurred additional attorneys' fees and expenses in pursuing this instant action.

28. The Pioneer/TOS MSA also requires TOS to "name each member of Company Group [CalTex] as an 'additional insured' so that said insurance be made to extend to and protect Company Group [including CalTex] to the same extent Contractor is covered relative to transactions governed by this Agreement." (*See* Exhibit "B," Section 12.) Exhibit "A" to the

Pioneer/TOS MSA reiterates the requirement for TOS to identify "Company Group" as an additional insured. (*See* Exhibit "B," the Exhibit "A" attached thereto.)

29.     To the extent CalTex may possibly fail to qualify as an additional insured under the Imperium CGL Policy and/or the Imperium Auto Policy, if at all, TOS has breached the Pioneer/TOS MSA and its contractual duties and obligations to "Company Group," including CalTex, by failing to procure the contractually-required additional insured coverage benefitting "Company Group," including CalTex, for the Underlying Lawsuit.

30.     TOS' breach of contract was a proximate and producing cause of actual damage to New York Marine. New York Marine has sustained damage and injury to the extent it has expended fees and expenses associated with the defense of CalTex in the Underlying Lawsuit of which New York Marine maintains a subrogated interest. New York Marine has also sustained damage and injury to the extent it has expended claims adjustment fees and expenses. Also, New York Marine has been damaged to the extent it has been forced and compelled to bring this instant suit and incurred additional attorneys' fees and expenses in pursuing this instant action.

## VII.    BREACH OF CONTRACT BY IMPERIUM

31.     New York Marine incorporates and realleges the preceding paragraphs 1-30 as though fully set out herein.

32.     As another, separate and distinct contractor for Pioneer, CalTex qualifies as "Company Group" under Section 13 of the Pioneer/TOS MSA.

33.     Pursuant to Section 12 and Exhibit "A," of the Pioneer/TOS MSA, TOS had a contractual obligation to identify "Company Group" as additional insured under TOS' commercial general liability insurance, commercial auto liability insurance, and excess liability insurance.

34.     The Imperium CGL Policy includes the Blanket Additional Insured Endorsement.

35. The Imperium Auto Policy includes the Auto Policy AI Endt.

36. CalTex qualifies as an additional insured under the Imperium CGL Policy's Blanket Additional Insured Endorsement for those claims asserted against CalTex in the Underlying Lawsuit.

37. CalTex qualifies as an additional insured under the Imperium Auto Policy's Auto Policy AI Endt.

38. The Imperium CGL Policy includes no exclusions applicable to the pleadings asserted in the Underlying Lawsuit and no exclusions applicable to the facts of the Underlying Lawsuit.

39. The Imperium Auto Policy includes no exclusions applicable to the pleadings asserted in the Underlying Lawsuit and no exclusions applicable to the facts of the Underlying Lawsuit.

40. CalTex properly and timely submitted a claim to Imperium and tendered the Underlying Lawsuit to Imperium in an attempt to secure benefits and rights owed to it under the Imperium CGL Policy and/or the Imperium Auto Policy, including its right to provision of defense by Imperium in the Underlying Lawsuit.

41. Imperium, when presented with CalTex's request for a defense, wrongfully denied CalTex's claim and/or failed to timely provide a defense to CalTex in the Underlying Lawsuit.

42. Imperium failed to perform its contractual duty to provide CalTex a defense in the Underlying Lawsuit. Specifically, Imperium refused to retain and pay a defense attorney to represent and defend CalTex in the Underlying Lawsuit, despite due demand for defense and all conditions precedent being carried out and accomplished by CalTex and/or New York Marine.

Imperium's conduct constitutes a breach of the Imperium CGL Policy and/or the Imperium Auto Policy.

43.    Imperium's breach of contract was a proximate and producing cause of actual damage to New York Marine. New York Marine has sustained damage and injury to the extent it has expended fees and expenses associated with the defense of CalTex in the Underlying Lawsuit of which New York Marine maintains a subrogated interest. New York Marine has also sustained damage and injury to the extent it has expended claims adjustment fees and expenses. Also, New York Marine has been damaged to the extent it has been forced and compelled to bring this instant suit and incurred additional attorneys' fees and expenses in pursuing this instant action.

## VIII.    ATTORNEYS' FEES AND EXPENSES

44.    New York Marine incorporates and realleges the preceding paragraphs 1-43 as though fully set out herein.

45.    New York Marine, as subrogated to the rights of CalTex, seeks recovery of its attorneys' fees and expenses incurred in this instant action based upon the breach of contract by TOS and/or Imperium pursuant to Tex. Civ. Prac. & Rem. Code Ch. 38.

46.    New York Marine reserves the right to amend or supplement this complaint as discovery and facts of the Underlying Lawsuit and/or this instant action may support.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff New York Marine and General Insurance Company prays that judgment be entered against Defendants Thomas Oilfield Services, LLC and/or Imperium Insurance Company on all claims and for New York Marine and General Insurance Company's actual, consequential, and incidental damages, attorneys' fees, litigations expenses, costs of court, pre- and post-judgment interest, and reasonable and necessary attorneys'

fees and expenses/costs incurred in prosecuting this action, including any and all appeals to any courts of appeal; and that New York Marine and General Insurance Company be granted such other and further relief, at law and in equity, both general and special, to which it may show itself justly entitled.

Dated this 18th day of August, 2025.

Respectfully submitted,

/s/ Stephen A. Melendi
Stephen A. Melendi
Attorney-in-Charge
SBN 24041468
Southern District of Texas No. 38607
stephenm@tbmmlaw.com
Suzanne A. Schlicher
SBN 02601800
Southern District of Texas No. 15040
suzannes@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Ave., Suite 250 West
Dallas, Texas 75204
Telephone – 214.665.0100
Facsimile – 214.665.0199

**ATTORNEYS FOR PLAINTIFF,
NEW YORK MARINE AND GENERAL
INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing document was electronically served on all counsel of record/parties on this the 18th day of August, 2025.

/s/ Suzanne A. Schlicher
Suzanne A. Schlicher

# Exhibit A

Case 4:25-cv-02301   Document 49   Filed 03/03/26 in TXSD   Page 19 of 252

FORM NO. 353-3—CITATION
# THE STATE OF TEXAS

To : **CALTEX ENERGY GROUP, LLC**
**BY SERVING ITS REGISTERED AGENT**
**PAUL TANIOUS**
**5806 FM 715**
**MIDLAND, TEXAS 79706**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **IAN COOK**

Filed in said Court **23rd day of January, 2024** against

**PATTERSON-UTI DRILLING COMPANY, LLC; PIONEER NATURAL RESOURCES COMPANY; CALTEX ENERGY GROUP, LLC**

For Suit, said suit being numbered **DC-24-01235,** the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 29th day of January, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy
MONICA ALVIDREZ

---

Delivered 3-14-24
a. Manly )PSC2816
ESERVE

## CITATION

No.: **DC-24-01235**

**IAN COOK**
**vs.**
**PATTERSON-UTI DRILLING COMPANY, LLC, et al**

**ISSUED**
on this the 29th day of January, 2024

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MONICA ALVIDREZ**, Deputy

**Attorney for Plaintiff**
**ANTHONY GLENN BUZBEE**
600 TRAVIS ST
SUITE 7300
HOUSTON TX 77002-3004
713-223-5393
tbuzbee@txattorneys.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

Cause No. DC-24-01235

Court No.: 14th District Court

Style: IAN COOK
vs.
PATTERSON-UTI DRILLING COMPANY, LLC, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.
Executed at _____, within the County of _____ at _____
o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of_____,

20_____, to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____

Case 4:25-cv-02301   Document 49   Filed 03/03/26 in TXSD   Page 20 of 252

FILED
1/23/2024 6:00 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY

3 CITS-ESERVE

DC-24-01235

CAUSE NO: _____

| | | |
|---|---|---|
| IAN COOK | §<br>§<br>§<br>§<br>§<br>§ 14th<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | | DALLAS COUNTY, TEXAS |
| PATTERSON-UTI DRILLING COMPANY, LLC, PIONEER NATURAL RESOURCES COMPANY, and CALTEX ENERGY GROUP, LLC | | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, Ian Cook, complaining of Defendants PATTERSON-UTI DRILLING COMPANY, LLC, PIONEER NATURAL RESOURCES COMPANY, and CALTEX ENERGY GROUP, LLC and for cause of action would respectfully show this Honorable Court the following:

### I.   DISCOVERY PLAN

Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure Rule 190.3 and affirmatively pleads that he seeks monetary relief aggregating more than $75,000.

### II.   FACTUAL BACKGROUND

Plaintiff Ian Cook is a non-CDL Technician for Thomas Oilfield Services. On or about January 23, 2022, Plaintiff was at a well site in Upton County, Texas where Patterson Rig # 261 was located. Plaintiff and his coworker had been dispatched by their employer to pick up some equipment at that site.

In order to pick up the equipment, the assistance of a forklift operator was required. On information and belief, a worker for Defendant CALTEX ENERGY GROUP, LLC (hereinafter

sometimes referred to as "CalTex"), Priciliano Martinez, Jr., drove the forklift under the direction and control of one or more of Defendants and/ or was acting as their agent while operating the forklift.

While Plaintiff was working to secure the equipment, suddenly and without warning, the right fork crashed down onto Plaintiff's head.

At the time of the incident, the forklift operator, Mr. Martinez, had hyperextended the forks after having driven the forklift into an area without sufficient room to operate properly and safely. Alberto Garza and other CalTex workers failed to spot the operator.

Plaintiff was severely injured as a result of the occurrence. Plaintiff suffered and still suffers extreme pain as a direct result of Defendants' negligence.

### III.   JURISDICTION

This Court has jurisdiction over the lawsuit because Defendants have substantial contacts with this forum as they regularly conduct business in the State of Texas and contracts with parties located in the State of Texas. Defendants have purposefully availed themselves to the benefits and protections offered by the State of Texas by virtue of its continuous and systematic contacts with Texas. Additionally, Defendant Pioneer Natural Resources Company's principal place of business is in Dallas County, Texas meaning that for diversity purposes, Pioneer Natural Resources Company is a citizen of the state of Texas. Further, PATTERSON-UTI DRILLING COMPANY, LLC's sole member, Patterson-UTI Energy, Inc., is a citizen of Texas because its principal place of business is in Texas. Accordingly, PATTERSON-UTI DRILLING COMPANY, LLC is a citizen of the state of Texas.

## IV.    VENUE

Venue is proper pursuant to Texas Civil Practice and Remedies Code section 15.002(3) and 15.005 because Defendant Pioneer Natural Resources Company has its principal office in Texas and principal place of business in Dallas County at 5205 N O'Connor Boulevard, Suite 200, Irving, Texas 75039. Additionally, venue is proper pursuant to Texas Civil Practice and Remedies Code section 15.002(1) as Plaintiff is treating for his injuries in Dallas County, Texas.

## V.    PARTIES

Defendant PATTERSON-UTI DRILLING COMPANY, LLC is a domestic for-profit limited liability company doing business in the State of Texas with its principal place of business in Harris County, Texas. It may be served by and through its registered agent: Capitol Corporate Services, Inc., 206 East 9th Street, Suite 1300, Austin, TX 78701.

Defendant PIONEER NATURAL RESOURCES COMPANY is a domestic corporation with its headquarters and principal place of business in Dallas County, Texas at 5205 N O'Connor Boulevard, Suite 200, Irving, Texas 75039. It may be served by serving its registered agent for process, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

Defendant CALTEX ENERGY GROUP, LLC is a domestic for-profit limited liability company. It may be served by serving its registered agent Paul Tanious at 5806 FM 715, Midland, Texas 79706.

## VI.    CAUSES OF ACTION

### A. NEGLIGENCE

Plaintiff re-allege each aforementioned allegation. Defendants owed a duty of reasonable care to the Plaintiff. Defendants breached the duty of reasonable care in one or more of the following non-exclusive ways, among others:

a. Failing to follow safety standards for forklifts and well sites;

b. Failing to institute and enforce precautionary measures to protect individuals working on the premises and work site;

c. Failing to properly and timely fix, and warn of, any job hazards;

d. Failing to safely schedule and/or plan the work;

e. Failing to properly and adequately hire, train, supervise, and retain employees, contractors, and agents;

f. Negligently hiring, training, supervising, and retaining employees, contractors, and agents;

g. Failing to properly inspect, repair, and maintain the equipment at the work site;

h. Failing to ensure necessary equipment was installed;

i. Failing to ensure safety personnel were in place;

j. Failure to follow process safety measures as required by the industry standard;

k. Failing to and/or negligently undertaking to perform services and/or use and maintain equipment, including but not limited to, the forklift, Defendant knew or should have known were necessary for Plaintiff's protection; failing to exercise reasonable care in performing those services or providing that equipment; Plaintiff relied upon Defendant's performance, and/or Defendant's performance increased Plaintiff's risk of harm.

l. Failure to reasonably carry out duties as per the contracts in place;

m. Failing to exercise reasonable care when directing and controlling the work being done with the forklift and on the well site;

n. Failing to properly train and/or supervise those on site; and

o. Failing to maintain a safe work environment for contractors at the facility.

Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident and Plaintiff's injuries.

The acts of negligence committed by Defendants' agents, servants, and/or employees arose directly out of and was done in prosecution of the business that they were employed to do by their

employer, who is therefore liable under the doctrine of *respondeat superior* for the negligent actions of its employees.

### B. GROSS NEGLIGENCE

Plaintiff re-alleges each aforementioned allegation. Plaintiff will further show that the acts and/or omissions of Defendants, when viewed objectively from Defendants' standpoint, involve an extreme degree of risk considering the probability and magnitude of the potential harm to others, namely those on the work site. Defendants had actual subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of others, including Plaintiff.

Specifically, among other acts of gross negligence, Defendants knew or reasonably should have known there should have been a spotter for the fork lift operator and/or warnings to avoid the substantial risk of injury to Plaintiff, but chose to ignore the risk and consciously refused to take measures to remedy the situation. Instead, Defendants chose profits over safety, leaving the forklift operator alone and instructing Plaintiff's crew to work in close proximity.

Defendants knew or should have known of the risk or risks associated, and Defendants' actions and omissions constitute gross negligence and malice as those terms are understood by law. Therefore, Plaintiff prays that punitive damages be awarded against Defendants. Plaintiff would show that nothing Plaintiff did, or failed to do, in any way contributed to this incident.

### VII.   DAMAGES

Plaintiff brings this lawsuit to recover for injuries sustained as a result of this incident. Plaintiff seeks damages for physical impairment in the past and future, medical expenses in the past and future, loss of earning capacity in the past and future, pain and suffering in the past and future; mental anguish in the past and future; disfigurement in the past and future; and loss of household services in the past and future. Plaintiff also seeks punitive damages in such amount

as may be found proper and just under the facts and circumstances as determined by the jury. Further, Plaintiff seeks court costs, as well as pre-judgment and post-judgment interest at the appropriate rate allowed by law.

All conditions precedent have been performed or have occurred.

## VIII.    REQUEST FOR JURY TRIAL

Plaintiff respectfully demands a jury trial and tenders the appropriate fee.

## IX.    PRAYER

Plaintiff prays that Defendants be cited to appear and answer for their conduct, that this case be set for trial without delay.   Plaintiff seeks damages well in excess of $1,000,000. Plaintiff prays he recovers a judgment for damages in such amount as the evidence may show and the trier of fact may determine to be proper, in addition to pre-judgment interest, post-judgment interest, costs, punitive damages, and all other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

## THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
    Anthony G. Buzbee
    State Bar No. 24001820
    Michael R. Eddington
    State Bar No. 24105835
    JPMorgan Chase Tower
    600 Travis Street, 75th Floor
    Houston, Texas 77002
    Tel: (713) 223-5393
    Fax: (713) 223-5909
    Email: tbuzbee@txattorneys.com
    Email: meddington@txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

# Exhibit B

## PIONEER NATURAL RESOURCES

## AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT

This Amended and Restated Master Service/Sales Agreement ("Agreement") is made and entered into by and between Pioneer Natural Resources USA, Inc., a Delaware corporation, Pioneer Natural Resources Pumping Services LLC, a Delaware limited liability company, Pioneer Natural Resources Well Services LLC, a Delaware limited liability company, Pioneer Water Management LLC, a Delaware limited liability company, and Premier Silica LLC, a California limited liability company, each with the address of 5205 N. O'Connor Boulevard, Suite 200, Irving, Texas 75039 (each "Company"), and _Thomas Oilfield Services, LLC_, a _Texas_, with the address of _PO Box 6617 Longview_, _Texas 75608_ ("Contractor"). Company and Contractor are sometimes hereinafter individually referred to as a "Party," and collectively as the "Parties."

WHEREAS, Company may, from time to time, in separate and independent transactions, retain Contractor for the purchase of goods and/or the provision of services in connection with various Company projects;

WHEREAS, the Parties hereto contemplate that the goods and services to be provided may be requested either orally or by written work order, purchase order, delivery ticket or other written instrument by a representative of Company ("Representative"); and

WHEREAS, the Parties hereto desire to enter into a master contract setting forth the terms and conditions under which all goods and services shall be provided by Contractor to Company, unless the Parties have agreed otherwise and have documented that agreement as hereinafter required.

NOW, THEREFORE, for and in consideration of the mutual promises hereinafter set forth, Company and Contractor agree as follows:

(1)    No Obligation to Request/Provide Goods or Services. This Agreement, in and of itself: (a) does not obligate Company to request goods or services from Contractor; (b) does not obligate Contractor to provide goods or services to Company; and (c) does not prohibit Company or Contractor from contracting with others to provide, or be provided, the same or similar goods or services.

(2)    Coverage of Agreement. Notwithstanding any verbal or written work orders, purchase orders, delivery tickets or other instruments used by the Parties in connection with a transaction regarding the provision of goods and/or services to Company, the terms of this Agreement shall control and govern all such transactions on and after the Agreement's effective date; and, to the extent the terms of any other agreement, express or implied, between Contractor and Company are contrary to the terms of this Agreement, the terms of this Agreement shall govern. Neither verbal agreements or representations, nor written work orders, purchase orders, delivery tickets or any other written instruments used by Contractor or Company shall become a part of any transaction between Company and Contractor for any purpose other than to describe the goods and services to be provided or performed by Contractor for Company, and/or to designate the time at which said goods and services are to be delivered or performed. All offers and acceptances by and between Contractor and Company while this Agreement is in effect are expressly limited to, and conditioned upon, the Parties' agreement to the terms of this Agreement.

MASTER SERVICE/SALES AGREEMENT (9-17-15)                                    Page 1

Should the Parties desire to waive this provision and agree that terms different from, or in addition to, those set out in this Agreement should be applicable to a specific transaction that would otherwise be governed by this Agreement, such waiver and agreement shall be enforceable only if contained in, or reflected by, a separate written instrument, signed by an authorized officer of each of the Parties, expressly referencing this Agreement and acknowledging and confirming the intention of the Parties that such separate written instrument supersede and take priority over the terms of this Agreement.

(3)   Warranties.  All goods, equipment, materials, and supplies furnished by Contractor hereunder shall be of the best quality for their respective purposes, shall be free from all defects, latent or otherwise, and shall meet the specifications provided in the applicable work order, purchase order, delivery ticket or other written instrument.  Any goods, materials, equipment and supplies provided by Contractor hereunder are subject to inspection and approval by Company.  Unless otherwise agreed by the Parties in writing, title and risk of loss to goods, equipment, materials and supplies shall pass to Company upon Company's final acceptance.  Contractor agrees to perform all services in a good and workmanlike manner.  CONTRACTOR WARRANTS ALL GOODS, EQUIPMENT, MATERIALS, AND SUPPLIES FURNISHED BY CONTRACTOR HEREUNDER FOR A PERIOD OF TWELVE (12) MONTHS FROM THE DATE OF INSTALLATION OR THE DATE SUCH ITEMS ARE PUT INTO SERVICE OR EIGHTEEN (18) MONTHS FROM THE DATE OF SHIPMENT, WHICHEVER IS LATER. CONTRACTOR WARRANTS THE PERFORMANCE OF ALL SERVICES OF ITS EMPLOYEES, SUBCONTRACTORS AND OTHER PERSONNEL AGAINST ANY DEFECT FOR A PERIOD OF TWELVE (12) MONTHS FROM THE DATE OF COMPLETION OF SUCH SERVICES.

Any portion of the goods or services found defective or unsuitable shall be removed, replaced, corrected, or repaired promptly by Contractor without additional cost or risk to Company.  If Contractor fails to complete the necessary corrective work promptly after receipt of Company's notice of defect, Company shall have the right to complete such corrective work itself or through another person or entity at Contractor's expense, and Company may deduct such expense from any amounts due to Contractor.  All warranties and guarantees given by Contractor's subcontractors shall extend to and benefit Company and be assigned by Contractor to Company or Contractor shall expressly subrogate Company to Contractor's rights thereunder.

Contractor agrees to inspect all materials and equipment furnished by Company, and shall notify Company of any apparent defects therein and provide Company with an opportunity to respond before Contractor uses such materials and equipment.  Should Contractor use such materials and equipment without notifying Company of any apparent defect, Contractor shall be deemed to have assumed all risk and liability from any mishap that may occur in Contractor's operations hereunder as a result of such defect.  Contractor's warranty herein shall not apply to the extent that Company installs, stores, operates or maintains the goods, equipment, materials, and supplies provided hereunder in a manner that is materially inconsistent with Contractor's written specifications.  Company's approval of specifications, drawings, samples or other descriptions furnished by Contractor shall not relieve Contractor of its obligations hereunder.  Contractor's warranties herein shall survive any acceptance, inspection or payment of the goods and services by Company, and shall be enforceable by Company's successors and assigns.  Subject to the other terms and conditions contained in this Agreement, Contractor shall be liable to Company for all direct damages incurred as a result of any defect or breach of warranty in any good or service covered by this Agreement.  EXCEPT AS OTHERWISE PROVIDED IN THIS ARTICLE 3, CONTRACTOR MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES,

INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

(4)     Time and Performance.  Upon acceptance by Contractor of a request for goods and/or services, either oral or written, Contractor shall commence and complete delivery and/or performance within the time frame specified by Company or Company's Representative or, in the absence of a specified time frame, shall pursue such work with reasonable diligence and complete it within a reasonable time frame.  Contractor agrees to provide competent supervision to all members of Contractor Group (as defined in Article 13) who are on premises owned or controlled by Company.  Contractor shall use its best efforts to perform the work in a manner that shall cause the minimum inconvenience to, and shall avoid damaging the interests or property (whether real or personal) of landowners and tenants wherever involved.  To the extent Contractor Group causes damage to real or personal property, Contractor shall promptly notify Company and, if requested by Company, Contractor shall restore the property to the condition it was in immediately prior to such damage.  Contractor shall assume all responsibility and risk during the performance of the work in locating, crossing and avoiding contact with utility lines, pipelines, sewers, water lines, cables, and other facilities, as the case may be, and shall promptly repair any damage to such facilities that occurs as a result of any act or omission of any member of Contractor Group.

(5)     Clean Up.  Contractor agrees to remove from Company's premises any debris and excess or unused material brought onto the premises by Contractor Group, and further agrees to clean up the premises to Company's satisfaction insofar as Contractor Group's activities have resulted in spills, trash or other waste.  In the event that Contractor fails to satisfactorily clean up the premises, Company shall have the right to perform the cleanup, or cause it to be performed, at Contractor's sole cost and expense.  If any member of Contractor Group releases a reportable quantity of oil, or a hazardous waste as defined by applicable state or federal regulations, Contractor shall immediately notify Company orally and in writing of such release.  Contractor shall provide, and shall ensure that any member of Contractor Group provides access to records and information in regard to any spill, leak, and release or clean up occurring while on Company's premises.

(6)     Amount and Time of Payment.  Company will pay Contractor for goods and services at the rates and/or prices agreed to in writing by Contractor and Company prior to commencement of the applicable work.  If work is performed on an oral basis, then the rates in Contactor's current rate sheet on file with Company shall apply, and in the event that no rate sheet is on file with Company, the rates set forth in Contractor's most recent published rate sheet shall apply.  Contractor shall bill Company at Company's address herein, or such other address specified by Company in writing, in accordance with instructions provided at the time of request for the work, and at the end of each month unless otherwise agreed to in writing by Contractor and Company.  Each invoice shall include reasonable detail and supporting evidence, and Contractor further agrees to provide any information that Company reasonably may request to verify the correctness of invoices.  Contractor's invoice must be received no later than sixty (60) days after completion of the work.  Prior to payment, Company may require Contractor to provide adequate proof that satisfactory provision has been made for the payment of any and all Company or third party claims for damages, labor, materials, or supplies that Contractor may have incurred or become liable for by reason of its delivery of goods and/or performance of services.

Company shall pay Contractor for goods or services within forty-five (45) days after receipt of approved invoices, unless a prior payment is required by law, rule or regulation of governmental authority; *provided, however*, Company may withhold payment in an amount that Company

MASTER SERVICE/SALES AGREEMENT (9-17-15)                    Page 3

deems necessary to protect itself from unsatisfied claims for labor, materials, equipment or supplies, or for injuries to persons or property not covered by insurance. Company may set-off against payments due Contractor any amount due and owing Company by Contractor for any reason. No lien, privilege, charge, or similar encumbrance shall become fixed upon the property of any member of Company Group (as defined in Article 13) because Contractor failed to pay its employees, suppliers, vendors, material men, or subcontractors, or its subcontractors failed to pay their employees. After being notified of the existence of such claims, charges, liens, privileges, or encumbrances, Contractor agrees to take all necessary steps to remove any such liens or privileges, and to further defend, indemnify, and hold Company Group harmless from and against all such claims, charges, liens, privileges, and encumbrances.

(7)    Books and Records. Contractor shall keep accurate and detailed books and records relating to all goods and services provided to Company. Such books and records shall include, but not be limited to, payroll records of employees (accounting for the total time of Contractor's employees working full or part-time for Company), Department of Transportation records, GPS records, invoices for purchases, shipping documentation, paid invoices, receipts and canceled checks for materials purchased, travel and entertainment documentation (including, but not limited to, employee expense reports), subcontracts (including proposals of successful and unsuccessful bidders), bank statements, cost estimates, safety records, contract amendments and change order files, memoranda and other correspondence. The books and records pertaining to a transaction shall be retained for a period of not less than two (2) full calendar years following the end of the calendar year in which Contractor's performance regarding such transaction was completed. Upon request and at reasonable times, at Contractor's expense such books and records shall promptly be made available to Company for inspection or audit by Company or any third party consultant selected by Company. If such audit reveals a discrepancy between the amount or value of goods or services billed to Company, and the value actually received, Company shall have the right to adjust its account with Contractor, which adjustment may necessitate a refund of funds previously disbursed to Contractor to be paid within thirty (30) days from presentation of Company's findings to Contractor.

Contractor agrees to cooperate fully with Company during audits including furnishing Company with copies of all requested documents whether in paper or electronic format. Company shall also have the right to obtain statements from Contractor's personnel in the course of such audits. Contractor agrees that any contracts or agreements with subcontractors that are entered into in support of any transactions entered into hereunder shall grant Company the right to exercise its audit rights with such subcontractors. It is understood and agreed that Company shall not be entitled to Contractor's cost structure, profit margins or other proprietary information except as reasonably necessary in order for Company to be able to effectively and efficiently audit Contractor Group's performance and/or charges.

(8)    Independent Contractor. Nothing contained in this Agreement shall be construed to deem Contractor as a partner, employee or agent of Company, nor shall either Party have any authority to bind the other in any respect. It is intended that Contractor shall, in all instances, be and remain an independent contractor responsible for its own actions and for its own agents, employees and representatives. In this regard, the Parties hereby acknowledge that the Company shall only have the right to prescribe and designate the result to be accomplished, and that Company does not retain any supervisory control or authority or right to direct or control any part of the work to be performed by Contractor. Actions taken by Company relating to any part of the work to be performed by Contractor hereunder shall not, in any respect, be the basis for the recognition of a right or duty by Company to direct or control the details of Contractor Group's performance.

(9)    Taxes, Licenses and Fees.  Contractor agrees to pay, or have paid, all taxes, licenses, and fees levied or assessed by any governmental agency, and any unemployment compensation, insurance, pension benefits, social security, and other taxes upon the wages of Contractor Group, in connection with or incident to the performance of Contractor Group hereunder.  Contractor agrees to reimburse Company on demand for any such taxes or governmental charges, state or federal that Company may be required or deems it reasonably necessary to pay on account of Contractor Group.  Contractor agrees to furnish Company with the information required to enable Company to make the necessary reports and to pay such taxes or charges.  At its election, Company is authorized to deduct all sums so paid for such taxes and governmental charges from such amounts as may be, or become, due to Contractor.

(10)    Compliance with the Law and Permits.  In the performance of work hereunder, Contractor agrees to comply with all laws, rules, regulations and orders, federal, state or municipal, which are now, or may hereafter become, applicable to Contractor's business, equipment or personnel, including, but not limited to, the Mine Safety and Health Act of 1977, as amended, and the Williams-Steiger Occupational Safety and Health Act of 1970, as amended.  Unless otherwise agreed in writing by the Parties, Contractor shall obtain and pay for, and cause its subcontractors to obtain and pay for, at its and their cost, all necessary permits, licenses and similar authorizations for Contractor Group that are required to be obtained in their respective names in connection with the performance of the work.  In the event a representative of any governmental body regulating the work finds any violation upon inspection of the work or work site which is in any way related to Contractor Group, Contractor shall take corrective action immediately at Contractor's sole cost and expense without limitation of any rights of Company.  FURTHER, CONTRACTOR AGREES TO BE RESPONSIBLE FOR, AND HEREBY AGREES TO RELEASE, DEFEND, INDEMNIFY AND HOLD COMPANY GROUP HARMLESS FROM AND AGAINST ANY AND ALL FINES, PENALITIES AND OTHER SIMILAR ASSESSMENTS IMPOSED OR ASSESSED AGAINST CONTRACTOR GROUP OR COMPANY GROUP AS A RESULT OF CONTRACTOR GROUP'S PARTIAL OR ALLEGED FAILURE TO COMPLY WITH ALL LAWS, RULES, REGULATIONS AND ORDERS.

(11)    Contractor's Safety Responsibilities and Company Inspections.  Contractor shall be responsible for the safety of the Contractor Group.  Contractor represents that it has a safety program in place, and that the members of Contractor Group have been properly trained by Contractor to safely perform the tasks required under this Agreement.  Contractor expressly agrees that Company shall have absolutely no duty to ensure that Contractor Group performs its work in a safe manner and shall have no responsibility, under any circumstances, for the safety of Contractor Group or for training such individuals in procedures adequate to safely perform the tasks performed or to be performed.

Company may make inspections or tests to determine that all work is properly performed.  Such inspections or tests may be conducted at any reasonable time at a mutually convenient place, including the premises of Contractor or any of its subcontractors, and Contractor shall give any assistance requested by Company in carrying out such inspections.  Any inspection or lack thereof, by Company shall not relieve Contractor of any of its obligations under this Agreement.  Additionally, Company may offer supplemental safety reviews, comments, or suggestions to Contractor and/or its employees, agents or subcontractors.  Contractor agrees that such safety reviews, comments, or suggestions do not in any way create a duty of care for Company.  Upon request, Contractor shall provide copies of any test reports, material certificates, permits, bonds, or licenses to Company.

MASTER SERVICE/SALES AGREEMENT (9-17-15)                                                    Page 5

Neither the right of Company to terminate a transaction and/or this Agreement, the right of Company to conduct searches and inspections, nor any other right reserved to Company hereunder, shall reserve to Company any right of control, or impose upon Company any duty to be responsible for the safety of Contractor Group. Contractor also agrees that Company shall have no responsibility to provide or to ensure that the members of Contractor Group have been provided with or are properly utilizing, any necessary protective and safety equipment in connection with the provision of goods and services.

Contractor agrees to ensure that all goods, equipment, materials, and supplies Contractor Group furnishes will be maintained in safe running order and inspected regularly by Contractor to ensure continued safe operation. Contractor agrees to provide Company, without request from Company, copies of all work-related injury and/or accident reports, prepared or obtained by Contractor relating to accidents occurring on the premises where Contractor is working pursuant to this Agreement. Contractor also agrees to provide Company, on request by Company, documentation which reflects work-related injury and/or accident frequency rates and applicable employee training within ten (10) days of such request.

(12)     Maintenance of Insurance. Contractor shall secure, and maintain at all times while this Agreement is in force, at Contractor's sole cost and expense, insurance coverages of the nature, and with minimum limits equal to, or in excess of, the requirements set forth on Exhibit "A," attached hereto and incorporated herein. If the insurance policies secured and maintained by Contractor include limits in excess of those minimum limits required by this Agreement, Company Group shall be an additional insured to the full extent of the limits provided by such insurance. Additionally, nothing contained in this Agreement is intended to limit the scope of insurance coverage available to Company Group as an additional insured. The satisfaction of any deductibles or self-insured retentions attendant to said coverages shall be the sole responsibility of Contractor. If Contractor fails to procure or maintain any insurance for which it is responsible under this Article 12, Company may, but shall not be required to, procure and maintain such insurance, and Contractor shall promptly reimburse Company for the cost of such insurance following the receipt of Company's invoice, or Company, at its option, may deduct the cost of such insurance from any amounts due, or which may become due, to Contractor under any transaction.

All insurance coverage carried by Contractor shall name each member of Company Group as an "additional insured" so that said insurance be made to extend to and protect Company Group to the same extent Contractor is covered relative to transactions governed by this Agreement. Said insurance coverage shall also be primary as to any other existing, valid and collectible insurance otherwise available to Company, and shall be endorsed to waive, to the extent beneficial to Company Group but not otherwise, any and all claims by the underwriters or insurers against Company Group relative to transactions governed by this Agreement.

If, in compliance with the provisions hereof governing assignability, Contractor employs subcontractors to perform any work hereunder, Contractor shall require such subcontractors to obtain, maintain and document to Contractor the existence of insurance coverage equivalent to that which said subcontractors would have been required to furnish to Company had they executed this Agreement as Contractor. Upon reasonable request, Contractor shall make available to Company the insurance documentation in its possession relating to subcontractors performing work on transactions governed by this Agreement.

Within 14 days of receiving a written request from Company, Contractor must furnish Company with current documentation (including, without limitation, copies of any applicable policies)

MASTER SERVICE/SALES AGREEMENT (9-17-15)                                          Page 6

evidencing compliance with the requirements of this Article 12. Any failure of Contractor to secure, maintain or furnish Company with current documentation evidencing compliance with the requirements of this Article 12 shall constitute a material breach of this Agreement and, notwithstanding Article 16, Company may immediately terminate this Agreement by providing written notice to Contractor. Any failure of Company to insist upon strict adherence to the requirements of this Article 12, and/or to police adherence to the requirements hereof, as to Contractor or other contractors as to whom similar requirements have been imposed, shall in no event be construed as a waiver of any of said requirements, nor may the requirements hereof be waived other than in writing by a duly authorized officer of Company in compliance with Article 2 hereof. The insurance required hereby shall, however, in no way be construed to limit Contractor's obligations pursuant to this Agreement, except and unless such a limitation is expressly provided for in this Agreement, or required by applicable law, in order for an underlying obligation to be enforceable, in which event the Contractor's relevant obligation shall be so limited.

(13)   <u>Indemnities</u>.

The following definitions shall apply throughout this Agreement:

"Claim(s)" shall mean all claims, demands, causes of action, and liability of every kind and character, including all expenses of litigation or claims, court costs, and attorneys' fees.

"Company Group" shall mean the Company, its parent, affiliates and subsidiaries, and their respective contractors and subcontractors (of any tier) (other than the Contractor which is a Party to this Agreement and its subcontractors), and/or all agents, officers, directors, and employees of each of the foregoing.

"Contractor Group" shall mean Contractor, its parent, affiliates, and subsidiaries, and their respective contractors and subcontractors (of any tier), and/or all agents, officers, directors, and employees of each of the foregoing.

(a)   (i)   CONTRACTOR AGREES TO AND SHALL RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY, DEATH, AND/OR PROPERTY DAMAGE, THAT MAY BE MADE OR ASSERTED BY ANY MEMBER OF CONTRACTOR GROUP, ARISING OUT OF, RESULTING FROM OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY THIS AGREEMENT **<u>(INCLUDING BUT NOT LIMITED TO THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF THE COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF THE COMPANY GROUP</u>)**. This indemnification obligation shall be supported by all liability insurance maintained by Contractor for the applicable policy period with policy limits equal to the lesser of (1) the total limits of all liability insurance, including but not limited to the insurance required to be procured by Contractor in Exhibit (A), purchased by Contractor for the applicable policy period; or (2) the total limits of all liability insurance purchased by Company for the applicable policy period. If it is judicially determined that the monetary limits of insurance supporting the indemnities voluntarily and mutually assumed under this Paragraph 13(a) exceed the maximum limits permitted under applicable law, it is agreed that said insurance requirements or indemnities shall automatically be amended to

MASTER SERVICE/SALES AGREEMENT (9-17-15)                                     Page 7

conform to the maximum monetary limits permitted under such law. The insurance provided in support of these indemnity obligations shall, however, in no way limit Contractor's indemnity obligations hereunder save and except to the extent necessary, if any, to prevent said indemnification obligations from being declared void, unenforceable or otherwise inoperative.

(ii)     COMPANY AGREES TO AND SHALL RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY, DEATH, AND/OR PROPERTY DAMAGE, THAT MAY BE MADE OR ASSERTED BY ANY MEMBER OF COMPANY GROUP ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF CONTRACTOR GROUP)**. This indemnification obligation shall be supported by all liability insurance maintained by Company for the applicable policy period with policy limits equal to the lesser of (1) the total limits of all liability insurance purchased by Company for the applicable policy period; or (2) the total limits of all liability insurance, including, but not limited to, the insurance required to be procured by Contractor in Exhibit (A), purchased by Contractor for the applicable policy period. If it is judicially determined that the monetary limits of insurance supporting the indemnities voluntarily and mutually assumed under this Paragraph 13(a) exceed the maximum limits permitted under applicable law, it is agreed that said insurance requirements or indemnities shall automatically be amended to conform to the maximum monetary limits permitted under such law. The insurance provided in support of these indemnity obligations shall, however, in no way limit Company's indemnity obligations hereunder, save and except to the extent necessary, if any, to prevent said indemnification obligations from being declared void, unenforceable or otherwise inoperative.

(b)     In the event the provisions of Chapter 151 of the Texas Insurance Code are applicable to a particular transaction, the following mutual indemnity provisions in subparagraphs 13(b)(ii) and 13(b)(iii) will govern that transaction.

(i)     THE PARTIES DO NOT INTEND THAT ANY TRANSACTIONS SUBJECT TO THIS AGREEMENT BE CONSTRUED AS A "CONSTRUCTION CONTRACT" OR AN AGREEMENT "COLLATERAL TO OR AFFECTING A CONSTRUCTION CONTRACT" WITHIN THE MEANING OF TEXAS INSURANCE CODE SECTION 151.102, ET SEQ. IF A TRANSACTION IS CONSTRUED AS A "CONSTRUCTION CONTRACT" OR AN AGREEMENT "COLLATERAL TO OR AFFECTING A CONSTRUCTION CONTRACT" WITHIN THE MEANING OF TEXAS INSURANCE CODE SECTION 151.102, ET SEQ., BY A COURT OF COMPETENT JURISDICTION, THEN THE INDEMNITIES PROVIDED IN SUBPARAGRAPHS 13(b)(ii) AND 13(b)(iii) OF THIS AGREEMENT SHALL APPLY.

(ii)     CONTRACTOR AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY OR DEATH, THAT MAY BE MADE OR ASSERTED BY CONTRACTOR'S OR ITS

SUBCONTRACTOR'S (OF ANY TIER) EMPLOYEES AND/OR AGENTS, ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT (**INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF COMPANY GROUP**).

(iii)　COMPANY AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY OR DEATH, THAT MAY BE MADE OR ASSERTED BY COMPANY'S EMPLOYEES AND/OR AGENTS, ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT (**INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF CONTRACTOR GROUP**).

(c)　NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, AND WITHOUT IN ANY WAY LIMITING THE SCOPE AND EXTENT OF ANY INDEMNITIES PROVIDED FOR IN ANY OTHER PROVISION OF THIS AGREEMENT, CONTRACTOR AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF PROPERTY DAMAGE (WHETHER REAL OR PERSONAL) THAT MAY BE MADE OR ASSERTED BY ANY PERSON OR ENTITY IN CONNECTION WITH ANY POLLUTION OR CONTAMINATION (INCLUDING CLEANUP AND/OR THE CONTROL AND REMOVAL OF SAME) WHICH ARISES OUT OF CONTRACTOR GROUP'S OPERATIONS HEREUNDER, OR ORIGINATES FROM ANY PROPERTY OWNED, LEASED, HIRED OR PROVIDED BY CONTRACTOR GROUP (**INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF COMPANY GROUP**).

(d)　NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, AND WITHOUT IN ANY WAY LIMITING THE SCOPE AND EXTENT OF ANY INDEMNITIES PROVIDED FOR IN ANY OTHER PROVISION OF THIS AGREEMENT, CONTRACTOR AGREES TO RELEASE, DEFEND, INDEMNIFY, AND HOLD HARMLESS COMPANY GROUP, AND ITS AND THEIR CO-LESSEES, WORKING INTEREST PARTNERS, AND JOINT VENTURERS, FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF PROPERTY DAMAGE AND/OR BODILY INJURY OR DEATH (INCLUDING BUT NOT LIMITED TO BODILY INJURY OR DEATH IN CONNECTION WITH ANY POLLUTION OR CONTAMINATION), THAT MAY BE MADE OR ASSERTED BY ANY THIRD PARTY THAT DIRECTLY OR INDIRECTLY ARISES FROM WORK UNDER THIS AGREEMENT TO THE EXTENT OF CONTRACTOR GROUP'S

ALLEGED OR ACTUAL PROPORTIONATE NEGLIGENCE OR FAULT. FOR THE PURPOSES OF PARAGRAPH 13(d), "THIRD PARTY" MEANS ANY PERSON OR ENTITY OTHER THAN A MEMBER OF CONTRACTOR GROUP OR COMPANY GROUP.

(e)    For purposes of this Article 13, the term "Indemnifying Party" shall mean the Party having an obligation to indemnify a person or persons pursuant to this Agreement, and the term "Indemnified Party" shall mean a person or persons having the right to be indemnified by a Party pursuant to this Agreement. To make a claim for indemnification under this Agreement, the Party asserting the right to be indemnified shall notify the other Party in writing of its claim, such notice to include the details of the underlying claim, and the specific basis under this Agreement for indemnification of the underlying claim (the "Indemnification Claim Notice"). The receiving Party shall respond in writing to the Indemnification Claim Notice no later than twenty (20) days after receipt of same.

If the receiving Party agrees in writing to indemnify the other Party for the claim specified in the Indemnified Claim Notice (the "Indemnified Claim"), the Indemnifying Party shall have the right and obligation to defend diligently the Indemnified Claim at its sole cost and expense. The Indemnifying Party shall have full control of such defense and proceedings, including any compromise or settlement thereof. If requested by the Indemnifying Party, the Indemnified Party agrees to cooperate with any actions reasonably necessary to contest any aspect of the Indemnified Claim that the Indemnifying Party elects to contest (*provided, however*, that the Indemnified Party shall not be required to bring any counterclaim or cross-complaint against any person). The Indemnified Party may, at its sole cost and expense, participate in, but not control, any defense or settlement of any Indemnified Claim. An Indemnifying Party shall not, without the written consent of the Indemnified Party, which consent shall not be unreasonably withheld, settle any Indemnified Claim, or consent to the entry of any judgment with respect thereto that (i) does not result in a final resolution of the Indemnified Party's liability with respect to the Indemnified Claim (including, in the case of a settlement, an unconditional written release of the Indemnified Party), or (ii) imposes on the Indemnified Party any material non-financial obligation, or any financial obligation outside the scope of the Indemnifying Party's indemnification obligations under this Agreement.

If the Indemnifying Party fails to accept its indemnification obligation in writing, or fails to diligently defend or settle the Indemnified Claim, then the Indemnified Party shall have the right to defend against the Indemnified Claim (at the sole cost and expense of the Indemnifying Party, if the Indemnified Party is entitled to indemnification hereunder) with counsel of the Indemnified Party's choosing. If the Indemnified Party settles any Indemnified Claim over the objection of the Indemnifying Party after the Indemnifying Party has timely accepted the Indemnified Claim, the Indemnified Party shall be deemed to have waived any right to indemnity therefor.

(14)    <u>Remedies and Consequential Losses</u>. THE PARTIES' REMEDIES FOR ALL LEGAL INJURIES AND LOSSES SUSTAINED IN CONNECTION WITH TRANSACTIONS GOVERNED HEREBY SHALL BE AS PRESCRIBED BY APPLICABLE LAW; HOWEVER, NOTWITHSTANDING ANYTHING ELSE CONTAINED IN THIS AGREEMENT, UNDER NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR, AND EACH PARTY AGREES TO RELEASE THE OTHER PARTY FROM (A) ANY CONSEQUENTIAL DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF

PROFITS, LOST BUSINESS OPPORTUNITY, LOSS OR INABILITY TO USE PROPERTY OR EQUIPMENT, BUSINESS INTERRUPTION, AND (B) EXEMPLARY AND PUNITIVE DAMAGES.

(15)    Termination of Transaction. Company, in its sole discretion, for good cause or without cause, may terminate a transaction governed hereby at any time. Company may then either complete the transaction itself or contract with a third party to complete same. In the event a transaction is terminated for cause, Contractor shall be credited with the full contract price less the reasonable cost of completion. Such termination and deduction for the reasonable cost of completion shall be without prejudice to the other legal or equitable remedies which may be available to Company. In the event a transaction is terminated without cause, Contractor shall receive as compensation (a) that portion of any flat fee attributable to work performed prior to termination, or (b) if payment was to be on a time and materials basis, payment for the time and materials reasonably and actually spent and consumed given the early termination. Termination as to a particular transaction will not terminate this Agreement or any other transaction then in progress.

(16)    Termination of Agreement. This Agreement may be terminated, for good cause or without cause, by either Party giving to the other Party written notice of its election to terminate same, such termination to be effective thirty (30) days after the other Party's receipt of the written termination notice. It shall be Company's election whether all work by Contractor on transactions in progress at the time of termination of this Agreement shall cease or instead, be completed by Contractor under the terms hereof, and unless otherwise provided herein, the termination shall have no effect upon the rights of the Parties regarding any liabilities or obligations of indemnification arising from such transactions. Upon termination under Article 15 above or this Article 16, Contractor shall wind down its work in progress in a safe manner, protective of Company or third party personnel and Company owned or operated property, and Contractor and Company shall work in good faith to close out any transactions in an expeditious manner.

(17)    Patent Infringement. Notwithstanding the other indemnification obligations of the Parties under this Agreement, in addition to the other representations and warranties contained in this Agreement, Contractor represents and warrants that the use or construction of any and all tools, equipment, other materials, software and other goods and services furnished by Contractor Group and used in the work provided for herein does not infringe on any license, patent, copyright or other intellectual property right, whether existing or applied for, and Contractor agrees to release, defend, indemnify and hold harmless Company Group from and against any and all Claims by, or arising in favor of, any patentee, licensee, copyright holder, or other claimant of any right or priority to such goods or services, or the use or construction thereof, and which result or arise from furnishing or use of any such tools, equipment or other materials by Contractor Group in connection with the work under this Agreement. In the event any goods or services furnished or used by Contractor Group are held to be infringing and their use is enjoined, Contractor shall, at its own expense, either procure for Company the right to continue using such goods and services, replace the same with non-infringing goods and services, or modify the goods and services so they become non-infringing. Should Contractor Group be prevented from performing work hereunder by reason of legal proceedings based upon such claim of infringement, Company shall be relieved of its obligations to make payment for such work not performed or goods not furnished as a result thereof.

(18)    Non-Assignability. Contractor shall not assign or subcontract this Agreement or any transaction contemplated hereunder, in part or in whole, nor shall Contractor assign any amounts due, or to become due, hereunder, without the prior written consent of Company's Director of Risk

Management. Any attempted assignment not in compliance with the terms of this Article 18 shall be void and of no force or effect. This Agreement and each transaction hereunder shall inure to, and be binding upon, the respective successors and permitted assigns of the Parties.

(19)    Notice. Any notice to be given hereunder by either Party to the other shall be in writing and personally delivered, or mailed certified, return receipt requested, to the other Party at its address as set forth above or to such alternative address noticed pursuant to this Article 19.

(20)    Choice of Law. This Agreement shall be governed by and construed in accordance with, the laws of the State of Texas without regard to any conflict of law provisions that would have the effect of applying the law of another state or jurisdiction.

(21)    Entire Agreement. Any prior master service/sales agreement, and/or any other "master" agreements between Company or any of its predecessor entities and Contractor are hereby terminated and revoked. This Agreement constitutes the entire agreement between the Parties, and shall govern the relationship of the Parties notwithstanding any previous written agreement and/or any previous or subsequent oral understandings or agreements, save and except any subsequent understandings or agreements which meet the requirements of Article 2 hereof.

(22)    Waiver. A Party's failure to complain or exercise its remedies on account of the other Party's breach or violation of this Agreement shall not be implied or imputed as a waiver of any provision or condition of this Agreement.

(23)    Severability. If any provision of this Agreement is found by a court of competent jurisdiction to be invalid or unenforceable, said invalid or unenforceable provision shall be disregarded only to the extent of its invalidity or unenforceability, and the balance of the provision and this Agreement shall be enforced as the integrated written agreement of the Parties.

(24)    Prohibition of Certain Items from Company Owned or Operated Property. Using, possessing, purchasing, selling, soliciting, manufacturing, distributing, dispensing, concealing, receiving, transporting, or being under the influence of any of the following items or substances on Company Group owned or operated property is prohibited:

- Illegal drugs and controlled substances, and any other drugs or substances which may in any way affect safety, including inhalants, whether or not illegal.
- Drug paraphernalia.
- Alcoholic beverages, except as specifically authorized by an officer of Company. Consuming, or having in one's blood stream, alcoholic beverages while operating machinery/equipment, or while driving any vehicle in connection with a transaction governed by this Agreement, is prohibited.
- Firearms, ammunition, explosives and weapons, except as specifically authorized by Company.

To the extent allowed by applicable law, Company may randomly conduct, or if at any time Company believes, in its sole discretion, that a violation of any prohibition stated in this Article 24 may be occurring, or has occurred, on Company Group owned or operated property, Company may conduct, or may authorize third party search and inspection specialists, including scent-trained dogs, to conduct reasonable searches and inspections of any or all persons located on Company Group property including, but not limited to, searches and inspections of their persons and of their personal property. Such searches and inspections may include, but shall not be limited to, requiring any person present on Company Group owned or operated property to

submit to a urine, saliva, hair, blood and/or breath test to detect prohibited drugs, alcohol and other substances. Contractor and Company agree that any violation hereof by an employee of Contractor is grounds for termination of this Agreement and/or removal of Contractor from Company's list of approved vendors. Further, it is agreed that a positive drug/alcohol test, a refusal to be searched, or a refusal to submit to a drug/alcohol test and analysis, will result in the affected individual or individuals and/or company being barred from further and future access to any Company Group owned or operated property.

(25)    Credit History. Contractor represents and warrants that it has the financial means to meet its obligations under this Agreement, and Contractor hereby agrees that Company may, at any time and from time to time, investigate the credit history of Contractor, its affiliates and subsidiaries and their proprietors, partners or officers. Contractor agrees to assist Company as reasonably necessary in order to perform investigations under this Article 25.

(26)    Deemed Effective. This Agreement will not be deemed valid unless signed by Company's Director of Risk Management or a Company officer authorized to sign. This Agreement will become effective when signed and delivered by each of the Parties. The date this Agreement is signed by the last Party to sign it (as indicated by the date stated under that Party's signature) will be deemed the effective date of this Agreement, *however*, if Contractor does not enter the date of signing as indicated, the effective date shall be the date this Agreement is executed by Company.

(27)    Attorneys' Fees. The Parties agree that in any suit brought by one Party against the other the prevailing Party shall be entitled to recover its reasonable costs and attorneys' fees to the fullest extent allowed by law. Each Party, to the extent permitted by law, knowingly, voluntarily, and intentionally waives its right to a trial by jury in any action or other legal proceeding arising out of, or relating to, this Agreement.

(28)    Confidentiality. All information, whether tangible or intangible, that is obtained by Contractor, directly or indirectly, from Company Group, or that is created, developed or acquired by Contractor while performing work under this Agreement, including, without limitation, all data, logs, charts, drawings, tracings, documents, calculations, computer printouts and similar items produced or developed as a part of the work for Company (collectively, the "Company Confidential Information"), shall be maintained in confidence by the Contractor, and shall not be used for any purpose other than in connection with the work performed by Contractor or be divulged by Contractor to any third party. Contractor shall be responsible for the safekeeping and protection of all Company Confidential Information in its control and/or custody, and shall be responsible for the compliance with this Article 28 by any person to whom Contractor discloses Company Confidential Information. Company shall have the general right of inspection to determine whether such information is secure. Upon completion of the work performed by Contractor, or within thirty (30) days of termination of this Agreement, all Company Confidential Information shall be delivered by Contractor to Company. Contractor agrees to incorporate provisions similar to this Article 28 in all of its subcontracts, and to ensure that they are expressly enforceable by Company as a third party beneficiary.

The restrictions in this Article 28 shall not apply to any information that would otherwise constitute Company Confidential Information but that was previously in Contractor's possession, or that is, or shall, become part of the public knowledge or literature from a source other than Contractor, either directly or indirectly.

The terms of this Article 28 shall survive for a period of five (5) years from the earlier of completion of any work provided by Contractor hereunder, termination of any applicable work

order, delivery ticket or other written instrument, or termination of this Agreement. Notwithstanding the preceding, if applicable law, regulation or government authority, or any third party agreement, also require that any information be kept confidential, such separate requirements shall continue to apply, notwithstanding the termination of this Article 28 with respect to that information.

(29) <u>Ownership of Work Product</u>. All information and materials provided by Company to Contractor in connection with this Agreement shall be and remain the property of Company or its suppliers, vendors or other contractors, as the case may be. Company, its suppliers, vendors or other contractors, as the case may be, retains all intellectual property rights in such information and materials. Contractor is granted no right or license to use such information or materials except in connection with the performance of Contractor's work under this Agreement.

All work performed by Contractor for Company under this Agreement shall constitute a "work for hire." All work product created, developed or obtained by Contractor for Company under this Agreement, and all intellectual property rights provided by law with respect to such work product, shall be owned by Company. Such work product includes, without limitation, all data, logs, charts, drawings, tracings, documents, calculations, computer printouts and similar items produced or developed as a part of the work for Company. Contractor agrees to assign, and does hereby assign, to Company the sole ownership of all worldwide right, title and interest in and to such work product and all intellectual property rights therein, including any and all rights of copyright, the right to file for, obtain and own any patents on aspects thereof that may constitute patentable inventions, and the right to protect such work product as confidential information under applicable law. At Company's request, Contractor shall execute, and secure execution by its personnel, such additional documents as may be deemed necessary by Company to affect the purposes of this Article 29. Contractor agrees to incorporate provisions similar to this Article 29 in all of its subcontracts, and to ensure that they are expressly enforceable by Company as a third party beneficiary.

(30) <u>Provisions Applicable to Operator as Part of the Consideration for this Agreement</u>. CONTRACTOR HEREBY AGREES THAT THE PROVISIONS OF ARTICLES 3, 12, 13 AND 17 SHALL EXTEND TO, AND BE ENFORCEABLE AS A THIRD PARTY BENEFICIARY BY AND FOR THE BENEFIT OF, ANY OWNER, OPERATOR OR CUSTOMER FOR WHOM COMPANY IS PERFORMING OPERATIONS OR SERVICES.

(31) <u>Counterpart Originals</u>. This Agreement may be executed in a number of identical counterparts which, taken together, shall constitute collectively one (1) agreement. This Agreement may be executed by Company and Contractor by portable document format (.pdf) signature, such that the execution of this Agreement by portable document format (.pdf) signature shall be deemed effective for all purposes as though this Agreement was executed as a "blue ink" original.

(32) <u>Subsidiaries and Affiliates</u>. Notwithstanding Article 30 of this Agreement, Contractor agrees that when "Company" appears in this Agreement, it shall be considered to mean the party for whom the work is being performed, whether Pioneer Natural Resources USA, Inc., or any of its subsidiaries or affiliates. Accordingly, Contractor agrees that the rights, duties, liabilities and obligations of Pioneer Natural Resources USA, Inc., and each of its subsidiaries and affiliates to the Contractor, and the rights, duties, liabilities and obligations of Contractor to Pioneer Natural Resources USA, Inc., and each of its subsidiaries and affiliates are separate and distinct and several, not joint.

(33)     <u>Public Announcements</u>.     Contractor Group shall not announce or publicly disclose any information concerning the terms or entering into of this Agreement or the work or transactions contemplated under this Agreement without written approval by an officer of Company.

(34)     <u>Silica Dust Warning</u>. WHILE PROVIDING GOODS OR PERFORMING SERVICES UNDER THIS AGREEMENT, CONTRACTOR GROUP MAY ENCOUNTER FREE SILICA, AND IN SUCH CIRCUMSTANCES, **DO NOT BREATHE THE DUST**. If you breathe fine silica dust, you can possibly suffer severe, irreversible lung damage and death. Some medical reports state inhalation of silica dust may cause lung cancer. Medical reports also link breathing silica dust to crippling arthritis and skin and eye irritation. NEVER USE MATERIAL CONTAINING SILICA DUST WITHOUT NIOSH/MSHA APPROVED RESPIRATORY PROTECTIVE EQUIPMENT.

(35)     <u>Equal Opportunity</u>. Contractor and its subcontractors shall abide by the requirements in the equal opportunity clauses set forth at 41 CFR 60-1.4(a), 41 CFR 60-300.5(a), 41 CFR 60-741.5(a), as applicable. The regulations at 41 CFR 60-1 prohibit discrimination on the bases of race, color, sex, sexual orientation, gender identity, religion, national origin, or other legally protected status, and require affirmative action by covered contractors and subcontractors to ensure that applicants are employed, and that employees are treated during their employment without regard to their race, color, sex, sexual orientation, gender identity, religion, national origin, or other legally protected status. The regulation at 41 CFR 60-300 prohibits discrimination against qualified veterans, and requires affirmative action by covered contractors and subcontractors to employ, and advance in employment, qualified veterans. The regulation at 41 CFR 60-741 prohibits discrimination against qualified individuals with disabilities, and requires affirmative action by covered contractors and subcontractors to employ, and advance in employment, qualified individuals with disabilities.

(36)     <u>Company's Code of Business Conduct</u>. Contractor acknowledges and agrees that it understands, agrees to comply with, and shall ensure that all members of Contractor Group comply with all aspects of Company's Code of Business Conduct (the "Code"), a copy of which can be found on Company's website at http://www.pxd.com/about/governance/code-of-business-conduct. The Code is subject to change from time to time, and Contractor shall be responsible for ensuring that Contractor Group understands and complies with any changes to the Code.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK; SIGNATURE PAGES FOLLOW]*

**COMPANY:**

**PIONEER NATURAL RESOURCES USA, INC.**

By: _____

Name: Kimberly Burke

Date: 4/22/2016

Title: Director, Risk Management


**PIONEER NATURAL RESOURCES PUMPING SERVICES LLC**

By: _____

Name: Kimberly Burke

Date: 4/22/2016

Title: Director, Risk Management


**PIONEER NATURAL RESOURCES WELL SERVICES LLC**

By: _____

Name: Kimberly Burke

Date: 4/22/2016

Title: Director, Risk Management

**PIONEER WATER MANAGEMENT LLC**

By: _____

Name:  Kimberly Burke

Date:  4/22/2016

Title:  Director, Risk Management

**PREMIER SILICA LLC**

By: _____

Name:  Kimberly Burke

Date:  4/22/2016

Title:  Director, Risk Management

**CONTRACTOR:**

Thomas Oilfield Services, LLC

By:  Thomas Oilfield Services, LLC

Name:  Wendy Baird

Date:  11·18·2015

Title:  Office Manager

## EXHIBIT A TO MASTER SERVICE/SALES AGREEMENT

### Minimum Insurance Requirements

Contractor shall, subject to, limited by, and in accordance with this Agreement, purchase and maintain in full force and effect at all times during the term of this Agreement, from insurance providers acceptable to Company, insurance policies providing the types and limits of insurance indicated below, which insurance shall be regarded as a minimum only, and shall not limit Contractor's indemnity obligations under this Agreement. Any insurance provided by Contractor under this Agreement shall be primary and non-contributory as to any other existing, valid, and collectable insurance.

Each insurance policy maintained by Contractor under this Agreement must be endorsed to provide the following:

1.  Waiver of Subrogation (whether by loans, receipts, equitable assignment, or otherwise) in favor of Company Group.

2.  Adequate territorial and navigation limits with all laws or regulations of state or country jurisdiction.

3.  Company Group as Additional Insured (except the Workers Compensation policy). Commercial General Liability Additional Insured coverage shall include Ongoing Operations and Completed Operations as per ISO forms CG 20 10 04 13 and CG 20 37 04 13 or their equivalent, and Contractual Liability.

To protect Company Group against liability, loss, or expense arising from damage to property or injury to any person arising out of, in connection with or resulting from the work provided for hereunder, Contractor shall, during the progress of the work, carry, at its own expense, on forms and with reliable insurance companies authorized to do business in the state or area in which the work is to be performed hereunder, the following minimum insurance coverages:

A.  Workers' Compensation and Employers' Liability Insurance, in accordance with the statutory requirements of the state in which the work is to be performed, and endorsed specifically to include the following:

   1.  Employers' Liability including Occupational Disease, subject to a limit of liability of not less than $1,000,000 each accident.

   2.  "Borrowed Servant" (Alternate Employer) endorsement, stating that a claim brought against Company Group as a "borrowed servant" by an employee of Contractor will be treated as a claim against Contractor.

B.  Commercial General Liability Insurance, with limits of liability of not less than the following:

   $1,000,000 general aggregate
   $1,000,000 each occurrence, Bodily Injury and/or Property Damage Combined Single Limit
   $1,000,000 general aggregate, Products & Completed Operations

MASTER SERVICE/SALES AGREEMENT (9-17-15)                                     Page 18

Such insurance shall include the following:

1. Premises and Operations coverage
2. Contractual Liability coverage
3. Products and Completed Operations coverage
4. Sudden and Accidental Pollution coverage
5. Professional Liability exclusions removed if professional services are performed for Company Group
6. Cross Suits exclusion removed

C. Automobile Liability Insurance, including coverage for owned, hired, and non-owned vehicles, with limits of liability of not less than the following:

$1,000,000 each occurrence Bodily Injury and/or Property Damage Combined Single Limit

D. Aircraft Liability Insurance. In any operation requiring the use of aircraft and/or helicopters (unless provided by Company Group) combined single limit insurance shall be maintained for public liability, passenger liability and property damage liability in an amount of not less than $1,000,000 per seat subject to a minimum of $20,000,000; this insurance shall cover all owned and non-owned aircraft, including helicopters; used by Contractor in connection with the performance of the work set forth in this Agreement.

E. Physical Damage Insurance for loss or damage to Contractor's equipment and machinery, used in performance of work set forth in this Agreement.

F. Excess Liability Insurance in forms at least as broad as the underlying coverage, in excess of the insurance coverages outlined in Paragraphs "A.1.", "B", and "C". Such limits of liability shall not be less than the amounts required in the following schedule, which are based on the service Level. When multiple service Levels are performed, Contractor agrees to provide limits for the highest Level in accordance with the highest risk services performed, and further agrees to secure higher limits when services change.

## Contractor Services

☐ **Level I -- Nil:  Excess Liability Limit**

- **Risk Level:**  Minimal (Activities that could result in minimal consequence outcomes and/or with a minimal likelihood of occurrence)
- **Location-types:**  Services performed on non-well pad or non-active well pad locations
- **Service-type Examples:**  May include, but are not limited to, administrative, catering, janitorial, lab, equipment delivery, tire service/repair, etc.

☐     **Level II -- $2,000,000 Excess Liability Limit**

- **Risk Level:** Low Risk (Activities that could result in low consequence outcomes and/or with a low likelihood of occurrence)
- **Location-types:** Services performed on non-well pad and non-active well pad locations
- **Service-type Examples:** May include, but are not limited to, construction, ROW services, trenching & excavation, sandblasting, soil sampling, air emission testing, welding/fabrication, etc.

☐     **Level III -- $5,000,000 Excess Liability Limit**

- **Risk Level:** Moderate (Activities that could result in moderate consequence outcomes and/or with a moderate likelihood of occurrence)
- **Location-types:** Well and environmental services that could be performed on active well site and facilities
- **Service-type Examples:** May include, but are not limited to, pipeline, PSM, DOT and non-DOT Trucking, construction, rig moving, cranes, pigging, directional services, mud/cement services, vacuum trucks, casing, portable toilets, etc.

☐     **Level IV: -- $20,000,000 Excess Liability Limit**

- **Risk Level:** High (Activities that could result in high consequence outcomes and/or with a high likelihood of occurrence)
- **Location-types:** Well, environmental, and pressure services performed on active well sites and facilities
- **Service-type Examples:** May include, but are not limited to, drilling, wireline/perforating, wellhead services, coil tubing, fracture stimulation, well control, workovers, pressure pumping, staffing agencies for company men or other well site consultants, etc.

# Exhibit C

## PIONEER NATURAL RESOURCES

## AMENDED AND RESTATED MASTER SERVICE/SALES AGREEMENT

This Amended and Restated Master Service/Sales Agreement ("Agreement") is made and entered into by and between Pioneer Natural Resources USA, Inc., a Delaware corporation, Pioneer Natural Resources Pumping Services LLC, a Delaware limited liability company, Pioneer Natural Resources Well Services LLC, a Delaware limited liability company, Pioneer Water Management LLC, a Delaware limited liability company, and Pioneer Sands LLC, a California limited liability company, each with the address of 5205 N. O'Connor Boulevard, Suite 200, Irving, Texas 75039 (each "Company"), and Caltex Energy Group _____, a  LLC corporation _____, with the address of _____ 12203 DANA _____, Irvine, CA92618 ____ ("Contractor"). Company and Contractor are sometimes hereinafter individually referred to as a "Party," and collectively as the "Parties."

WHEREAS, Company may, from time to time, in separate and independent transactions, retain Contractor for the purchase of goods and/or the provision of services in connection with various Company projects;

WHEREAS, the Parties hereto contemplate that the goods and services to be provided may be requested either orally or by written work order, purchase order, delivery ticket or other written instrument by a representative of Company ("Representative"); and

WHEREAS, the Parties hereto desire to enter into a master contract setting forth the terms and conditions under which all goods and services shall be provided by Contractor to Company, unless the Parties have agreed otherwise and have documented that agreement as hereinafter required.

NOW, THEREFORE, for and in consideration of the mutual promises hereinafter set forth, Company and Contractor agree as follows:

(1)     No Obligation to Request/Provide Goods or Services. This Agreement, in and of itself: (a) does not obligate Company to request goods or services from Contractor; (b) does not obligate Contractor to provide goods or services to Company; and (c) does not prohibit Company or Contractor from contracting with others to provide, or be provided, the same or similar goods or services.

(2)     Coverage of Agreement. Notwithstanding any verbal or written work orders, purchase orders, delivery tickets or other instruments used by the Parties in connection with a transaction regarding the provision of goods and/or services to Company, the terms of this Agreement shall control and govern all such transactions on and after the Agreement's effective date; and, to the extent the terms of any other agreement, express or implied, between Contractor and Company are contrary to the terms of this Agreement, the terms of this Agreement shall govern. Neither verbal agreements or representations, nor written work orders, purchase orders, delivery tickets or any other written instruments used by Contractor or Company shall become a part of any transaction between Company and Contractor for any purpose other than to describe the goods and services to be provided or performed by Contractor for Company, and/or to designate the time at which said goods and services are to be delivered or performed. All offers and acceptances by and between Contractor and Company while this Agreement is in effect are expressly limited to, and conditioned upon, the Parties' agreement to the terms of this Agreement. Should the Parties desire to waive this

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                                   Page 1

provision and agree that terms different from, or in addition to, those set out in this Agreement should be applicable to a specific transaction that would otherwise be governed by this Agreement, such waiver and agreement shall be enforceable only if contained in, or reflected by, a separate written instrument, signed by an authorized officer of each of the Parties, expressly referencing this Agreement and acknowledging and confirming the intention of the Parties that such separate written instrument supersede and take priority over the terms of this Agreement.

(3)     Warranties. All goods, equipment, materials, and supplies furnished by Contractor hereunder shall be of the best quality for their respective purposes, shall be free from all defects, latent or otherwise, and shall meet the specifications provided in the applicable work order, purchase order, delivery ticket or other written instrument. Any goods, materials, equipment and supplies provided by Contractor hereunder are subject to inspection and approval by Company. Unless otherwise agreed by the Parties in writing, title and risk of loss to goods, equipment, materials and supplies shall pass to Company upon Company's final acceptance. Contractor agrees to perform all services in a good and workmanlike manner. CONTRACTOR WARRANTS ALL GOODS, EQUIPMENT, MATERIALS, AND SUPPLIES FURNISHED BY CONTRACTOR HEREUNDER FOR A PERIOD OF TWELVE (12) MONTHS FROM THE DATE OF INSTALLATION OR THE DATE SUCH ITEMS ARE PUT INTO SERVICE OR EIGHTEEN (18) MONTHS FROM THE DATE OF SHIPMENT, WHICHEVER IS LATER. CONTRACTOR WARRANTS THE PERFORMANCE OF ALL SERVICES OF ITS EMPLOYEES, SUBCONTRACTORS AND OTHER PERSONNEL AGAINST ANY DEFECT FOR A PERIOD OF TWELVE (12) MONTHS FROM THE DATE OF COMPLETION OF SUCH SERVICES.

Any portion of the goods or services found defective or unsuitable shall be removed, replaced, corrected, or repaired promptly by Contractor without additional cost or risk to Company. If Contractor fails to complete the necessary corrective work promptly after receipt of Company's notice of defect, Company shall have the right to complete such corrective work itself or through another person or entity at Contractor's expense, and Company may deduct such expense from any amounts due to Contractor. All warranties and guarantees given by Contractor's subcontractors shall extend to and benefit Company and be assigned by Contractor to Company or Contractor shall expressly subrogate Company to Contractor's rights thereunder.

Contractor agrees to inspect all materials and equipment furnished by Company, and shall notify Company of any apparent defects therein and provide Company with an opportunity to respond before Contractor uses such materials and equipment. Should Contractor use such materials and equipment without notifying Company of any apparent defect, Contractor shall be deemed to have assumed all risk and liability from any mishap that may occur in Contractor's operations hereunder as a result of such defect. Contractor's warranty herein shall not apply to the extent that Company installs, stores, operates or maintains the goods, equipment, materials, and supplies provided hereunder in a manner that is materially inconsistent with Contractor's written specifications. Company's approval of specifications, drawings, samples or other descriptions furnished by Contractor shall not relieve Contractor of its obligations hereunder. Contractor's warranties herein shall survive any acceptance, inspection or payment of the goods and services by Company, and shall be enforceable by Company's successors and assigns. Subject to the other terms and conditions contained in this Agreement, Contractor shall be liable to Company for all direct damages incurred as a result of any defect or breach of warranty in any good or service covered by this Agreement. EXCEPT AS OTHERWISE PROVIDED IN THIS ARTICLE 3, CONTRACTOR MAKES NO OTHER EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

(4) <u>Time and Performance</u>.  Upon acceptance by Contractor of a request for goods and/or services, either oral or written, Contractor shall commence and complete delivery and/or performance within the time frame specified by Company or Company's Representative or, in the absence of a specified time frame, shall pursue such work with reasonable diligence and complete it within a reasonable time frame.  Contractor agrees to provide competent supervision to all members of Contractor Group (as defined in Article 13) who are on premises owned or controlled by Company.  Contractor shall use its best efforts to perform the work in a manner that shall cause the minimum inconvenience to, and shall avoid damaging the interests or property (whether real or personal) of landowners and tenants wherever involved.  To the extent Contractor Group causes damage to real or personal property, Contractor shall promptly notify Company and, if requested by Company, Contractor shall restore the property to the condition it was in immediately prior to such damage.  Contractor shall assume all responsibility and risk during the performance of the work in locating, crossing and avoiding contact with utility lines, pipelines, sewers, water lines, cables, and other facilities, as the case may be, and shall promptly repair any damage to such facilities that occurs as a result of any act or omission of any member of Contractor Group.

(5) <u>Clean Up</u>.  Contractor agrees to remove from Company's premises any debris and excess or unused material brought onto the premises by Contractor Group, and further agrees to clean up the premises to Company's satisfaction insofar as Contractor Group's activities have resulted in spills, trash or other waste.  In the event that Contractor fails to satisfactorily clean up the premises, Company shall have the right to perform the cleanup, or cause it to be performed, at Contractor's sole cost and expense.  If any member of Contractor Group releases a reportable quantity of oil, or a hazardous waste as defined by applicable state or federal regulations, Contractor shall immediately notify Company orally and in writing of such release.  Contractor shall provide, and shall ensure that any member of Contractor Group provides access to records and information in regard to any spill, leak, and release or clean up occurring while on Company's premises.

(6) <u>Amount and Time of Payment</u>.  Company will pay Contractor for goods and services at the rates and/or prices agreed to in writing by Contractor and Company prior to commencement of the applicable work.  If work is performed on an oral basis, then the rates in Contactor's current rate sheet on file with Company shall apply, and in the event that no rate sheet is on file with Company, the rates set forth in Contractor's most recent published rate sheet shall apply. Contractor shall bill Company at Company's address herein, or such other address specified by Company in writing, in accordance with instructions provided at the time of request for the work, and at the end of each month unless otherwise agreed to in writing by Contractor and Company.  Each invoice shall include reasonable detail and supporting evidence, and Contractor further agrees to provide any information that Company reasonably may request to verify the correctness of invoices.  Contractor's invoice must be received no later than sixty (60) days after completion of the work.  In the event Contractor fails to invoice Company for all amounts due within such period, Contractor shall be deemed for all purposes to have released Company from any obligation to pay such amounts.  Prior to payment, Company may require Contractor to provide adequate proof that satisfactory provision has been made for the payment of any and all Company or third party claims for damages, labor, materials, or supplies that Contractor may have incurred or become liable for by reason of its delivery of goods and/or performance of services.

Company shall pay Contractor for goods or services within forty-five (45) days after receipt of approved invoices, unless a prior payment is required by law, rule or regulation of governmental authority; *provided, however*, Company may withhold payment in an amount that Company deems necessary to protect itself from unsatisfied claims for labor, materials, equipment or supplies, or for injuries to persons or property not covered by insurance.  Company may set-off against payments due Contractor any amount due and owing Company by Contractor for any reason.  No

lien, privilege, charge, or similar encumbrance shall become fixed upon the property of any member of Company Group (as defined in Article 13) because Contractor failed to pay its employees, suppliers, vendors, material men, or subcontractors, or its subcontractors failed to pay their employees. After being notified of the existence of such claims, charges, liens, privileges, or encumbrances, Contractor agrees to take all necessary steps to remove any such liens or privileges, and to further defend, indemnify, and hold Company Group harmless from and against all such claims, charges, liens, privileges, and encumbrances.

(7)     Books and Records. Contractor shall keep accurate and detailed books and records relating to all goods and services provided to Company. Such books and records shall include, but not be limited to, payroll records of employees (accounting for the total time of Contractor's employees working full or part-time for Company), Department of Transportation records, GPS records, invoices for purchases, shipping documentation, paid invoices, receipts and canceled checks for materials purchased, travel and entertainment documentation (including, but not limited to, employee expense reports), subcontracts (including proposals of successful and unsuccessful bidders), bank statements, cost estimates, safety records, contract amendments and change order files, memoranda and other correspondence. The books and records pertaining to a transaction shall be retained for a period of not less than two (2) full calendar years following the end of the calendar year in which Contractor's performance regarding such transaction was completed. Upon request and at reasonable times, at Contractor's expense such books and records shall promptly be made available to Company for inspection or audit by Company or any third party consultant selected by Company. If such audit reveals a discrepancy between the amount or value of goods or services billed to Company, and the value actually received, Company shall have the right to adjust its account with Contractor, which adjustment may necessitate a refund of funds previously disbursed to Contractor to be paid within thirty (30) days from presentation of Company's findings to Contractor.

Contractor agrees to cooperate fully with Company during audits including furnishing Company with copies of all requested documents whether in paper or electronic format. Company shall also have the right to obtain statements from Contractor's personnel in the course of such audits. Contractor agrees that any contracts or agreements with subcontractors that are entered into in support of any transactions entered into hereunder shall grant Company the right to exercise its audit rights with such subcontractors. It is understood and agreed that Company shall not be entitled to Contractor's cost structure, profit margins or other proprietary information except as reasonably necessary in order for Company to be able to effectively and efficiently audit Contractor Group's performance and/or charges.

(8)     Independent Contractor. Nothing contained in this Agreement shall be construed to deem Contractor as a partner, employee or agent of Company, nor shall either Party have any authority to bind the other in any respect. It is intended that Contractor shall, in all instances, be and remain an independent contractor responsible for its own actions and for its own agents, employees and representatives. In this regard, the Parties hereby acknowledge that the Company shall only have the right to prescribe and designate the result to be accomplished, and that Company does not retain any supervisory control or authority or right to direct or control any part of the work to be performed by Contractor. Actions taken by Company relating to any part of the work to be performed by Contractor hereunder shall not, in any respect, be the basis for the recognition of a right or duty by Company to direct or control the details of Contractor Group's performance.

(9)     Taxes, Licenses and Fees. Contractor agrees to pay, or have paid, all taxes, licenses, and fees levied or assessed by any governmental agency, and any unemployment compensation, insurance, pension benefits, social security, and other taxes upon the wages of Contractor Group, in connection with or incident to the performance of Contractor Group hereunder. Contractor agrees to reimburse

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                                    Page 4

Company on demand for any such taxes or governmental charges, state or federal that Company may be required or deems it reasonably necessary to pay on account of Contractor Group. Contractor agrees to furnish Company with the information required to enable Company to make the necessary reports and to pay such taxes or charges. At its election, Company is authorized to deduct all sums so paid for such taxes and governmental charges from such amounts as may be, or become, due to Contractor.

(10)    Compliance with the Law and Permits. In the performance of work hereunder, Contractor agrees to comply with all laws, rules, regulations and orders, federal, state or municipal, which are now, or may hereafter become, applicable to Contractor's business, equipment or personnel, including, but not limited to, the Mine Safety and Health Act of 1977, as amended, and the Williams-Steiger Occupational Safety and Health Act of 1970, as amended. Unless otherwise agreed in writing by the Parties, Contractor shall obtain and pay for, and cause its subcontractors to obtain and pay for, at its and their cost, all necessary permits, licenses and similar authorizations for Contractor Group that are required to be obtained in their respective names in connection with the performance of the work. In the event a representative of any governmental body regulating the work finds any violation upon inspection of the work or work site which is in any way related to Contractor Group, Contractor shall take corrective action immediately at Contractor's sole cost and expense without limitation of any rights of Company. FURTHER, CONTRACTOR AGREES TO BE RESPONSIBLE FOR, AND HEREBY AGREES TO RELEASE, DEFEND, INDEMNIFY AND HOLD COMPANY GROUP HARMLESS FROM AND AGAINST ANY AND ALL FINES, PENALTIES AND OTHER SIMILAR ASSESSMENTS IMPOSED OR ASSESSED AGAINST CONTRACTOR GROUP OR COMPANY GROUP AS A RESULT OF CONTRACTOR GROUP'S PARTIAL OR ALLEGED FAILURE TO COMPLY WITH ALL LAWS, RULES, REGULATIONS AND ORDERS.

(11)    Contractor's Safety Responsibilities and Company Inspections. Contractor shall be responsible for the safety of the Contractor Group. Contractor represents that it has a safety program in place, and that the members of Contractor Group have been properly trained by Contractor to safely perform the tasks required under this Agreement. Contractor expressly agrees that Company shall have absolutely no duty to ensure that Contractor Group performs its work in a safe manner and shall have no responsibility, under any circumstances, for the safety of Contractor Group or for training such individuals in procedures adequate to safely perform the tasks performed or to be performed.

Company may make inspections or tests to determine that all work is properly performed. Such inspections or tests may be conducted at any reasonable time at a mutually convenient place, including the premises of Contractor or any of its subcontractors, and Contractor shall give any assistance requested by Company in carrying out such inspections. Any inspection or lack thereof, by Company shall not relieve Contractor of any of its obligations under this Agreement. Additionally, Company may offer supplemental safety reviews, comments, or suggestions to Contractor and/or its employees, agents or subcontractors. Contractor agrees that such safety reviews, comments, or suggestions do not in any way create a duty of care for Company. Upon request, Contractor shall provide copies of any test reports, material certificates, permits, bonds, or licenses to Company.

Neither the right of Company to terminate a transaction and/or this Agreement, the right of Company to conduct searches and inspections, nor any other right reserved to Company hereunder, shall reserve to Company any right of control, or impose upon Company any duty to be responsible for the safety of Contractor Group. Contractor also agrees that Company shall have no responsibility to provide or to ensure that the members of Contractor Group have been provided

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                    Page 5

with or are properly utilizing, any necessary protective and safety equipment in connection with the provision of goods and services.

Contractor agrees to ensure that all goods, equipment, materials, and supplies Contractor Group furnishes will be maintained in safe running order and inspected regularly by Contractor to ensure continued safe operation. Contractor agrees to provide Company, without request from Company, copies of all work-related injury and/or accident reports, prepared or obtained by Contractor relating to accidents occurring on the premises where Contractor is working pursuant to this Agreement. Contractor also agrees to provide Company, on request by Company, documentation which reflects work-related injury and/or accident frequency rates and applicable employee training within ten (10) days of such request.

(12)     Maintenance of Insurance. Contractor shall secure, and maintain at all times while this Agreement is in force, at Contractor's sole cost and expense, insurance coverages of the nature, and with minimum limits equal to, or in excess of, the requirements set forth on Exhibit "A," attached hereto and incorporated herein. If the insurance policies secured and maintained by Contractor include limits in excess of those minimum limits required by this Agreement, Company Group shall be an additional insured to the full extent of the limits provided by such insurance. Additionally, nothing contained in this Agreement is intended to limit the scope of insurance coverage available to Company Group as an additional insured. The satisfaction of any deductibles or self-insured retentions attendant to said coverages shall be the sole responsibility of Contractor. If Contractor fails to procure or maintain any insurance for which it is responsible under this Article 12, Company may, but shall not be required to, procure and maintain such insurance, and Contractor shall promptly reimburse Company for the cost of such insurance following the receipt of Company's invoice, or Company, at its option, may deduct the cost of such insurance from any amounts due, or which may become due, to Contractor under any transaction.

All insurance coverage carried by Contractor shall name each member of Company Group as an "additional insured" so that said insurance be made to extend to and protect Company Group to the same extent Contractor is covered relative to transactions governed by this Agreement. Said insurance coverage shall also be primary as to any other existing, valid and collectible insurance otherwise available to Company, and shall be endorsed to waive, to the extent beneficial to Company Group but not otherwise, any and all claims by the underwriters or insurers against Company Group relative to transactions governed by this Agreement.

If, in compliance with the provisions hereof governing assignability, Contractor employs subcontractors to perform any work hereunder, Contractor shall require such subcontractors to obtain, maintain and document to Contractor the existence of insurance coverage equivalent to that which said subcontractors would have been required to furnish to Company had they executed this Agreement as Contractor. Upon reasonable request, Contractor shall make available to Company the insurance documentation in its possession relating to subcontractors performing work on transactions governed by this Agreement.

Within 14 days of receiving a written request from Company, Contractor must furnish Company with current documentation (including, without limitation, copies of any applicable policies) evidencing compliance with the requirements of this Article 12. Any failure of Contractor to secure, maintain or furnish Company with current documentation evidencing compliance with the requirements of this Article 12 shall constitute a material breach of this Agreement and, notwithstanding Article 16, Company may immediately terminate this Agreement by providing written notice to Contractor. Any failure of Company to insist upon strict adherence to the requirements of this Article 12, and/or to police adherence to the requirements hereof, as to

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                                      Page6

Contractor or other contractors as to whom similar requirements have been imposed, shall in no event be construed as a waiver of any of said requirements, nor may the requirements hereof be waived other than in writing by a duly authorized officer of Company in compliance with Article 2 hereof. The insurance required hereby shall, however, in no way be construed to limit Contractor's obligations pursuant to this Agreement, except and unless such a limitation is expressly provided for in this Agreement, or required by applicable law, in order for an underlying obligation to be enforceable, in which event the Contractor's relevant obligation shall be so limited.

(13)    Indemnities.

The following definitions shall apply throughout this Agreement:

"Claim(s)" shall mean all claims, demands, causes of action, and liability of every kind and character, including all expenses of litigation or claims, court costs, and attorneys' fees.

"Company Group" shall mean the Company, its parent, affiliates and subsidiaries, and their respective contractors and subcontractors (of any tier) (other than the Contractor which is a Party to this Agreement and its subcontractors), and/or all agents, officers, directors, and employees of each of the foregoing.

"Contractor Group" shall mean Contractor, its parent, affiliates, and subsidiaries, and their respective contractors and subcontractors (of any tier), and/or all agents, officers, directors, and employees of each of the foregoing.

(a)    (i)    CONTRACTOR AGREES TO AND SHALL RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY, DEATH, AND/OR PROPERTY DAMAGE, THAT MAY BE MADE OR ASSERTED BY ANY MEMBER OF CONTRACTOR GROUP, ARISING OUT OF, RESULTING FROM OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY THIS AGREEMENT **(INCLUDING BUT NOT LIMITED TO THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF THE COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF THE COMPANY GROUP)**. This indemnification obligation shall be supported by all liability insurance maintained by Contractor for the applicable policy period with policy limits equal to the lesser of (1) the total limits of all liability insurance, including but not limited to the insurance required to be procured by Contractor in Exhibit (A), purchased by Contractor for the applicable policy period; or (2) the total limits of all liability insurance purchased by Company for the applicable policy period. If it is judicially determined that the monetary limits of insurance supporting the indemnities voluntarily and mutually assumed under this Paragraph 13(a) exceed the maximum limits permitted under applicable law, it is agreed that said insurance requirements or indemnities shall automatically be amended to conform to the maximum monetary limits permitted under such law. The insurance provided in support of these indemnity obligations shall, however, in no way limit Contractor's indemnity obligations hereunder save and except to the extent necessary, if any, to prevent said indemnification obligations from being declared void, unenforceable or otherwise inoperative.

(ii)    COMPANY AGREES TO AND SHALL RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND

ALL CLAIMS ON ACCOUNT OF BODILY INJURY, DEATH, AND/OR PROPERTY DAMAGE, THAT MAY BE MADE OR ASSERTED BY ANY MEMBER OF COMPANY GROUP ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF CONTRACTOR GROUP)**. This indemnification obligation shall be supported by all liability insurance maintained by Company for the applicable policy period with policy limits equal to the lesser of (1) the total limits of all liability insurance purchased by Company for the applicable policy period; or (2) the total limits of all liability insurance, including, but not limited to, the insurance required to be procured by Contractor in Exhibit (A), purchased by Contractor for the applicable policy period. If it is judicially determined that the monetary limits of insurance supporting the indemnities voluntarily and mutually assumed under this Paragraph 13(a) exceed the maximum limits permitted under applicable law, it is agreed that said insurance requirements or indemnities shall automatically be amended to conform to the maximum monetary limits permitted under such law. The insurance provided in support of these indemnity obligations shall, however, in no way limit Company's indemnity obligations hereunder, save and except to the extent necessary, if any, to prevent said indemnification obligations from being declared void, unenforceable or otherwise inoperative.

(b)    In the event the provisions of Chapter 151 of the Texas Insurance Code are applicable to a particular transaction, the following mutual indemnity provisions in subparagraphs 13(b)(ii) and 13(b)(iii) will govern that transaction.

(i)    THE PARTIES DO NOT INTEND THAT ANY TRANSACTIONS SUBJECT TO THIS AGREEMENT BE CONSTRUED AS A "CONSTRUCTION CONTRACT" OR AN AGREEMENT "COLLATERAL TO OR AFFECTING A CONSTRUCTION CONTRACT" WITHIN THE MEANING OF TEXAS INSURANCE CODE SECTION 151.102, ET SEQ. IF A TRANSACTION IS CONSTRUED AS A "CONSTRUCTION CONTRACT" OR AN AGREEMENT "COLLATERAL TO OR AFFECTING A CONSTRUCTION CONTRACT" WITHIN THE MEANING OF TEXAS INSURANCE CODE SECTION 151.102, ET SEQ., BY A COURT OF COMPETENT JURISDICTION, THEN THE INDEMNITIES PROVIDED IN SUBPARAGRAPHS 13(b)(ii) AND 13(b)(iii) OF THIS AGREEMENT SHALL APPLY.

(ii)    CONTRACTOR AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY OR DEATH, THAT MAY BE MADE OR ASSERTED BY CONTRACTOR'S OR ITS SUBCONTRACTOR'S (OF ANY TIER) EMPLOYEES AND/OR AGENTS, ARISING OUT OF, RESULTING FROM, OR IN ANYWAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF COMPANY GROUP)**.

(iii)    COMPANY AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF BODILY INJURY OR DEATH, THAT MAY BE MADE OR ASSERTED BY COMPANY'S EMPLOYEES AND/OR AGENTS, ARISING OUT OF, RESULTING FROM, OR IN ANY WAY INCIDENTAL TO, DIRECTLY OR INDIRECTLY, THIS AGREEMENT **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF CONTRACTOR GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF CONTRACTOR GROUP)**.

(c)    NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, AND WITHOUT IN ANY WAY LIMITING THE SCOPE AND EXTENT OF ANY INDEMNITIES PROVIDED FOR IN ANY OTHER PROVISION OF THIS AGREEMENT, CONTRACTOR AGREES TO AND SHALL, RELEASE, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF PROPERTY DAMAGE (WHETHER REAL OR PERSONAL) THAT MAY BE MADE OR ASSERTED BY ANY PERSON OR ENTITY IN CONNECTION WITH ANY POLLUTION OR CONTAMINATION (INCLUDING CLEANUP AND/OR THE CONTROL AND REMOVAL OF SAME) WHICH ARISES OUT OF CONTRACTOR GROUP'S OPERATIONS HEREUNDER, OR ORIGINATES FROM ANY PROPERTY OWNED, LEASED, HIRED OR PROVIDED BY CONTRACTOR GROUP **(INCLUDING, BUT NOT LIMITED TO, THOSE ACTUALLY OR ALLEGEDLY CAUSED BY THE FAULT OR STRICT LIABILITY OF COMPANY GROUP, THE UNSEAWORTHINESS OR UNAIRWORTHINESS OF ANY VESSEL, CRAFT OR PLATFORM, OR THE SOLE, JOINT OR CONCURRENT NEGLIGENCE OF ONE OR MORE MEMBERS OF COMPANY GROUP)**.

(d)    NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, AND WITHOUT IN ANY WAY LIMITING THE SCOPE AND EXTENT OF ANY INDEMNITIES PROVIDED FOR IN ANY OTHER PROVISION OF THIS AGREEMENT, CONTRACTOR AGREES TO RELEASE, DEFEND, INDEMNIFY, AND HOLD HARMLESS COMPANY GROUP, AND ITS AND THEIR CO-LESSEES, WORKING INTEREST PARTNERS, AND JOINT VENTURERS, FROM AND AGAINST ANY AND ALL CLAIMS ON ACCOUNT OF PROPERTY DAMAGE AND/OR BODILY INJURY OR DEATH (INCLUDING BUT NOT LIMITED TO BODILY INJURY OR DEATH IN CONNECTION WITH ANY POLLUTION OR CONTAMINATION), THAT MAY BE MADE OR ASSERTED BY ANY THIRD PARTY THAT DIRECTLY OR INDIRECTLY ARISES FROM WORK UNDER THIS AGREEMENT TO THE EXTENT OF CONTRACTOR GROUP'S ALLEGED OR ACTUAL PROPORTIONATE NEGLIGENCE OR FAULT.  FOR THE PURPOSES OF PARAGRAPH 13(d), "THIRD PARTY" MEANS ANY PERSON OR ENTITY OTHER THAN A MEMBER OF CONTRACTOR GROUP OR COMPANY GROUP.

(e)    For purposes of this Article 13, the term "Indemnifying Party" shall mean the Party having an obligation to indemnify a person or persons pursuant to this Agreement, and the term "Indemnified Party" shall mean a person or persons having the right to be indemnified by a Party pursuant to this Agreement.  To make a claim for indemnification under this Agreement, the Party asserting the right to be indemnified shall notify the other Party in

writing of its claim, such notice to include the details of the underlying claim, and the specific basis under this Agreement for indemnification of the underlying claim (the "Indemnification Claim Notice"). The receiving Party shall respond in writing to the Indemnification Claim Notice no later than twenty (20) days after receipt of same.

If the receiving Party agrees in writing to indemnify the other Party for the claim specified in the Indemnification Claim Notice (the "Indemnified Claim"), the Indemnifying Party shall have the right and obligation to defend diligently the Indemnified Claim at its sole cost and expense. The Indemnifying Party shall have full control of such defense and proceedings, including any compromise or settlement thereof. If requested by the Indemnifying Party, the Indemnified Party agrees to cooperate with any actions reasonably necessary to contest any aspect of the Indemnified Claim that the Indemnifying Party elects to contest (*provided, however*, that the Indemnified Party shall not be required to bring any counterclaim or cross-complaint against any person). The Indemnified Party may, at its sole cost and expense, participate in, but not control, any defense or settlement of any Indemnified Claim. An Indemnifying Party shall not, without the written consent of the Indemnified Party, which consent shall not be unreasonably withheld, settle any Indemnified Claim, or consent to the entry of any judgment with respect thereto that (i) does not result in a final resolution of the Indemnified Party's liability with respect to the Indemnified Claim (including, in the case of a settlement, an unconditional written release of the Indemnified Party), or (ii) imposes on the Indemnified Party any material non-financial obligation, or any financial obligation outside the scope of the Indemnifying Party's indemnification obligations under this Agreement.

If the Indemnifying Party fails to accept its indemnification obligation in writing, or fails to diligently defend or settle the Indemnified Claim, then the Indemnified Party shall have the right to defend against the Indemnified Claim (at the sole cost and expense of the Indemnifying Party, if the Indemnified Party is entitled to indemnification hereunder) with counsel of the Indemnified Party's choosing. If the Indemnified Party settles any Indemnified Claim over the objection of the Indemnifying Party after the Indemnifying Party has timely accepted the Indemnified Claim, the Indemnified Party shall be deemed to have waived any right to indemnity therefor.

(14)    <u>Remedies and Consequential Losses.</u> THE PARTIES' REMEDIES FOR ALL LEGAL INJURIES AND LOSSES SUSTAINED IN CONNECTION WITH TRANSACTIONS GOVERNED HEREBY SHALL BE AS PRESCRIBED BY APPLICABLE LAW; HOWEVER, NOTWITHSTANDING ANYTHING ELSE CONTAINED IN THIS AGREEMENT, UNDER NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR, AND EACH PARTY AGREES TO RELEASE THE OTHER PARTY FROM (A) ANY CONSEQUENTIAL DAMAGES, INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, LOST BUSINESS OPPORTUNITY, LOSS OR INABILITY TO USE PROPERTY OR EQUIPMENT, BUSINESS INTERRUPTION, AND (B) EXEMPLARY AND PUNITIVE DAMAGES.

(15)    <u>Termination of Transaction.</u> Company, in its sole discretion, for good cause or without cause, may terminate a transaction governed hereby at any time. Company may then either complete the transaction itself or contract with a third party to complete same. In the event a transaction is terminated for cause, Contractor shall be credited with the full contract price less the reasonable cost of completion. Such termination and deduction for the reasonable cost of completion shall be without prejudice to the other legal or equitable remedies which may be available to Company. In the event a transaction is terminated without cause, Contractor shall receive as compensation (a)

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                Page 10

that portion of any flat fee attributable to work performed prior to termination, or (b) if payment was to be on a time and materials basis, payment for the time and materials reasonably and actually spent and consumed given the early termination. Termination as to a particular transaction will not terminate this Agreement or any other transaction then in progress.

(16)   Termination of Agreement. This Agreement may be terminated, for good cause or without cause, by either Party giving to the other Party written notice of its election to terminate same, such termination to be effective thirty (30) days after the other Party's receipt of the written termination notice. It shall be Company's election whether all work by Contractor on transactions in progress at the time of termination of this Agreement shall cease or instead, be completed by Contractor under the terms hereof, and unless otherwise provided herein, the termination shall have no effect upon the rights of the Parties regarding any liabilities or obligations of indemnification arising from such transactions. Upon termination under Article 15 above or this Article 16, Contractor shall wind down its work in progress in a safe manner, protective of Company or third party personnel and Company owned or operated property, and Contractor and Company shall work in good faith to close out any transactions in an expeditious manner.

(17)   Patent Infringement. Notwithstanding the other indemnification obligations of the Parties under this Agreement, in addition to the other representations and warranties contained in this Agreement, Contractor represents and warrants that the use or construction of any and all tools, equipment, other materials, software and other goods and services furnished by Contractor Group and used in the work provided for herein does not infringe on any license, patent, copyright or other intellectual property right, whether existing or applied for, and Contractor agrees to release, defend, indemnify and hold harmless Company Group from and against any and all Claims by, or arising in favor of, any patentee, licensee, copyright holder, or other claimant of any right or priority to such goods or services, or the use or construction thereof, and which result or arise from furnishing or use of any such tools, equipment or other materials by Contractor Group in connection with the work under this Agreement. In the event any goods or services furnished or used by Contractor Group are held to be infringing and their use is enjoined, Contractor shall, at its own expense, either procure for Company the right to continue using such goods and services, replace the same with non-infringing goods and services, or modify the goods and services so they become non-infringing. Should Contractor Group be prevented from performing work hereunder by reason of legal proceedings based upon such claim of infringement, Company shall be relieved of its obligations to make payment for such work not performed or goods not furnished as a result thereof.

(18)   Non-Assignability. Contractor shall not assign or subcontract this Agreement or any transaction contemplated hereunder, in part or in whole, nor shall Contractor assign any amounts due, or to become due, hereunder, without the prior written consent of Company's Director of Risk Management. Any attempted assignment not in compliance with the terms of this Article 18 shall be void and of no force or effect. This Agreement and each transaction hereunder shall inure to, and be binding upon, the respective successors and permitted assigns of the Parties.

(19)   Notice. Any notice to be given hereunder by either Party to the other shall be in writing and personally delivered, or mailed certified, return receipt requested, to the other Party at its address as set forth above or to such alternative address noticed pursuant to this Article 19.

(20)   Choice of Law. This Agreement shall be governed by and construed in accordance with, the laws of the State of Texas without regard to any conflict of law provisions that would have the effect of applying the law of another state or jurisdiction.

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                                                 Page 11

(21)     Entire Agreement.   Any prior master service/sales agreement, and/or any other "master" agreements between Company or any of its predecessor entities and Contractor are hereby terminated and revoked.  This Agreement constitutes the entire agreement between the Parties, and shall govern the relationship of the Parties notwithstanding any previous written agreement and/or any previous or subsequent oral understandings or agreements, save and except any subsequent understandings or agreements which meet the requirements of Article 2 hereof.

(22)     Waiver.  A Party's failure to complain or exercise its remedies on account of the other Party's breach or violation of this Agreement shall not be implied or imputed as a waiver of any provision or condition of this Agreement.

(23)     Severability.  If any provision of this Agreement is found by a court of competent jurisdiction to be invalid or unenforceable, said invalid or unenforceable provision shall be disregarded only to the extent of its invalidity or unenforceability, and the balance of the provision and this Agreement shall be enforced as the integrated written agreement of the Parties.

(24)     Prohibition of Certain Items from Company Owned or Operated Property.  Using, possessing, purchasing, selling, soliciting, manufacturing, distributing, dispensing, concealing, receiving, transporting, or being under the influence of any of the following items or substances on Company Group owned or operated property is prohibited:

- Illegal drugs and controlled substances, and any other drugs or substances which may in any way affect safety, including inhalants, whether or not illegal.
- Drug paraphernalia.
- Alcoholic beverages, except as specifically authorized by an officer of Company.  Consuming, or having in one's blood stream, alcoholic beverages while operating machinery/equipment, or while driving any vehicle in connection with a transaction governed by this Agreement, is prohibited.
- Firearms, ammunition, explosives and weapons, except as specifically authorized by Company.

To the extent allowed by applicable law, Company may randomly conduct, or if at any time Company believes, in its sole discretion, that a violation of any prohibition stated in this Article 24 may be occurring, or has occurred, on Company Group owned or operated property, Company may conduct, or may authorize third party search and inspection specialists, including scent-trained dogs, to conduct reasonable searches and inspections of any or all persons located on Company Group property including, but not limited to, searches and inspections of their persons and of their personal property.  Such searches and inspections may include, but shall not be limited to, requiring any person present on Company Group owned or operated property to submit to a urine, saliva, hair, blood and/or breath test to detect prohibited drugs, alcohol and other substances.  Contractor and Company agree that any violation hereof by an employee of Contractor is grounds for termination of this Agreement and/or removal of Contractor from Company's list of approved vendors.  Further, it is agreed that a positive drug/alcohol test, a refusal to be searched, or a refusal to submit to a drug/alcohol test and analysis, will result in the affected individual or individuals and/or company being barred from further and future access to any Company Group owned or operated property.

(25)     Credit History.  Contractor represents and warrants that it has the financial means to meet its obligations under this Agreement, and Contractor hereby agrees that Company may, at any time and from time to time, investigate the credit history of Contractor, its affiliates and subsidiaries and

their proprietors, partners or officers. Contractor agrees to assist Company as reasonably necessary in order to perform investigations under this Article 25.

(26)     Deemed Effective. This Agreement will not be deemed valid unless signed by Company's Director of Risk Management or a Company officer authorized to sign. This Agreement will become effective when signed and delivered by each of the Parties. The date this Agreement is signed by the last Party to sign it (as indicated by the date stated under that Party's signature) will be deemed the effective date of this Agreement, *however*, if Contractor does not enter the date of signing as indicated, the effective date shall be the date this Agreement is executed by Company.

(27)     Attorneys' Fees. The Parties agree that in any suit brought by one Party against the other the prevailing Party shall be entitled to recover its reasonable costs and attorneys' fees to the fullest extent allowed by law. Each Party, to the extent permitted by law, knowingly, voluntarily, and intentionally waives its right to a trial by jury in any action or other legal proceeding arising out of, or relating to, this Agreement.

(28)     Confidentiality. All information, whether tangible or intangible, that is obtained by Contractor, directly or indirectly, from Company Group, or that is created, developed or acquired by Contractor while performing work under this Agreement, including, without limitation, all data, logs, charts, drawings, tracings, documents, calculations, computer printouts and similar items produced or developed as a part of the work for Company (collectively, the "Company Confidential Information"), shall be maintained in confidence by the Contractor, and shall not be used for any purpose other than in connection with the work performed by Contractor or be divulged by Contractor to any third party. Contractor shall be responsible for the safekeeping and protection of all Company Confidential Information in its control and/or custody, and shall be responsible for the compliance with this Article 28 by any person to whom Contractor discloses Company Confidential Information. Company shall have the general right of inspection to determine whether such information is secure. Upon completion of the work performed by Contractor, or within thirty (30) days of termination of this Agreement, all Company Confidential Information shall be delivered by Contractor to Company. Contractor agrees to incorporate provisions similar to this Article 28 in all of its subcontracts, and to ensure that they are expressly enforceable by Company as a third party beneficiary.

The restrictions in this Article 28 shall not apply to any information that would otherwise constitute Company Confidential Information but that was previously in Contractor's possession, or that is, or shall, become part of the public knowledge or literature from a source other than Contractor, either directly or indirectly.

The terms of this Article 28 shall survive for a period of five (5) years from the earlier of completion of any work provided by Contractor hereunder, termination of any applicable work order, delivery ticket or other written instrument, or termination of this Agreement. Notwithstanding the preceding, if applicable law, regulation or government authority, or any third party agreement, also require that any information be kept confidential, such separate requirements shall continue to apply, notwithstanding the termination of this Article 28 with respect to that information.

(29)     Ownership of Work Product. All information and materials provided by Company to Contractor in connection with this Agreement shall be and remain the property of Company or its suppliers, vendors or other contractors, as the case may be. Company, its suppliers, vendors or other contractors, as the case may be, retains all intellectual property rights in such information and materials. Contractor is granted no right or license to use such information or materials except in connection with the performance of Contractor's work under this Agreement.

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                                    Page 13

All work performed by Contractor for Company under this Agreement shall constitute a "work for hire." All work product created, developed or obtained by Contractor for Company under this Agreement, and all intellectual property rights provided by law with respect to such work product, shall be owned by Company. Such work product includes, without limitation, all data, logs, charts, drawings, tracings, documents, calculations, computer printouts and similar items produced or developed as a part of the work for Company. Contractor agrees to assign, and does hereby assign, to Company the sole ownership of all worldwide right, title and interest in and to such work product and all intellectual property rights therein, including any and all rights of copyright, the right to file for, obtain and own any patents on aspects thereof that may constitute patentable inventions, and the right to protect such work product as confidential information under applicable law. At Company's request, Contractor shall execute, and secure execution by its personnel, such additional documents as may be deemed necessary by Company to affect the purposes of this Article 29. Contractor agrees to incorporate provisions similar to this Article 29 in all of its subcontracts, and to ensure that they are expressly enforceable by Company as a third party beneficiary.

(30) Provisions Applicable to Operator as Part of the Consideration for this Agreement. CONTRACTOR HEREBY AGREES THAT THE PROVISIONS OF ARTICLES 3, 12, 13 AND 17 SHALL EXTEND TO, AND BE ENFORCEABLE AS A THIRD PARTY BENEFICIARY BY AND FOR THE BENEFIT OF, ANY OWNER, OPERATOR OR CUSTOMER FOR WHOM COMPANY IS PERFORMING OPERATIONS OR SERVICES.

(31) Counterpart Originals. This Agreement may be executed in a number of identical counterparts which, taken together, shall constitute collectively one (1) agreement. This Agreement may be executed by Company and Contractor by portable document format (.pdf) signature, such that the execution of this Agreement by portable document format (.pdf) signature shall be deemed effective for all purposes as though this Agreement was executed as a "blue ink" original.

(32) Subsidiaries and Affiliates. Notwithstanding Article 30 of this Agreement, Contractor agrees that when "Company" appears in this Agreement, it shall be considered to mean the party for whom the work is being performed, whether Pioneer Natural Resources USA, Inc., or any of its subsidiaries or affiliates. Accordingly, Contractor agrees that the rights, duties, liabilities and obligations of Pioneer Natural Resources USA, Inc., and each of its subsidiaries and affiliates to the Contractor, and the rights, duties, liabilities and obligations of Contractor to Pioneer Natural Resources USA, Inc., and each of its subsidiaries and affiliates are separate and distinct and several, not joint.

(33) Public Announcements. Contractor Group shall not announce or publicly disclose any information concerning the terms or entering into of this Agreement or the work or transactions contemplated under this Agreement without written approval by an officer of Company.

(34) Silica Dust Warning. WHILE PROVIDING GOODS OR PERFORMING SERVICES UNDER THIS AGREEMENT, CONTRACTOR GROUP MAY ENCOUNTER FREE SILICA, AND IN SUCH CIRCUMSTANCES, **DO NOT BREATHE THE DUST**. If you breathe fine silica dust, you can possibly suffer severe, irreversible lung damage and death. Some medical reports state inhalation of silica dust may cause lung cancer. Medical reports also link breathing silica dust to crippling arthritis and skin and eye irritation. NEVER USE MATERIAL CONTAINING SILICA DUST WITHOUT NIOSH/MSHA APPROVED RESPIRATORY PROTECTIVE EQUIPMENT.

(35) Equal Opportunity. Contractor and its subcontractors shall abide by the requirements in the equal opportunity clauses set forth at 41 CFR 60-1.4(a), 41 CFR 60-300.5(a), 41 CFR 60-741.5(a), as applicable. The regulations at 41 CFR 60-1 prohibit discrimination on the bases of race, color, sex, sexual orientation, gender identity, religion, national origin, or other legally protected status, and

require affirmative action by covered contractors and subcontractors to ensure that applicants are employed, and that employees are treated during their employment without regard to their race, color, sex, sexual orientation, gender identity, religion, national origin, or other legally protected status. The regulation at 41 CFR 60-300 prohibits discrimination against qualified veterans, and requires affirmative action by covered contractors and subcontractors to employ, and advance in employment, qualified veterans. The regulation at 41 CFR 60-741 prohibits discrimination against qualified individuals with disabilities, and requires affirmative action by covered contractors and subcontractors to employ, and advance in employment, qualified individuals with disabilities.

(36)     <u>Company's Code of Business Conduct</u>. Contractor acknowledges and agrees that it understands, agrees to comply with, and shall ensure that all members of Contractor Group comply with all aspects of Company's Code of Business Conduct (the "Code"), a copy of which can be found on Company's website at http://www.pxd.com/about/governance/code-of-business-conduct. The Code is subject to change from time to time, and Contractor shall be responsible for ensuring that Contractor Group understands and complies with any changes to the Code.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK; SIGNATURE PAGES FOLLOW]*

COMPANY:

**PIONEER NATURAL RESOURCES USA, INC.**

By: _____

Name: Kimberly Burke _____

Date: _____ 8/24/2018 _____

Title: Director, Risk Management _____

**PIONEER NATURAL RESOURCES PUMPING SERVICES LLC**

By: _____

Name: Kimberly Burke _____

Date: _____ 8/24/2018 _____

Title: Director, Risk Management _____

**PIONEER NATURAL RESOURCES WELL SERVICES LLC**

By: _____

Name: Kimberly Burke _____

Date: _____ 8/24/2018 _____

Title: Director, Risk Management _____

MASTER SERVICE/SALES AGREEMENT (6-19-17)                    Page 16

**PIONEER WATER MANAGEMENT LLC**

By: _____

Name: Kimberly Burke

Date: 8/24/2018

Title: Director, Risk Management


**PIONEER SANDS LLC**

By: _____

Name: Kimberly Burke

Date: 8/24/2018

Title: Director, Risk Management


**CONTRACTOR:**

_____

By: _____

Name: Joe Contreras

Date: 07-16-2018

Title: Managing Partner


MASTER SERVICE/SALES AGREEMENT (6-19-17)                                    Page 17

## EXHIBIT A TO MASTER SERVICE/SALES AGREEMENT

### Minimum Insurance Requirements

Contractor shall, subject to, limited by, and in accordance with this Agreement, purchase and maintain in full force and effect at all times during the term of this Agreement, from insurance providers acceptable to Company, insurance policies providing the types and limits of insurance indicated below, which insurance shall be regarded as a minimum only, and shall not limit Contractor's indemnity obligations under this Agreement.  Any insurance provided by Contractor under this Agreement shall be primary and non-contributory as to any other existing, valid, and collectable insurance.

Each insurance policy maintained by Contractor under this Agreement must be endorsed to provide the following:

1. Waiver of Subrogation (whether by loans, receipts, equitable assignment, or otherwise) in favor of Company Group.

2. Adequate territorial and navigation limits with all laws or regulations of state or country jurisdiction.

3. Company Group as Additional Insured (except the Workers Compensation policy). Commercial General Liability Additional Insured coverage shall include Ongoing Operations and Completed Operations as per ISO forms CG 20 10 04 13 and CG 20 37 04 13 or their equivalent, and Contractual Liability.

To protect Company Group against liability, loss, or expense arising from damage to property or injury to any person arising out of, in connection with or resulting from the work provided for hereunder, Contractor shall, during the progress of the work, carry, at its own expense, on forms and with reliable insurance companies authorized to do business in the state or area in which the work is to be performed hereunder, the following minimum insurance coverages:

A. Workers' Compensation and Employers' Liability Insurance, in accordance with the statutory requirements of the state in which the work is to be performed, and endorsed specifically to include the following:

1. Employers' Liability including Occupational Disease, subject to a limit of liability of not less than $1,000,000 each accident.

2. "Borrowed Servant" (Alternate Employer) endorsement, stating that a claim brought against Company Group as a "borrowed servant" by an employee of Contractor will be treated as a claim against Contractor.

B. Commercial General Liability Insurance, with limits of liability of not less than the following:

$1,000,000 general aggregate
$1,000,000 each occurrence, Bodily Injury and/or Property Damage Combined Single Limit
$1,000,000 general aggregate, Products & Completed Operations

MASTER SERVICE/SALES AGREEMENT (6-19-17)                                    Page 18

Such insurance shall include the following:

1.      Premises and Operations coverage
2.      Contractual Liability coverage
3.      Products and Completed Operations coverage
4.      Sudden and Accidental Pollution coverage
5.      Professional Liability exclusions removed if professional services are performed for Company Group
6.      Cross Suits exclusion removed

C.      Automobile Liability Insurance, including coverage for owned, hired, and non-owned vehicles, with limits of liability of not less than the following:

$1,000,000 each occurrence Bodily Injury and/or Property Damage Combined Single Limit

D.      Aircraft Liability Insurance. In any operation requiring the use of aircraft and/or helicopters (unless provided by Company Group) combined single limit insurance shall be maintained for public liability, passenger liability and property damage liability in an amount of not less than $1,000,000 per seat subject to a minimum of $20,000,000; this insurance shall cover all owned and non-owned aircraft, including helicopters, used by Contractor in connection with the performance of the work set forth in this Agreement.

E.      Physical Damage Insurance for loss or damage to Contractor's equipment and machinery, used in performance of work set forth in this Agreement.

F.      Excess Liability Insurance in forms at least as broad as the underlying coverage, in excess of the insurance coverages outlined in Paragraphs "A.1.", "B", and "C". Such limits of liability shall not be less than the amounts required in the following schedule, which are based on the service Level. When multiple service Levels are performed, Contractor agrees to provide limits for the highest Level in accordance with the highest risk services performed, and further agrees to secure higher limits when services change.

## Contractor Services

☐      **Level I -- Nil:  Excess Liability Limit**

- **Risk Level:** Minimal (Activities that could result in minimal consequence outcomes and/or with a minimal likelihood of occurrence)
- **Location-types:** Services performed on non-well pad or non-active well pad locations
- **Service-type Examples:** May include, but are not limited to, administrative, catering, janitorial, lab, equipment delivery, tire service/repair, etc.

☐    **Level II -- $2,000,000 Excess Liability Limit**

- **Risk Level:** Low Risk (Activities that could result in low consequence outcomes and/or with a low likelihood of occurrence)
- **Location-types:** Services performed on non-well pad and non-active well pad locations
- **Service-type Examples:** May include, but are not limited to, construction, ROW services, trenching & excavation, sandblasting, soil sampling, air emission testing, welding/fabrication, etc.

☐    **Level III-- $5,000,000 Excess Liability Limit**

- **Risk Level:** Moderate (Activities that could result in moderate consequence outcomes and/or with a moderate likelihood of occurrence)
- **Location-types:** Well and environmental services that could be performed on active well site and facilities
- **Service-type Examples:** May include, but are not limited to, pipeline, PSM, DOT and non-DOT Trucking, construction, rig moving, cranes, pigging, directional services, mud/cement services, vacuum trucks, casing, portable toilets, etc.

☐    **Level IV: -- $20,000,000 Excess Liability Limit**

- **Risk Level:** High (Activities that could result in high consequence outcomes and/or with a high likelihood of occurrence)
- **Location-types:** Well, environmental, and pressure services performed on active well sites and facilities
- **Service-type Examples:** May include, but are not limited to, drilling, wireline/perforating, wellhead services, coil tubing, fracture stimulation, well control, workovers, pressure pumping, staffing agencies for company men or other well site consultants, etc.

# Exhibit D

POLICY NUMBER:  OGS-IIC-GL-0000220-00

IL 12 06 04 03

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TEXAS POLICY CHANGES

Effective Date of Change:  12/21/2021
Change Endorsement No.: 3
Named Insured:  Thomas Oilfield Services LLC

The following item(s):

| | | |
|---|---|---|
| | Insured's Name | Insured's Mailing Address |
| | Policy Number | Company |
| | Effective/Expiration Date | Insured's Legal Status/Business of Insured |
| X | Additional Interested Parties | Premium Determination |
| | Limits/Exposures | Coverage Forms and Endorsements |
| | Covered Property/Location Description | Deductibles |
| | Rates | Classification/Class Codes |

is (are) changed to read **{See Additional Page(s)}:**

The above amendments result in a change in the premium as follows:

| | NO CHANGES | | TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|---|---|
| | | | | $ ▮ | $ |
| Countersigned By: | | | | | |

(Authorized Agent)

IL 12 06 04 03                      © ISO Properties, Inc.,  2002                      **Page 1 of 2**   □

CONFIDENTIAL

PDC.COOK 00069

POLICY NUMBER: OGS-IIC-GL-0000220-00                     **COMMERCIAL GENERAL LIABILITY**
**CG 20 28 12 19**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s):**<br><br>**First National Capital, LLC**<br>**And/or Its Successors and/or Assigns**<br>**1029 Hwy 6 North**<br>**Suite 650-283**<br>**Houston, TX 77079** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**CG 20 28 12 19**              © Insurance Services Office, Inc., 2018              **Page 1 of 1**



**CONFIDENTIAL**

**PDC.COOK 00070**

| POLICY CHANGES ENDORSEMENT DESCRIPTION |
|---|

Adding Additional Insured – Lessor of Leased Equipment – CG 20 28 12 19 in favor of:
First National Capital, LLC as attached.

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, or the Capital Assets Program (Output Policy) Coverage Part with all property scheduled on the Scheduled Location Endorsement **OP 14 01,** the following applies with respect to that Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

          © ISO Properties, Inc.,  2002          **IL 12 06 04 03**   ☐

CONFIDENTIAL          PDC.COOK 00071

POLICY NUMBER:  OGS-IIC-GL-0000220-00

IL 12 06 04 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS POLICY CHANGES

Effective Date of Change:  10/11/2021
Change Endorsement No.: 2
Named Insured:  Thomas Oilfield Services
LLC

The following item(s):

|   | | | |
|---|---|---|---|
|   | Insured's Name | | Insured's Mailing Address |
|   | Policy Number | | Company |
|   | Effective/Expiration Date | | Insured's Legal Status/Business of Insured |
| X | Additional Interested Parties | | Premium Determination |
|   | Limits/Exposures | | Coverage Forms and Endorsements |
|   | Covered Property/Location Description | | Deductibles |
|   | Rates | | Classification/Class Codes |

is (are) changed to read **{See Additional Page(s)}:**

The above amendments result in a change in the premium as follows:

| | NO CHANGES | | TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|---|---|
| | | | | $ ███ | $ |
| Countersigned By: | | | | | |

(Authorized Agent)

IL 12 06 04 03                    © ISO Properties, Inc.,  2002                    **Page 1 of 2**  □

**CONFIDENTIAL**

| POLICY CHANGES ENDORSEMENT DESCRIPTION |
| --- |

In consideration of the additional premium shown, the following forms are hereby added to the policy:

CG 20 10 10 01 – Additional Insured – Owners, Lessees or Contractors, Scheduled Person or Organization &
CG 20 37 10 01 – Additional Insured – Owners, Lessees or Contractors – Completed Operations in favor of:
Henry Resources LLC and Company Group as attached.

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, or the Capital Assets Program (Output Policy) Coverage Part with all property scheduled on the Scheduled Location Endorsement **OP 14 01,** the following applies with respect to that Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

**CONFIDENTIAL**          **PDC.COOK 00073**

POLICY NUMBER: OGS-IIC-GL-0000220-00                          **COMMERCIAL GENERAL LIABILITY**
                                                             **CG 20 10 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided  under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Name of Person or Organization:**<br><br>Henry Resources LLC and Company Group<br>c/o ICA<br>PO Box 2566<br>Fort Worth, TX 76116 |

(If no entry appears above, information  required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A. Section II – Who Is An Insured**  is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability  arising out of your ongoing operations performed for that insured.

**B.** With  respect to the insurance afforded to these additional insureds, the following exclusion is added:

**2. Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered  operations  has  been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person  or  organization  other  than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 10 01**                    © ISO Properties, Inc.,  2000                    **Page 1 of 1**   □

**CONFIDENTIAL**

**PDC.COOK 00074**

POLICY NUMBER:  OGS-IIC-GL-0000220-00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided  under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

**Henry Resources LLC  and Company Group**
**c/o ICA**
**PO Box 2566**
**Fort Worth, TX  76116**

**Location And Description of Completed Operations:**

**Any location where you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage.**

**Additional Premium:  Included**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

CG 20 37 10 01

© ISO Properties, Inc.,  2000

**Page 1 of 1**  ☐

**CONFIDENTIAL**

**PDC.COOK 00075**

| POLICY CHANGES ENDORSEMENT DESCRIPTION | ☐ |
|---|---|

In consideration of the return premium shown, the premium charge for Underground Resources and Equipment is hereby amended.

The following locations are hereby added to the policy: No class codes added.

  Location 7 – 901 Cypress Creek Rd, Cedar Park, TX 78613
  Location 8 – 1127 Judson Rd, Longview, TX 75602
  Location 9 – 53 FRJ Drive, Longview, TX 75602

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, or the Capital Assets Program (Output Policy) Coverage Part with all property scheduled on the Scheduled Location Endorsement **OP 14 01,** the following applies with respect to that Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

© ISO Properties, Inc., 2002

**CONFIDENTIAL**

**IL 12 06 04 03**    ☐

**PDC.COOK 00076**

POLICY NUMBER:  OGS-IIC-GL-0000220-00

IL 12 06 04 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS POLICY CHANGES

Effective Date of Change:  9/30/2021
Change Endorsement No.:  1
Named Insured:  Thomas Oilfield Services LLC

The following item(s):

| | | |
|---|---|---|
| Insured's Name | | Insured's Mailing Address |
| Policy Number | | Company |
| Effective/Expiration Date | | Insured's Legal Status/Business of Insured |
| Additional Interested Parties | | Premium Determination |
| Limits/Exposures | | Coverage Forms and Endorsements |
| Covered Property/Location Description | | Deductibles |
| X | Locations | Classification/Class Codes |

is (are) changed to read **{See Additional Page(s)}**:

The above amendments result in a change in the premium as follows:

| | NO CHANGES | | TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM $ | RETURN PREMIUM $ ■ |
|---|---|---|---|---|---|
| Countersigned By: | | | | | |

(Authorized Agent)

IL 12 06 04 03                      © ISO Properties, Inc.,  2002                      **Page 1 of 2**  □

**CONFIDENTIAL**

**PDC.COOK 00077**

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

 © ISO Properties, Inc., 2004

**CONFIDENTIAL** PDC.COOK 00078



**I I C**  IMPERIUM INSURANCE COMPANY

**H S I C**  HOUSTON SPECIALTY INSURANCE COMPANY

**G M I C**  GREAT MIDWEST INSURANCE COMPANY

**O S I C**  OKLAHOMA SPECIALTY INSURANCE COMPANY

# Your Privacy Rights

*This booklet describes how Imperium Insurance Company (IIC), Houston Specialty Insurance Company (HSIC), Great Midwest Insurance Company (GMIC) and/or Oklahoma Specialty Insurance Company (OSIC) use private information about our customers, the limits on our use, how we protect our customers' privacy, and how our customers can restrict the distribution of information about themselves.*

Imperium Insurance Company
Houston Specialty Insurance Company
Great Midwest Insurance Company
Oklahoma Specialty Insurance Company



HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

CONFIDENTIAL

PDC.COOK 00079

5. If we utilize other organizations to support our business, we will require them to abide by this privacy policy statement.

6. We do not sell customer lists or financial information about our customers to any third party vendors. We may, however, allow select customer information to be shared with an affiliated company, under controlled conditions for the purpose of designing and marketing our products or company sponsored products with a company that has adopted a similar privacy policy to safeguard any personal customer information.

7. IIC, HSIC, GMIC and OSIC will provide you a choice as to whether your personal customer information will be shared with other organizations even for the limited purposes described above before your information is released to another organization for marketing purposes.

8. In order to conduct the business of insurance, customer information in our records is referenced relating to the issuance and servicing of coverage settling claims. IIC, HSIC, GMIC and OSIC conduct these insurance operations in accordance with the Fair Credit Reporting Act and information privacy laws as explained in our Notice of Information Practices.

9. This privacy policy will apply to both current and former customers of IIC, HSIC, GMIC and OSIC.

IIC, HSIC, GMIC and OSIC reserve the right to update and modify this statement at any time and will provide notice to you of such updates and modifications. IIC, HSIC, GMIC and OSIC will continue to monitor itself for compliance of its procedures to protect customer privacy.

**Notice of Information Practices**

*Pursuant to 15 U.S.C § 1681 et seq. (1982)*

The information you provide to us is important. We review it in our evaluation of your request for coverage and in determining rates. It may not be the only information about you or persons to be insured under your policy that we consider. In accordance with the Federal Fair Credit Reporting Act, we would like to briefly describe our practices as they relate to information gathered in connection with insurance transactions.

We may need additional information from you or other individuals proposed for coverage. Motor vehicle records, court record or other public records might be reviewed. A photo of any property to be insured might be taken. We may also obtain information from third parties, such as other insurance companies or a consumer reporting agency. A consumer report from such agency may contain information such as credit worthiness, credit standing, credit capacity, character, general reputation, hobbies, occupation, personal characteristics, or mode of living. An investigative consumer report containing the same type of information may be obtained through personal

 HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

CONFIDENTIAL

To our customers:

Safeguarding the privacy of your financial and personal information has always been extremely important to us.

This pamphlet consists of five separate sections concerning our commitment to protecting your privacy:

1.  **Customer Privacy Policy Statement** – Contains a description of IIC, HSIC, GMIC and OSIC's general customer privacy policy
2.  **Notice of Information Practices** – Provides disclosures required under federal laws
3.  **Privacy Disclosure Statement** – Offers you the opportunity to notify us if you do not want IIC, HSIC, GMIC and OSIC to share basic information about you.
4.  **Information We May Disclose To Others**
5.  **Access to and Correction of Your Information**

Please let us know if you have any questions or comments.

**Customer Privacy Policy Statement**

IIC. HSIC, GMIC and OSIC recognize that a fundamental component of the insurer/insured relationship is a customer's trust that the insurer will respect the privacy and confidentiality of the customer's financial information and all aspects of the customer's insurance relationship. IIC, HSIC, GMIC and OSIC have established the following policy to keep your information secure and confidential.

1.  We shall recognize each customer's expectations of privacy by safeguarding information that you share with us. This commitment to privacy will be maintained regardless of whether information is received by mail, telephone, internet, or in person.

    Information shall be collected and utilized only to the extent necessary to deliver insurance service to you and to offer products, services, and other opportunities that may be of interest to you.

3.  We are dedicated to maintaining accurate customer records and shall strive to correct any inaccurate information in a timely manner. You may notify us at the toll-free telephone numbers and address listed at the end of this notice to correct any information.

4.  IIC, HSIC, GMIC and OSIC limit access to your personal information to only those insurance company employees with a business reason for knowing such information. We educate all employees about the importance of confidentiality and customer privacy and have established policies on the proper use of customer information.

 HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

CONFIDENTIAL                    PDC.COOK 00081

interviews with neighbors, friends, associates, acquaintances, or others who may have knowledge concerning those items of information.

If coverage is declined or the charge for coverage is increased either wholly or partly because of information contained in a consumer report, we will tell you. We will also give you the name and address of the consumer reporting agency making the report.

It is possible that an investigative consumer report may be made. Within a reasonable time after receiving this notice of our information practices, you have the right to file a written request for and promptly receive a written disclosure as to the nature and scope of the investigation. You also will have the right to ask to be personally interviewed. Information you give during the interview will be included in the report sent to us. Upon written request and identification, you

have the right to receive a copy of your investigative consumer report. Information gathered about you by the agency in making a consumer report or investigative consumer report may be kept by the agency and provided to others to the extent allowed by law.

Information about you in our records may be kept and may be referred to for purposes relating to the issuance and servicing of coverage and settling claims. We will not disclose information about you to others without your written consent unless the disclosure is necessary to conduct our business. The law permits us to share information about you without your prior consent under circumstances.

Examples of these include disclosures to:

- Parties who perform a business, professional or insurance function for our company, including companies from which we purchase reinsurance coverage;

- Adjusters, appraisers, investigators and attorneys who need the information to investigate, defend or settle a claim involving you;

- Businesses that help us with data processing or marketing;

- Businesses that conduct scientific research, including actuarial or underwriting studies;

- Other insurance companies, agents, or consumer reporting agencies as reasonably necessary in connection with any application, policy, or claim involving you;

- Insurance support organizations which are established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims;

- Medical care institutions or medical professionals to verify coverage or conduct an audit of services;



HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

CONFIDENTIAL

PDC.COOK 00082

- State Insurance Departments in connection with the regulation of our business;

- Law enforcement or other governmental authorities to protect our legal interests or in cases of suspected fraud or illegal activities;

- Authorized persons as ordered by a subpoena, warrant, or other court order or as required by law;

- Certificate holders or policyholders for the purpose of providing information regarding the status of an insurance transaction; or

- Lien holders, mortgagees, assignees, lessors, or other persons shown on our records as having a legal or beneficial interest in your policy

You have the right to know what kind of information we keep about you in our files, the right to reasonable access to this information, and the right to receive a copy of this information. Write to us if you have questions about the information we may have on file about you. Tell us what information you would like to receive. Provide your complete name, address, date of birth, type of policy held or applied for, and all numbers of any policies issued to you by us. Certain types of information generally collected when evaluating claims or possible lawsuits needed may not be disclosed to you.

Within thirty (30) business days of receipt of your request, we will inform you in writing of the nature and substance of locatable and retrievable recorded personal information about you in our files. You may review this information in person or receive a copy for reasonable charge. We will also identify the persons or organizations to which we have disclosed your information to within the past two (2) years. In addition, you will be given the name and address of any consumer reporting agency which prepared a report about you so that you can contact them for a copy.

After you have reviewed your personal information about in our file, you can write to us if you believe it should be corrected, amended, or deleted. Tell us what you think is wrong and why. We will consider your request and within thirty (30) business days from the date of receipt of your written request, either change our files or tell you that we did not and the reason. If we do not make the changes, you will have the right to insert in our file a concise statement containing what you believe to be the correct, relevant or fair information and explaining why you believe the information on the file to be improper. We will notify persons designated by you to whom we have previously disclosed the information of the change on your statement. Subsequent disclosures we make will also be included in your statement.

Correspondence about this notice or requests for information in accordance with your rights under the law should be directed to the appropriate company in the Houston International Insurance Group at the address listed on the last page of the pamphlet.

**Information We May Disclose To Third Parties**.  We do not sell customer information or medical information to anyone. Nor do we share it with companies or organizations outside of



HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

CONFIDENTIAL

PDC.COOK 00083

our group of affiliated companies that would use that information to contact you about their own products and services. Should that practice ever change, we would offer the ability to prohibit this type of information sharing and / or a reasonable time for the opportunity to opt out of this type of information sharing before the change in our practice took place.

We may, without authorization, but only as permitted or required by law, provide customer information to persons or organizations both inside and outside of IIC, HSIC, GMIC or OSIC in order to fulfill a transaction requested, service policies, market our products, investigate and/or handle claims, detect and/or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory and law enforcement authorities. These include, for example: affiliated companies, claims adjusters, medical providers, and program managers.

**Access to and Correction of Your Information.** You may write to us if you have any questions about the information that we may have in our records about you. If you wish, you may inspect this information in person or receive a copy at a reasonable charge by sending us a written request. You can notify us in writing if you believe any information should be corrected, amended, or deleted and we will review your request. We will either make the requested or explain why we did not do so. If we do not make the requested change, you may submit a short written statement identifying the disputed information, which will be included in all future disclosures of your information.

You may send your written request regarding IIC, HSIC, GMIC or OSIC to :

> Houston International Insurance Group, Ltd.
> Attn: Compliance Department
> 800 Gessner, Suite 600
> Houston Texas 77024

All written requests must include your name, address, telephone number, and a photocopy of a picture ID for identification purposes.

You may contact IIC, HSIC, GMIC and OSIC at the following numbers:

|      | Local phone # | Toll free # | FAX # |
|------|---------------|-------------|-------|
| GMIC | 713-973-0226  | 800-829-8165 | 713-935-7424 |
| HSIC | 713-935-4820  | 855-935-HSIC (4742) | 713-935-4821 |
| IIC  | 713-935-4830  | 800-203-1179 | 713-935-4831 |
| OSIC | 713-935-4840  | 855-935-OSIC (6742) | 713-935-4841 |
|      |               |             |       |
|      |               |             |       |



HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

CONFIDENTIAL

PDC.COOK 00084



# COMMERCIAL LINES POLICY

A Stock Company

## IMPERIUM INSURANCE COMPANY

800 Gessner Suite 600
Houston, Texas 77024
Phone: 800-203-1179

IIC JACKET-Policy A 01-2016

Page 1 of 2

CONFIDENTIAL

PDC.COOK 00085

IMPERIUM INSURANCE COMPANY

In Witness Whereof, the Company has caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

President

Secretary

Mark Haushill

Leslie K. Shaunty

CONFIDENTIAL

PDC.COOK 00086

COMMERCIAL GENERAL LIABILITY
CG P 017 06 15

# GENERAL LIABILITY UNMANNED AIRCRAFT ENDORSEMENTS

# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new and revised endorsements, which applies to your renewal policy being issued by us:

**FOR USE WITH THE COMMERCIAL GENERAL LIABILITY COVERAGE PART:**

### CG 21 09 – Exclusion – Unmanned Aircraft

When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury and property damage arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft. The attachment of this endorsement will result in a reduction in coverage under Coverage **A** – Bodily Injury And Property Damage Liability to the extent that:

1. An exposure exists with respect to unmanned aircraft that are **not** owned or operated by or rented or loaned to any insured; or

2. Liability is assumed under any insured contract for the ownership, maintenance or use of unmanned aircraft.

In addition, this endorsement excludes coverage with respect to personal and advertising injury arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft, with certain exceptions. The attachment of this endorsement will result in a reduction in coverage under Coverage **B** – Personal And Advertising Injury Liability, to the extent that an exposure exists with respect to unmanned aircraft. However, the attachment of this endorsement would **not** result in a reduction of coverage with respect to the use of another's advertising idea in your advertisement or to infringing upon another's copyright, trade dress or slogan in your advertisement.

### CG 21 10 – Exclusion – Unmanned Aircraft (Coverage A Only)

When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury and property damage arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft. The attachment of this endorsement will result in a reduction in coverage under Coverage **A** – Bodily Injury And Property Damage Liability to the extent that:

1. An exposure exists with respect to unmanned aircraft that are **not** owned or operated by or rented or loaned to any insured; or

2. Liability is assumed under any insured contract for the ownership, maintenance or use of unmanned aircraft.


**CONFIDENTIAL**

PDC.COOK 00087

**CG 21 11 – Exclusion – Unmanned Aircraft (Coverage B Only)**

When this endorsement is attached to your policy, coverage is excluded with respect to personal and advertising injury arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft, with certain exceptions. The attachment of this endorsement will result in a reduction in coverage under Coverage **B** – Personal And Advertising Injury Liability, to the extent that an exposure exists with respect to unmanned aircraft. However, the attachment of this endorsement would **not** result in a reduction of coverage with respect to the use of another's advertising idea in your advertisement or to infringing upon another's copyright, trade dress or slogan in your advertisement.

**CG 21 37 – Exclusion – Employees And Volunteer Workers As Insureds**

When this endorsement is attached to your policy, employees and volunteer workers will not be considered insureds. If the previous edition of this endorsement was attached to your policy, the attachment of this endorsement will result in a broadening of coverage with respect to:

- An employee's or volunteer worker's operation of certain machinery or equipment that would qualify under the definition of mobile equipment if it were not subject to certain motor vehicle insurance laws; and
- An employee or volunteer worker acting as your real estate manager.

**CG 21 66 – Exclusion – Volunteer Workers**

When this endorsement is attached to your policy, volunteer workers will not be considered insureds. If the previous edition of this endorsement was attached to your policy, the attachment of this endorsement will have no impact on coverage.

**CG 24 50 – Limited Coverage For Designated Unmanned Aircraft**

When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury and property damage arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft, with the exception of unmanned aircraft that are designated in the Schedule of the endorsement, but only related to operations or projects that are also designated in the Schedule.

The attachment of this endorsement will result in a broadening of coverage under Coverage **A** – Bodily Injury And Property Damage Liability with respect to designated unmanned aircraft that are owned or operated by or rented or loaned to any insured, but only with respect to designated operations or projects.

However, the attachment of this endorsement will result in a reduction in coverage under Coverage **A** to the extent that:

- An exposure exists with respect to unmanned aircraft that are **not** owned or operated by or rented or loaned to any insured; or
- Liability is assumed under any insured contract for the ownership, maintenance or use of unmanned aircraft;

with respect to unmanned aircraft that are:

  - **Not** designated in the Schedule of the endorsement; or
  - Designated in the Schedule of the endorsement, with respect to operations or projects that are **not** designated in the Schedule of the endorsement.

In addition, this endorsement excludes coverage with respect to personal and advertising injury arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft, with certain exceptions. The attachment of this endorsement will result in a reduction in coverage under Coverage **B** – Personal And Advertising Injury Liability, to the extent that an exposure exists with respect to unmanned aircraft, but only if such unmanned aircraft are:

- **Not** designated in the Schedule of the endorsement; or
- Designated in the Schedule of the endorsement, with respect to operations or projects that are **not** designated in the Schedule of the endorsement.

However, the attachment of this endorsement would **not** result in a reduction of coverage with respect to the use of another's advertising idea in your advertisement or to infringing upon another's copyright, trade dress or slogan in your advertisement.

 © Insurance Services Office, Inc., 2015 CG P 017 06 15

CONFIDENTIAL

PDC.COOK 00088

This endorsement contains an optional Unmanned Aircraft Liability Aggregate Limit. If a limit is shown in the Schedule, any coverage provided under the endorsement is subject to that aggregate limit. The Unmanned Aircraft Liability Aggregate Limit will be subject to the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever applies. All other limits continue to apply if and to the extent that the Unmanned Aircraft Liability Aggregate Limit has not been used up.

**CG 24 51 – Limited Coverage For Designated Unmanned Aircraft (Coverage A Only)**

When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury and property damage arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft, with the exception of unmanned aircraft that are designated in the Schedule of the endorsement, but only related to operations or projects that are also designated in the Schedule.

The attachment of this endorsement will result in a broadening of coverage under Coverage **A** – Bodily Injury And Property Damage Liability with respect to designated unmanned aircraft that are owned or operated by or rented or loaned to any insured, but only with respect to designated operations or projects.

However, the attachment of this endorsement will result in a reduction in coverage under Coverage **A** to the extent that:

- An exposure exists with respect to unmanned aircraft that are **not** owned or operated by or rented or loaned to any insured; or
- Liability is assumed under any insured contract for the ownership, maintenance or use of unmanned aircraft;

with respect to unmanned aircraft that are:

- **Not** designated in the Schedule of the endorsement; or
- Designated in the Schedule of the endorsement, with respect to operations or projects that are **not** designated in the Schedule of the endorsement.

This endorsement contains an optional Coverage **A** Unmanned Aircraft Liability Aggregate Limit. If a limit is shown in the Schedule, any coverage provided under the endorsement is subject to that aggregate limit. The Coverage **A** Unmanned Aircraft Liability Aggregate Limit will be subject to the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever applies. All other limits continue to apply if and to the extent that the Coverage **A** Unmanned Aircraft Liability Aggregate Limit has not been used up.

**CG 24 52 – Limited Coverage For Designated Unmanned Aircraft (Coverage B Only)**

When this endorsement is attached to your policy, coverage is excluded with respect to personal and advertising injury arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft, with certain exceptions. The attachment of this endorsement will result in a reduction in coverage under Coverage **B** – Personal And Advertising Injury Liability, to the extent that an exposure exists with respect to unmanned aircraft, but only if such unmanned aircraft are:

- **Not** designated in the Schedule of the endorsement; or
- Designated in the Schedule of the endorsement, with respect to operations or projects that are **not** designated in the Schedule of the endorsement.

However, the attachment of this endorsement would **not** result in a reduction of coverage with respect to the use of another's advertising idea in your advertisement or to infringing upon another's copyright, trade dress or slogan in your advertisement.

This endorsement contains an optional Coverage **B** Unmanned Aircraft Liability Aggregate Limit. If a limit is shown in the Schedule, any coverage provided under the endorsement is subject to that aggregate limit. The Coverage **B** Unmanned Aircraft Liability Aggregate Limit will be subject to the General Aggregate Limit. The Personal And Advertising Injury Limit continues to apply if and to the extent that the Coverage **B** Unmanned Aircraft Liability Aggregate Limit has not been used up.

CONFIDENTIAL

PDC.COOK 00089

**FOR USE WITH THE OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART:**

**CG 29 60 – Exclusion – Unmanned Aircraft**

When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury and property damage arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft. The attachment of this endorsement will result in a reduction in coverage to the extent that an exposure exists with respect to unmanned aircraft.

© Insurance Services Office, Inc., 2015

**CONFIDENTIAL**

**PDC.COOK 00090**



## EXCLUSION – SILICA OR SILICA MIXED DUST
## ADVISORY NOTICE TO POLICYHOLDERS

This Notice does **NOT** form a part of your insurance contract.  The Notice is designed to alert you to coverage changes when the exclusion for silica or silica-related dust is attached to this policy.  If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.  Please read your policy, and the endorsements attached to your policy, carefully.

HIIG PN 0003 TX 0614                                                    Page 1 of 1

CONFIDENTIAL                                  PDC.COOK 00091

HIIG PN 0075 01 20

# Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

**Imperium Insurance Company**
To get information or file a complaint with your insurance company or HMO:

      **Call: Compliance Specialist at 713-935-4800**
      **Toll-free: 1-800-203-1179**
      Email: Compliance@hiig.com
      Mail: 800 Gessner Rd, Suite 600, Houston, TX 77024

**The Texas Department of Insurance**
To get help with an insurance question or file a complaint with the state:

      Call with a question: 1-800-252-3439
      File a complaint: www.tdi.texas.gov
      Email: ConsumerProtection@tdi.texas.gov
      Mail: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

CONFIDENTIAL      PDC.COOK 00092



To Our Customer:

As a policyholder with an exposure in the State of Texas, you are entitled to safely information and /or assistance in your loss control efforts at no additional charge.

For safety information or assistance in any of these areas, please feel free to contact a Loss Control Representative at the following address:

Houston International Insurance Group
800 Gessner Rd,  Suite 600
Houston, TX  77024
**Toll Free: 800-829-8165**
**Local: (713) 935 - 0226**

HIIG PN 0044 TX 0614                                                    Page 1 of 1

CONFIDENTIAL                    PDC.COOK 00093

# ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

**Imperium Insurance Company**
Para obtener información o para presentar una queja ante su compañía de seguros o HMO:

    **Llame a: Compliance Specialist al 713-935-4800**
    **Teléfono gratuito: 1-800-203-1179**
    Correo electrónico: Compliance@hiig.com
    Dirección postal: 800 Gessner Rd, Suite 600, Houston, TX 77024

**El Departamento de Seguros de Texas**
Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:

    Llame con sus preguntas al: 1-800-252-3439
    Presente una queja en: www.tdi.texas.gov
    Correo electrónico: ConsumerProtection@tdi.texas.gov
    Dirección postal: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

**CONFIDENTIAL**                                **PDC.COOK 00094**

**IL N 001 09 03**

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CONFIDENTIAL**

**PDC.COOK 00095**

 **IMPERIUM INSURANCE COMPANY**

POLICY NUMBER:  OGS-IIC-GL-0000220-00

IIC IL DS 00 09 08 11 12

# COMMON POLICY DECLARATIONS

| | |
|---|---|
| Imperium Insurance Company<br>800 Gessner, Suite 600<br>Houston, TX 77024<br>713-935-4800 - HOME OFFICE<br>Toll Free - 800-203-1179 | Higginbotham Insurance Agency, Inc. - Tyler, TX - Tyler<br>3347 Old Jacksonville Rd<br>Tyler, TX 75701 |

| | |
|---|---|
| NAMED INSURED: | Thomas Oilfield Services LLC |
| MAILING ADDRESS: | PO Box 1299 |
| | Cedar Park, TX 78630 |

POLICY PERIOD:  FROM  09/30/2021    TO  09/30/2022    AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

| BUSINESS DESCRIPTION | EQUIPMENT RENTAL & LEASING, NEC |
|---|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ ███████ |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ |
| COMMERCIAL LIABILITY UMBRELLA | $ |
| COMMERCIAL PROPERTY COVERAGE PART | $ |
| CRIME AND FIDELITY COVERAGE PART | $ |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ |
| EQUIPMENT BREAKDOWN COVERAGE PART | $ |
| FARM COVERAGE PART | $ |
| LIQUOR LIABILITY COVERAGE PART | $ |
| MEDICAL PROFESSIONAL LIABILITY COVERAGE PART | $ |
| POLLUTION LIABILITY COVERAGE PART | $ |
| COMMERCIAL LIABILITY EXCESS | $ |
| Taxes / Surcharges: | $ |
| Total: | $ ███████ |

Premium shown is payable:  $ _____  at inception.  $ _____

CONFIDENTIAL

PDC.COOK 00096

FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):

SEE SCHEDULE OF FORMS AND ENDORSMENTS

(FORMS - SCHED 08 12)

| Countersigned:   10/14/2021 | By: |
|---|---|
| (Date) | (Authorized Representative) |

**CONFIDENTIAL**

PDC.COOK 00097

**IIC** **IMPERIUM INSURANCE COMPANY**

POLICY NUMBER:   OGS-IIC-GL-0000220-00

COMMERCIAL GENERAL LIABILITY
IIC CG DS 01 10 01 11 12

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| Imperium Insurance Company<br>800 Gessner<br>Suite 600<br>Houston, TX 77024 | Higginbotham Insurance Agency, Inc. - Tyler, TX - Tyler<br>3347 Old Jacksonville Rd<br>Tyler, TX 75701 |

NAMED INSURED:   Thomas Oilfield Services LLC
MAILING ADDRESS:   PO Box 1299
Cedar Park , TX 78630
POLICY PERIOD:   FROM   09/30/2021   TO   09/30/2022   AT 12:01 A.M. TIME AT
YOUR MAILING ADDRESS SHOWN ABOVE

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 | |

## RETROACTIVE DATE(CG 00 02 ONLY)

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND
ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.
RETROACTIVE DATE:   NONE
(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

## DESCRIPTION OF BUSINESS

FORM OF BUSINESS:

☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE   ☐ TRUST

☑ LIMITED LIABILITY COMPANY   ☐ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT IN-
CLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY
COMPANY)

BUSINESS DESCRIPTION:   EQUIPMENT RENTAL & LEASING, NEC

IIC CG DS 01 10 01 11 12

Page 1 of 3

**CONFIDENTIAL**

PDC.COOK 00098

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| 1 | 4250 E. Loop 281, Longview, TX 75602 |
| 2 | 4033 South CR 1210, Midland, TX 79705 |
| 3 | 278 Bypass Rd, Grand Cane, LA 71032 |
| 4 | State Road 128, Jal, NM 88252 |
| 5 | 1504 Hamby Road, Longview, TX 75605 |
| 6 | 3118 WCR 127, Midland, TX 79706 |

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| | Additional Insureds | | | | | 150 | |
| | Employee Benefits Liability | | | | | | |
| | Pollution Exclusion Limited Extended Exception Endorsement | | | | | | |
| | Pollution Exclusion Limited Extended Exception Endorsement | | | | | | |
| | Pollution Exclusion Limited Extended Exception Endorsement | | | | | | |
| | Underground Resources and Equipment | | | | | | |
| | Underground Resources and Equipment | | | | | | |
| | Underground Resources and Equipment | | | | | | |
| | Underground Resources and Equipment | | | | | | |
| 1 | Contractors Equipment - excluding automobiles - rented to others without operators | 11208+ | | | | | |
| 2 | Contractors Equipment - excluding automobiles - rented to others without operators | 11208+ | | | | | |
| 5 | Vacant Land | 49451+ | | | | | |
| 5 | Dwellings - one - family (lessor's risk only) | 63010+ | | | | | |

PREMIUM FOR ENDORSEMENTS  $

TOTAL PREMIUM (SUBJECT TO AUDIT)  $

THIS POLICY IS BASED ON TOTAL SALES OF  $     0

PREMIUM SHOWN IS PAYABLE:    $ _____    AT INCEPTION    $ _____

AT EACH ANNIVERSARY    $ _____

(IF POLICY PERIOD IS MORE THAN ONE YEAR AND PRE-MIUM IS PAID IN ANNUAL INSTALLMENTS)

| AUDIT PERIOD (IF APPLICABLE) | ☑ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |
|---|---|---|---|---|

IIC CG DS 01 10 01 11 12

CONFIDENTIAL

PDC.COOK 00099

| ENDORSEMENTS |
| --- |
| ENDORSEMENTS ATTACHED TO THIS POLICY:<br><br>SEE SCHEDULE OF FORMS AND ENDORSEMENTS<br>FORMS - SCHED 08/12 |

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

IIC CG DS 01 10 01 11 12                                                                                         Page 3 of 3

**CONFIDENTIAL**          **PDC.COOK 00100**

Policy Number:  OGS-IIC-GL-0000220-00

## SCHEDULE OF FORMS AND ENDORSEMENTS

Named Insured:  Thomas Oilfield Services LLC

Effective Date:  09/30/2021
12:01 A.M., Standard Time

Agency Name:  Higginbotham Insurance Agency, Inc. - Tyler, TX - Tyler

| Form Number | Title |
|---|---|
| IL P 001 01 04 | U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS |
| DS PN Annual (4-2012) | HIIG Privacy Rights |
| IIC JACKET-POLICY A 01-2016 | IIC JACKET-POLICY A 01-2016 - MULTISTATE |
| CG P 017 06 15 | GENERAL LIABILITY UNMANNED AIRCRAFT ENDORSEMENTS - ADVISORY NOTICE TO POLICYHOLDERS |
| HIIG PN 0003 TX 06 14 | EXCLUSION - SILICA OR SILICA MIXED DUST ADVISORY NOTICE TO POLICYHOLDERS |
| HIIG PN 0044 TX 06 14 | TEXAS LOSS CONTROL LETTER |
| HIIG PN 0075 01 20 | TEXAS COMPLAINT NOTICE - IIC |
| IL N 001 09 03 | FRAUD STATEMENT |
| IIC IL DS 00 09 08 11 12 | COMMON POLICY DECLARATIONS |
| IIC CG DS 01 10 01 11 12 | GENERAL LIABILITY DECLARATIONS |
| FORMS - SCHED | SCHEDULE OF FORMS AND ENDORSEMENTS |
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 01 03 06 06 | TEXAS CHANGES |
| CG 03 00 01 96 | DEDUCTIBLE LIABILITY INSURANCE (FOR USE WITH CGL AND PRODUCTS POLICIES) |
| CG 04 35 12 07 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| CG 20 01 12 19 | PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION |
| CG 20 10 12 19 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION |
| CG 20 37 12 19 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS |
| CG 21 01 12 19 | EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS |
| CG 21 32 05 09 | COMMUNICABLE DISEASE EXCLUSION |
| CG 21 06 05 14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CG 21 09 06 15 | EXCLUSION - UNMANNED AIRCRAFT |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 75 01 15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES |
| CG 21 96 03 05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 22 79 04 13 | EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY |
| CG 24 04 12 19 | WAIVER OF TRANSFER OF RIGHTS |
| CG 26 39 12 07 | TEXAS CHANGES - EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| HIIG CG 20 08 10 18 | POLLUTION EXCLUSION - LIMITED EXTENDED EXCEPTION FOR A SHORT-TERM POLLUTION EVENT |
| HIIG CG 20 10 10 18 | FLOOD EXCLUSION |
| HIIG CG 21 48 12 18 | ABUSE OR MOLESTATION EXCLUSION - TEXAS |
| IL 00 03 09 08 | CALCULATION OF PREMIUM |
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 01 68 03 12 | TEXAS CHANGES – DUTIES |
| IL 02 75 11 13 | TEXAS CHANGES - CANCELLATION AND NONRENEWAL PROVISIONS FOR CASUALTY LINES AND COMMERCIAL PACKAGE POLICIES |
| HIIG CG 21 59 06 20 | EXCLUSION - EXPLOSION, COLLAPSE, BLASTING AND UNDERGROUND PROEPRTY DAMAGE HAZARD(S) (SPECIFIED OPERATIONS) |

**CONFIDENTIAL**

**PDC.COOK 00101**

| | |
|---|---|
| HIIG IL 01 03 06 20 | NOTICE OF CANCELLATION OR NON-RENEWAL TO SPECIFIED PERSONS OR ORGANIZATIONS ENDORSEMENT |
| HIIG CG 21 68 10 20 | UNDERGROUND RESOURCE AND EQUIPMENT HAZARD COVERAGE |
| IL N 048 09 03 | LOUISIANA FRAUD STATEMENT |
| CG 01 18 12 04 | LOUISIANA CHANGES - LEGAL ACTION AGAINST US |
| CG 01 25 03 03 | LOUISIANA CHANGES - INSURING AGREEMENT(GL) |
| IL 02 77 10 20 | LOUISIANA CHANGES - CANCELLATION AND NONRENEWAL |
| CG 32 10 04 05 | LOUISIANA CHANGES - FUNGI OR BACTERIA EXCLUSION |
| HIIG CG 21 35 10 18 | LEAD EXCLUSION |
| HIIG CG 21 41 10 18 | ASBESTOS EXCLUSION ENDORSEMENT |
| IL N 074 09 03 | NEW MEXICO FRAUD STATEMENT |
| IL 02 98 05 15 | NEW MEXICO CHANGES - CANCELLATION AND NONRENEWAL |

FORMS - SCHED

CONFIDENTIAL

PDC.COOK 00102

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

CONFIDENTIAL

PDC.COOK 00103

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

CONFIDENTIAL    PDC.COOK 00104

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**CONFIDENTIAL**

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

**CONFIDENTIAL**

**PDC.COOK 00106**

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**CG 00 01 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 5 of 16**

CONFIDENTIAL

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**CONFIDENTIAL**

PDC.COOK 00108

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2012

CONFIDENTIAL

PDC.COOK 00109

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**CONFIDENTIAL**

**PDC.COOK 00110**

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

CONFIDENTIAL

PDC.COOK 00111

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**CONFIDENTIAL**

PDC.COOK 00112

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**CONFIDENTIAL**

**PDC.COOK 00113**

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**CONFIDENTIAL**

**PDC.COOK 00114**

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**CONFIDENTIAL**

**PDC.COOK 00115**

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

CONFIDENTIAL    PDC.COOK 00116

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

**CONFIDENTIAL**

PDC.COOK 00117

COMMERCIAL GENERAL LIABILITY
CG 01 03 06 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** With regard to liability for Bodily Injury, Property Damage and Personal And Advertising Injury, unless we are prejudiced by the insured's or your failure to comply with the requirement, no provision of this Coverage Part requiring you or any insured to give notice of "occurrence", claim or "suit", or forward demands, notices, summonses or legal papers in connection with a claim or "suit" will bar coverage under this Coverage Part.

CG 01 03 06 06                © ISO Properties, Inc., 2005                **Page 1 of 1**    ☐

**CONFIDENTIAL**

**PDC.COOK 00118**

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012 **CG 00 01 04 13**

**CONFIDENTIAL**

**PDC.COOK 00119**

POLICY NUMBER:  OGS-IIC-GL-0000220-00

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM  or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ ▮ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

        (1) "Bodily injury";

        (2) "Property damage"; or

        (3) "Bodily injury" and "property damage" combined

    as the result of any one "occurrence".

    If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

    With respect to "property damage", person includes an organization.

CG 03 00 01 96                    Copyright, Insurance Services Office, Inc.,  1994                    **Page 1 of 2**

**CONFIDENTIAL**

PDC.COOK 00120

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

     (1) "Bodily injury";

     (2) "Property damage"; or

     (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

 Copyright, Insurance Services Office, Inc.,  1994 **CG 03 00 01 96**

CONFIDENTIAL    PDC.COOK 00121

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

© ISO Properties, Inc., 2006

**CONFIDENTIAL**

**CG 04 35 12 07**

**PDC.COOK 00122**

POLICY NUMBER:  OGS-IIC-GL-0000220-00

**COMMERCIAL GENERAL LIABILITY**
**CG 04 35 12 07**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $    $1,000,000 | each employee | $         $██████ | $         $██████ |
| | $    $1,000,000 | aggregate | | |
| **Retroactive Date:** | 10/19/2018 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** – Limits Of Insurance); and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to damages only if:

      (1) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

      (2) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

      (3) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

   c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

      (1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**CG 04 35 12 07**

© ISO Properties, Inc., 2006

**Page 1 of 6**

CONFIDENTIAL

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**CONFIDENTIAL**

**PDC.COOK 00124**

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

 © ISO Properties, Inc., 2006 **CG 04 35 12 07**

**CONFIDENTIAL**                    **PDC.COOK 00125**

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006

CG 04 35 12 07

**CONFIDENTIAL**

PDC.COOK 00126

COMMERCIAL GENERAL LIABILITY
CG 20 01 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

---

**CG 20 01 12 19**                © Insurance Services Office, Inc., 2018                **Page 1 of 1**

CONFIDENTIAL

PDC.COOK 00127

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

    **a.** This endorsement is canceled or not renewed; or

    **b.** We renew or replace this endorsement with insurance that:

        **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

        **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

    **a.** The "employee benefit programs" insured;

    **b.** Previous types and amounts of insurance;

    **c.** Limits of insurance available under this endorsement for future payment of damages; and

    **d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

    **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

    **b.** Handling records in connection with the "employee benefit program"; or

    **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

CONFIDENTIAL

PDC.COOK 00128

POLICY NUMBER:  OGS-IIC-GL-0000220-00

COMMERCIAL GENERAL LIABILITY
CG 20 10 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| Any person or organization with whom you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage. | Any location where you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 12 19**

© Insurance Services Office, Inc., 2018

**Page 1 of 2**

CONFIDENTIAL

PDC.COOK 00129

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

© Insurance Services Office, Inc., 2018

**CG 20 10 12 19**

**CONFIDENTIAL**

PDC.COOK 00130

POLICY NUMBER: OGS-IIC-GL-0000220-00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 12 19**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| Any person or organization with whom you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage. | Any location where you have agreed, through written contract, agreement or permit, executed prior to the loss, to provide additional insured coverage. |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**CG 20 37 12 19**

© Insurance Services Office, Inc., 2018

**Page 1 of 1**

CONFIDENTIAL

PDC.COOK 00131

POLICY NUMBER: OGS-IIC-GL-0000220-00

**COMMERCIAL GENERAL LIABILITY**
**CG 21 01 12 19**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Description Of Operations:** |
|---|
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person arising out of practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" involved practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

**CG 21 01 12 19**

© Insurance Services Office, Inc., 2018

**Page 1 of 1**

CONFIDENTIAL

PDC.COOK 00132

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

CG 21 32 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**        ☐

CONFIDENTIAL

PDC.COOK 00133

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

CG 21 06 05 14

© Insurance Services Office, Inc., 2013

Page 1 of 1

CONFIDENTIAL

PDC.COOK 00134

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

© Insurance Services Office, Inc., 2014

CONFIDENTIAL    PDC.COOK 00135

(e) "Bodily injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

**CG 21 09 06 15**

CONFIDENTIAL

PDC.COOK 00136

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi Or Bacteria**

   **a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   **b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Fungi Or Bacteria**

   **a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

   **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc.,  2003

CONFIDENTIAL

PDC.COOK 00137

COMMERCIAL GENERAL LIABILITY
CG 21 75 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

CG 21 75 01 15    © Insurance Services Office, Inc., 2015    **Page 1 of 2**

CONFIDENTIAL

PDC.COOK 00138

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   b. The act resulted in damage:

      (1) Within the United States (including its territories and possessions and Puerto Rico); or

      (2) Outside of the United States in the case of:

         (a) An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

         (b) The premises of any United States mission; and

   c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

   Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015 CG 21 75 01 15

CONFIDENTIAL PDC.COOK 00139

**COMMERCIAL GENERAL LIABILITY**
**CG 21 96 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CONFIDENTIAL

PDC.COOK 00140

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2. Subject to Paragraph **3.** below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 04 13                © Insurance Services Office, Inc., 2012                **Page 1 of 1**

**CONFIDENTIAL**

PDC.COOK 00141

POLICY NUMBER: OGS-IIC-GL-0000220-00

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 12 19**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART DESIGNATED SITES
POLLUTION LIABILITY LIMITED COVERAGE PART DESIGNATED SITES
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY DESIGNATED TANKS

**SCHEDULE**

| **Name Of Person(s) Or Organization(s):** |
|---|
| Blanket as required by written agreement or contract, executed prior to the loss. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery against the person(s) or organization(s) shown in the Schedule above because of payments we make under this Coverage Part. Such waiver by us applies only to the extent that the insured has waived its right of recovery against such person(s) or organization(s) prior to loss. This endorsement applies only to the person(s) or organization(s) shown in the Schedule above.

**CG 24 04 12 19**          © Insurance Services Office, Inc., 2018          **Page 1 of 1**



**CONFIDENTIAL**

**PDC.COOK 00142**

COMMERCIAL GENERAL LIABILITY
CG 26 39 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I** – **Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

© ISO Properties, Inc., 2006

CONFIDENTIAL

PDC.COOK 00143

HIIG CG 20 08 10 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION LIMITED EXTENDED EXCEPTION FOR A SHORT-TERM POLLUTION EVENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following replaces Exclusion **f.** under Paragraph **2. Exclusions** of **SECTION I – COVERAGES**, **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)**  "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured;

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(iv)** "Bodily injury" or "property damage" arising out of a "short-term pollution event" provided you notify us of the "short-term pollution event" as soon as practicable, but no more than sixty (60) days after its ending.

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)**  Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**CONFIDENTIAL**

PDC.COOK 00144

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other op-erating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(iv)** "Bodily injury" or "property damage" arising out of a "short-term pollution event" provided you notify us of the "short-term pollution event" as soon as practicable, but no more than sixty (60) days after its ending.

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**B.** The following are added to the **Definitions** Section:

**1.** "Short-term pollution event" means a discharge, dispersal, release or escape of "pollutants" which:

**a.** Begins during the policy period;

**b.** Begins at an identified time and place;

**c.** Ends, in its entirety, at an identified time within thirty (30) days from the time you first became aware of the discharge, dispersal, release or escape of the "pollutants", however, the duration of such discharge, dispersal, release or escape of the "pollutants" may not exceed sixty (60) days;

**d.** Is not a repeat or resumption of a previous discharge, dispersal, release or escape of the same pollutant from essentially the same source within twelve (12) months of a previous discharge, dispersal, release or escape;

**e.** Does not originate from an "underground storage tank"; and

**f.** Is not heat, smoke or fumes from a "hostile fire".

To be a "short-term pollution event", the discharge, dispersal, release or escape of "pollutants" need not be continuous. However, if the discharge, dispersal, release or escape is not continuous, then all discharges, dispersals, releases or escapes of the same "pollutants" from essentially the same source, considered together, must satisfy Provisions **a.** through **f.** of this definition to be considered a "short-term pollution event".

**CONFIDENTIAL**

**PDC.COOK 00145**

HIIG CG 20 10 10 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLOOD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**  The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES**, **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This insurance does not apply to:

**Flood**

"Bodily injury" or "property damage" arising out of:

1.  Water that backs up or overflows from a sewer, drain or sump; or

2.  Water under the ground surface pressing on, or flowing or seeping through:

    a.  Foundations, walls, floors or paved surfaces;

    b.  Basements, whether paved or not; or

    c.  Doors, windows or other openings;

3.  Waves, tidal water or tidal waves; or

4.  Rising, overflowing, or breaking of any boundary or natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or water-course, whether driven by wind or not;

5.  Any general and temporary condition of partial or complete inundation of normally dry land areas from:

    a.  The unusual and rapid accumulation or runoff (including the seepage, leakage or influx) of surface waters from any source; or

    b.  Mudslides or mudflows which are caused by the unusual and rapid accumulation or runoff of surface waters from any source and are akin to a river of liquid and flowing mud on the surfaces of normally dry land areas as when the earth is carried by a current of water and deposited along the path of the current;

6.  Any collapse or subsidence of land along the shore of a lake or other body of water as a result of erosion or undermining caused by waves or currents of water exceeding the cyclical levels which result in the rising or overflowing or breaking of any boundary of natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or watercourse, whether driven by wind or not.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

CONFIDENTIAL     PDC.COOK 00146

2. "Underground storage tank" means any storage tank, including any attached pumps, valves or piping, buried below the surface of the ground or water, or which, at any time, had been buried under the surface of the ground or water and then subsequently exposed by any means. For the purposes of this definition, buried means that at least 10% of it is below the surface of the ground or water.

**CONFIDENTIAL**

**PDC.COOK 00147**

HIIG CG 21 48 12 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION-TEXAS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Paragraph **2. Exclusions** of **SECTION 1 – COVERAGES**, **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Abuse or Molestation**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual, alleged, or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured; or

**2.** The negligent:

  **a.** Employment;

  **b.** Investigation;

  **c.** Supervision;

  **d.** Reporting to the proper authorities, or failure to so report; or

  **e.** Retention

  of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraph **1.** above.

For the purposes of this endorsement, abuse means an act which is committed with the intent to cause harm.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

CONFIDENTIAL                    PDC.COOK 00148

**IL 00 03 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc., 2007

**CONFIDENTIAL**

 **PDC.COOK 00149**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

CONFIDENTIAL

PDC.COOK 00150

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

---

IL 00 21 09 08                 © ISO Properties, Inc., 2007                 **Page 1 of 2**    ☐

**CONFIDENTIAL**                 **PDC.COOK 00151**

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

**IL 00 21 09 08**    □

**CONFIDENTIAL**    PDC.COOK 00152

IL 01 68 03 12

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TEXAS CHANGES – DUTIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added to the **Duties** Condition:

We will notify the first Named Insured in writing of:

1.  An initial offer to settle a claim made or "suit" brought against any insured ("insured") under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

2.  Any settlement of a claim made or "suit" brought against the insured ("insured") under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

---

IL 01 68 03 12 © Insurance Services Office, Inc., 2011 **Page 1 of 1**

**CONFIDENTIAL**

**PDC.COOK 00153**

IL 02 75 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – CANCELLATION AND NONRENEWAL PROVISIONS FOR CASUALTY LINES AND COMMERCIAL PACKAGE POLICIES

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY
    FARM COVERAGE PART – FARM LIABILITY COVERAGE FORM
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This endorsement also modifies insurance provided under the following when written as part of a Commercial Package Policy:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **2.** We may cancel this policy:

    **a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

However, if this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the notice of cancellation, as described above, will be provided to the first Named Insured 30 days before the effective date of cancellation. We will also provide 30 days' written notice to each unit-owner to whom we issued a certificate or memorandum of insurance, by mailing or delivering the notice to each last mailing address known to us.

IL 02 75 11 13    © Insurance Services Office, Inc., 2013    **Page 1 of 2**

CONFIDENTIAL

PDC.COOK 00154

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of our reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

**(1)** If this policy has been in effect for less than 90 days, we may cancel coverage for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel coverage, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

**B.** The following condition is added and supersedes any provision to the contrary:

**Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** This paragraph, **2.,** applies unless the policy qualifies under Paragraph **3.** below.

If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

**3.** If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then we will mail or deliver written notice of nonrenewal, at least 30 days before the expiration or anniversary date of the policy, to:

**a.** The first Named Insured; and

**b.** Each unit-owner to whom we issued a certificate or memorandum of insurance.

We will mail or deliver such notice to each last mailing address known to us.

**4.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**5.** The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

© Insurance Services Office, Inc., 2013

**IL 02 75 11 13**

**CONFIDENTIAL**

**PDC.COOK 00155**

HIIG CG 21 59 06 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXPLOSION, COLLAPSE, BLASTING AND UNDERGROUND PROPERTY DAMAGE HAZARD(S) (SPECIFIED OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Location And Description Of Operations | Excluded Hazard(s) |
|---|---|
| **Any Location and All Operations** | ☐ **"Collapse hazard"**<br>☐ **"Explosion hazard"**<br>☒ **"Blasting hazard"**<br>☐ **"Underground Property Damage hazard"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following exclusion is added to **SECTION I – COVERAGES**, Paragraph **2. Exclusions**:

This insurance does not apply to "property damage" included within the "explosion hazard", the "blasting hazard", the "collapse hazard" or the "underground property damage hazard" if any of these hazards are selected as an Excluded Hazard shown in the Schedule above.

This exclusion does not apply to:

**a.** Operations performed for you by others; or

**b.** "Property damage" included within the "products completed operations hazard".

**B.** The following definitions are added to **SECTION V - DEFINITIONS**:

**1.** "Collapse hazard" includes "structural property damage" and any resulting "property damage" to any other property at any time.

**2.** "Explosion hazard" includes "property damage" arising out of explosion by a means other than out of a "blasting hazard". The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

**3.** "Blasting hazard" includes "property damage" arising out of:

**a.** Any blasting operations by means of controlled artificial explosion; or

**b.** Use of explosives, including handling, storage or transportation thereof.

CONFIDENTIAL

PDC.COOK 00156

4.  "Structural property damage" means the collapse of or structural injury to any building or structure due to:

    a.  Grading of land, excavating, borrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work; or

    b.  Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

5.  "Underground property damage hazard" includes "underground property damage" and any resulting "property damage" to any other property at any time.

6.  "Underground property damage" means "property damage" to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

**CONFIDENTIAL**

**PDC.COOK 00157**

HIIG IL 01 03 06 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION OR NON-RENEWAL TO SPECIFIED PERSONS OR ORGANIZATIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR TRUCK CARRIER COVERAGE FORM
AUTO DEALERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART

1. If we cancel or non-renew this policy for any reason other than non-payment, we will endeavor to give notice of the cancellation or non-renewal to the Specified Person(s) or Organization(s) listed in the **SCHEDULE** below _____thirty (30)_____days prior to the effective date of cancellation or non-renewal.

2. If we cancel this policy for non-payment, we will endeavor to give notice of the cancellation to the Specified Person(s) or Organizations(s) listed in the Schedule below ten (10) days prior to the effective date of cancellation.

3. If notice is mailed, proof of mailing to the mailing address you provide to us will be sufficient proof of notice.

4. Our failure to provide such notification to the Specified Person(s) or Organization(s) will not:

   a. Extend any Coverage Form cancellation date;

   b. Negate the cancellation as to any insured or any certificate holder;

   c. Provide any additional insurance that would not have been provided in the absence of this endorsement; or

   d. Impose liability of any kind upon us.

5. This endorsement does not entitle the Specified Person(s) or Organization(s) to any benefits, rights or protection under this Coverage Form.

6. For purposes of this endorsement, Specified Person(s) or Organization(s) means persons or organizations shown in the Schedule below.

| SCHEDULE | |
|---|---|
| **Name of Specified Person(s) or Organization(s):**<br><br>**Per Schedule on file with company** | **Mailing Address:** |

HIIG IL 01 03 06 20          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 1

CONFIDENTIAL          PDC.COOK 00158

COMMERCIAL GENERAL LIABILITY
HIIG CG 21 68 10 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UNDERGROUND RESOURCES AND EQUIPMENT HAZARD COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Underground Resources And Equipment Hazard Property Damage | $ 1,000,000 | Aggregate Limit |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**DESCRIPTION OF OPERATIONS:**

Gasoline Recovery – from casing head or natural gas

Oil or Gas Lease Operations – natural gas

Oil or Gas Lease Operations – natural gas – within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay

Oil or Gas Wells – cleaning or swabbing by contractors

Oil or Gas Wells – cleaning or swabbing by contractors – within the limits of any town or city, on the right-of-way of any railroad, or in any ocean, gulf or bay

Oil or Gas Wells – drilling or redrilling, installation or recovery of casing

Oil or Gas Wells – drilling or redrilling, installation or recovery of casing – within the limits of any town or city, on the right-of-way of any railroad

Oil or Gas Wells – non-operating working interest

Oil or Gas Wells – servicing – by contractors

Oil or Gas Wells – shooting

The following provisions are added with respect to "property damage" included within the "underground resources and equipment hazard" arising out of the operations performed by you or on your behalf and described in this endorsement:

A. With respect to "property damage" included within the "underground resources and equipment hazard" the following is added to  **SECTION III – LIMITS OF INSURANCE:**

   **8.** Subject to Paragraph **2.,** the Underground Resources And Equipment Hazard Property Damage Aggregate Limit shown in the Schedule or in the Declarations as subject to this endorsement is the most we will pay under Coverage **A** and Coverage **B** for the sum of damages because of all "property damage" included within the "underground resources and equipment hazard".

B. The following is added to Exclusion **j. Damage To Property** under Paragraph **2. Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   Paragraphs **(4), (5)** and **(6)** of this exclusion do not apply to any "property damage" included within the "underground resources and equipment hazard".

**CONFIDENTIAL**    PDC.COOK 00159

**C.** The following exclusions are added to Paragraph **2. Exclusions of SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY  and Paragraph 2. Exclusions of SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

This insurance does not apply to:

**1.** Loss of hole, well, and any in-hole equipment, including fishing costs.

**2.** "Well out of control" cost or expenses incurred by or on behalf of any insured in connection with controlling or bringing under control any oil, gas, drilling fluids, mineral, geothermal, water or any other substance from any well(s) and/or hole which becomes out of control.

**3.** Liability arising out of work or operations performed on any oil, gas, mineral, well, hole, or lease in or over oceans, gulfs, bays, marshes or any other body of water. This exclusion also applies to liability arising out of any equipment owned by you; rented, leased, or borrowed by or to you; or in any way associated with you while used in work or operations in or over any body of water.

**4.** Removal of or loss of subsurface oil, gas or any other subsurface substance.

**5.** Removal of debris or wreckage.

However, paragraphs **C. 1.** and **4.**  do not apply to any "property damage" included within the "underground resources and equipment hazard".

These exclusions also apply to any liability assumed by any insured under an "insured contract", or any other agreements or contracts under which you assume the liability of others.

**D.** The following is added to the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** Condition of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

Upon the "occurrence" of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by you or on your behalf, you agree that you will at your own cost and expense, promptly and diligently take whatever steps are necessary or legally required of you or necessary for you or any other person to bring such well under control.

**E.** The following definitions are added to **SECTION V – DEFINITIONS:**

**1.** "Well Out of Control" means any well or hole that has an uncontrolled flow of oil, gas, drilling fluids, water, mineral, geothermal or any other substance.

**2.** "Underground resources and equipment hazard" includes "property damage" to any of the following:

**a.** Oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth;

**b.** Any well, hole, formation, strata or area in or through which exploration for or production of any substance is carried on;

**c.** Any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or hole.

**CONFIDENTIAL**

PDC.COOK 00160

IL N 048 09 03

# LOUISIANA FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

IL N 048 09 03                © ISO Properties, Inc., 2003                **Page 1 of 1**

CONFIDENTIAL                PDC.COOK 00161

**COMMERCIAL GENERAL LIABILITY**
**CG 01 18 12 04**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOUISIANA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      ELECTRONIC DATA LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCT WITHDRAWAL COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The **Legal Action Against Us** Condition (Section **IV** – Conditions) is replaced by the following.

**Legal Action Against Us**

A person or organization may bring a "suit" against us including, but not limited to, a "suit" to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**CONFIDENTIAL**



**PDC.COOK 00162**

COMMERCIAL GENERAL LIABILITY
CG 01 25 03 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – INSURING AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **1.a.** of **Section I – Coverages, Coverage A – Bodily Injury And Property Damage Liability** is replaced with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage **A** or **B** or medical expenses under Coverage **C**. However, using up the Medical Expense Limit does not end our right and duty to defend.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**B.** Paragraph **1.a.** of **Section I – Coverages, Coverage B – Personal And Advertising Injury Liability** is replaced with the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**. However, using up the Medical Expense Limit does not end our right and duty to defend.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

© ISO Properties, Inc.,  2002
**CONFIDENTIAL**
**PDC.COOK 00163**

IL 02 77 10 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following, which applies unless Paragraph **B.** of this endorsement applies:

**2. Notice Of Cancellation**

**a. Cancellation Of Policies In Effect For Fewer Than 60 Days Which Are Not Renewals**

If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

**(1)** Cancellation for nonpayment of premium:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

**(2)** Cancellation for any other reason:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

**b. Cancellation Of Renewal Policies And New Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Fraud or material misrepresentation made by you or with your knowledge with the intent to deceive in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Activities or omissions by you which change or increase any hazard insured against;

**(4)** Change in the risk which increases the risk of loss after we issued or renewed this policy, including an increase in exposure due to regulation, legislation, or court decision;

IL 02 77 10 20

© Insurance Services Office, Inc., 2020

**Page 1 of 4**

CONFIDENTIAL

PDC.COOK 00164

**(5)** Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

**(6)** The insured's violation or breach of any policy terms or conditions; or

**(7)** Any other reasons that are approved by the Commissioner of Insurance.

We will mail or deliver written notice of cancellation under Paragraph **A.2.b.** to the first Named Insured at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for a reason described in Paragraphs **A.2.b.(2)** through **(7)** above.

**B.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following, which applies with respect to premium payments due on new and renewal policies, including installment payments:

**2. Notice Of Cancellation**

**a.** If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs **B.2.b.** and **B.2.c.**

**b.** We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

**c.** The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

**C.** With respect to the Coverage Parts and Policies to which this endorsement applies, except the Equipment Breakdown Coverage Part, Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **C.5.a., C.5.b., C.5.c., C.5.d.** and **C.5.e.** The cancellation will be effective even if we have not made or offered a refund.

**a.** If the first Named Insured cancels, the refund will not be less than 90% of the pro rata unearned premium, rounded to the next higher whole dollar. The refund will be returned within 30 days after the effective date of cancellation.

**b.** If we cancel, the refund will be pro rata and we will send the refund to the first Named Insured unless Paragraph **C.5.c.** or **C.5.d.** applies.

**c.** If we cancel based on Paragraph **B.2.** of this endorsement, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in **B.2.c.** If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

**d.** With respect to any cancellation of the Commercial Auto Coverage Part, we will send the return premium, if any, to the premium finance company if the premium was financed by such company.

**e.** When return premium payment is sent to the premium finance company or the agent of the insured, we will provide notice to you, at the time of cancellation, that a return of unearned premium may be generated by the cancellation.

 © Insurance Services Office, Inc., 2020

**CONFIDENTIAL**

**PDC.COOK 00165**

**D.** With respect to the Equipment Breakdown Coverage Part, Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **D.5.a., D.5.b., D.5.c., D.5.d.** and **D.5.e.** The cancellation will be effective even if we have not made or offered a refund.

**a.** If we cancel, the refund will be pro rata.

**b.** If the first Named Insured cancels, the refund will not be less than 75% of the pro rata unearned premium, rounded to the next higher whole dollar. The refund will be returned within 30 days after the effective date of cancellation.

**c.** We will send the refund to the first Named Insured unless Paragraph **D.5.d.** applies.

**d.** If we cancel based on Paragraph **B.2.** of this endorsement, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in **B.2.c.** If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

**e.** When return premium payment is sent to the premium finance company or the agent of the insured, we will provide notice to you, at the time of cancellation, that a return of unearned premium may be generated by the cancellation.

**E.** The **Premiums** Common Policy Condition is replaced by the following:

**Premiums**

**1.** The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

**2.** We will pay return premiums, if any, to the first Named Insured, unless another person or entity is entitled to be the payee in accordance with Paragraph **C.** or **D.** of this endorsement.

**F.** Paragraph **f.** of the **Mortgageholders** Condition in the Commercial Property Coverage Part, Standard Property Policy and the Capital Assets Program (Output Policy) Coverage Part, and Paragraph **4.f.** of the **Mortgageholders** Condition in the Farm Coverage Part are replaced by the following:

If we cancel a policy that has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we will give written notice to the mortgageholder, pledgee or other known person shown in the policy to have an insurable interest in any loss, at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 60 days before the effective date of cancellation, if we cancel for any other reason.

If we cancel a policy that has been in effect for 60 days or more, or is a renewal of a policy we issued, we will give written notice to the mortgageholder, pledgee or other known person shown in the policy to have an insurable interest in any loss, at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation, if we cancel for any other reason.

**G.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, mortgageholder, pledgee or other known person shown in the policy to have an insurable interest in any loss, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

**CONFIDENTIAL**

**PDC.COOK 00166**

2. We need not mail or deliver this notice if:

   a. We or another company within our insurance group have offered to issue a renewal policy; or

   b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured, mortgageholder, pledgee or other known person shown in the policy to have an insurable interest in any loss, at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. Such notice to the insured shall include the insured's loss run information for the period the policy has been in force within, but not to exceed, the last three years of coverage.

© Insurance Services Office, Inc., 2020

**CONFIDENTIAL**

**PDC.COOK 00167**

COMMERCIAL GENERAL LIABILITY
CG 32 10 04 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or "bacteria" on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or "bacteria" that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or "bacteria" on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Bacteria" means any type, kind or form of bacterium.

**2.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CG 32 10 04 05                    © ISO Properties, Inc., 2005                    **Page 1 of 1**   ☐

CONFIDENTIAL

PDC.COOK 00168

HIIG CG 21 35 10 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of both **SECTION I – COVERAGES**, **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **SECTION I – COVERAGES**, **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Lead**

**1.** "Bodily injury", "property damage", "personal and advertising injury" or "reduction in value" arising out of the actual, alleged, or threatened presence of, or exposure to "lead", or to harmful substances emanating from "lead". This includes ingestion of, inhalation of, absorption of, contact with, existence of, presence of, or exposure to, "lead".  Such injury from or exposure to "lead" also includes, but is not limited to:

    **a.** The existence, installation, storage, handling or transportation of "lead";

    **b.** The removal, abatement or containment of "lead" from any structures, materials, goods, products or manufacturing processes;

    **c.** The disposal of "lead";

    **d.** Any structures, manufacturing processes, or products containing "lead";

    **e.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

    **f.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with any of the above.

**2.** Any loss, cost or expense, including, but not limited to payment for investigation or defense, fines, penalties and other costs or expenses, arising out of any:

    **a.** Demand, judgment, obligation, order, request, settlement, or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "lead"; or

    **b.** Testing for, monitoring, cleaning up, removing, containing, mitigating, or disposing of, or in any way responding to or assessing the actual, alleged or threatened effects of, "lead" by any insured or by any other person or entity; or

    **c.** Claim, "suit", demand, judgment, obligation, order or request to investigate which would not have occurred, in whole or in part, but for the actual, alleged or threatened presence of or exposure to "lead".

This exclusion applies regardless of who manufactured, produced, installed, used, owned, sold, distributed, handled, stored or controlled the "lead".

CONFIDENTIAL

PDC.COOK 00169

**B. Additional Definitions**:

As used in this endorsement:

1. "Lead" means lead in any type or form; paint containing lead; other products, goods or materials containing lead or lead products; and any harmful substances, scents, vapors, gases or by-products produced by, emanating from, or released by lead.

2. "Reduction in value" means any claim, demand or "suit" that alleges diminution, impairment or devaluation of property.


ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

CONFIDENTIAL

PDC.COOK 00170

HIIG CG 21 41 10 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES**, **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and Paragraph **2. Exclusions** of **SECTION I – COVERAGES**, **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

**Asbestos**

**1.** "Bodily injury", "property damage", "personal and advertising injury" or "reduction in value" related, in whole or in part, to the actual, alleged, or threatened presence of, or exposure to "asbestos" in any form, or to harmful substances emanating from "asbestos".  This includes ingestion of, inhalation of, absorption of, contact with, existence of, presence of, or exposure to, "asbestos".  Such injury from or exposure to "asbestos" also includes, but is not limited to:

  **a.** The existence, installation, storage, handling or transportation of "asbestos";

  **b.** The removal, abatement or containment of "asbestos" from any structures, materials, goods, products or manufacturing process;

  **c.** The disposal of "asbestos";

  **d.** Any structures, manufacturing processes, or products containing "asbestos";

  **e.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

  **f.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above.

  Such injury or damage is excluded regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**2.** Any loss, cost or expense, including, but not limited to payment for investigation or defense, fines, penalties and other costs or expenses, arising, in whole or in part, out of:

  **a.** Any claim, "suit", demand, judgment, obligation, order, request, settlement, or statutory or regulatory requirement that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "asbestos"; or

  **b.** The testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, or disposing of, or in any way responding to or assessing the actual or alleged effects of, "asbestos" by any insured or by any other person or entity; or

  **c.** Any claim, "suit", demand, judgment, obligation, or request to investigate which would not have occurred, in whole or in part, but for the actual or alleged presence of or exposure to "asbestos".

**CONFIDENTIAL**

PDC.COOK 00171

**HIIG CG 21 41 10 18**

**B.** The following exclusion is added to Paragraph **2. Exclusions**, of **COVERAGE C. MEDICAL PAYMENTS**:

We will not pay expenses for "bodily injury":

**Asbestos**

Due to the actual, alleged or threatened ingestions of, inhalation of, absorption of, contact with, existence of, presence of, or exposure to, "asbestos" in any form.

**C.** The following definitions are added to the **SECTION V - DEFINITIONS**:

**1.** "Asbestos" means any type or form of asbestos, asbestos fibers, asbestos products, or asbestos materials, including any products, goods, or materials containing asbestos or asbestos fibers, products or materials and any gases, vapors, scents or by-products produced or released by asbestos.

**2.** "Reduction in value" means any claim, demand or "suit" that alleges diminution, impairment or devaluation of property.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**CONFIDENTIAL**

**PDC.COOK 00172**

IL N 074 09 03

# NEW MEXICO FRAUD STATEMENT

ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

IL N 074 09 03                   © ISO Properties, Inc., 2003                   **Page 1 of 1**

CONFIDENTIAL

PDC.COOK 00173

IL 02 98 05 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW MEXICO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Permissible Reasons And Notice Period**

**a.** If this Policy has been in effect less than 60 days and is not a renewal of a policy we issued, we may cancel for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation, provided that the cancellation becomes effective before the Policy has been in effect for 60 days.

**b.** If Paragraph **a.** does not apply, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium.

**(2)** There has been a substantial change in the risk assumed by us since the Policy was issued.

**(3)** The Policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us.

**(4)** Willful and negligent acts or omission by the insured have substantially increased the hazards insured against.

**(5)** You presented a claim based on fraud or material misrepresentation.

**c.** If we cancel subject to **2.b.** above, we will mail or deliver to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation, for the reason set forth in **2.b.(1).**

**(2)** 30 days before the effective date of cancellation, for the reason set forth in **2.b.(2).**

**(3)** 15 days before the effective date of cancellation, for a reason set forth in **2.b.(3), 2.b.(4)** or **2.b.(5).**

The written notice will state the reason for cancellation, except that such statement may be omitted from a notice mailed to an additional insured or lienholder under this Policy.

**B.** The following condition is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew this Policy, we will mail to the first Named Insured written notice of the nonrenewal not less than 30 days before the expiration date of the Policy.

Proof of mailing will be sufficient proof of notice.

IL 02 98 05 15                    © Insurance Services Office, Inc., 2014                    **Page 1 of 1**

CONFIDENTIAL

PDC.COOK 00174

# Exhibit E

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

IL P 001 01 04          © ISO Properties, Inc., 2004          **Page 1 of 1**



# Your Privacy Rights

*This booklet describes how Imperium Insurance Company (IIC), Houston Specialty Insurance Company (HSIC), Great Midwest Insurance Company (GMIC) and/or Oklahoma Specialty Insurance Company (OSIC) use private information about our customers, the limits on our use, how we protect our customers' privacy, and how our customers can restrict the distribution of information about themselves.*

Imperium Insurance Company
Houston Specialty Insurance Company
Great Midwest Insurance Company
Oklahoma Specialty Insurance Company



HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

To our customers:

Safeguarding the privacy of your financial and personal information has always been extremely important to us.

This pamphlet consists of five separate sections concerning our commitment to protecting your privacy:

1. **Customer Privacy Policy Statement –** Contains a description of IIC, HSIC, GMIC and OSIC's general customer privacy policy
2. **Notice of Information Practices –** Provides disclosures required under federal laws
3. **Privacy Disclosure Statement –** Offers you the opportunity to notify us if you do not want IIC, HSIC, GMIC and OSIC to share basic information about you.
4. **Information We May Disclose To Others**
5. **Access to and Correction of Your Information**

Please let us know if you have any questions or comments.

**Customer Privacy Policy Statement**

IIC. HSIC, GMIC and OSIC recognize that a fundamental component of the insurer/insured relationship is a customer's trust that the insurer will respect the privacy and confidentiality of the customer's financial information and all aspects of the customer's insurance relationship. IIC, HSIC, GMIC and OSIC have established the following policy to keep your information secure and confidential.

1. We shall recognize each customer's expectations of privacy by safeguarding information that you share with us. This commitment to privacy will be maintained regardless of whether information is received by mail, telephone, internet, or in person.

   Information shall be collected and utilized only to the extent necessary to deliver insurance service to you and to offer products, services, and other opportunities that may be of interest to you.

3. We are dedicated to maintaining accurate customer records and shall strive to correct any inaccurate information in a timely manner. You may notify us at the toll-free telephone numbers and address listed at the end of this notice to correct any information.

4. IIC, HSIC, GMIC and OSIC limit access to your personal information to only those insurance company employees with a business reason for knowing such information. We educate all employees about the importance of confidentiality and customer privacy and have established policies on the proper use of customer information.

 **H**OUSTON **I**NTERNATIONAL **I**NSURANCE **G**ROUP

DS PN Annual (4-2012)

5. If we utilize other organizations to support our business, we will require them to abide by this privacy policy statement.

6. We do not sell customer lists or financial information about our customers to any third party vendors. We may, however, allow select customer information to be shared with an affiliated company, under controlled conditions for the purpose of designing and marketing our products or company sponsored products with a company that has adopted a similar privacy policy to safeguard any personal customer                                                                                      information.

7. IIC, HSIC, GMIC and OSIC will provide you a choice as to whether your personal customer information will be shared with other organizations even for the limited purposes described above before your information is released to another organization for marketing purposes.

8. In order to conduct the business of insurance, customer information in our records is referenced relating to the issuance and servicing of coverage settling claims. IIC, HSIC, GMIC and OSIC conduct these insurance operations in accordance with the Fair Credit Reporting Act and information privacy laws as explained in our Notice of Information Practices.

9. This privacy policy will apply to both current and former customers of IIC, HSIC, GMIC and OSIC.

IIC, HSIC, GMIC and OSIC reserve the right to update and modify this statement at any time and will provide notice to you of such updates and modifications. IIC, HSIC, GMIC and OSIC will continue to monitor itself for compliance of its procedures to protect customer privacy.

**Notice of Information Practices**

*Pursuant to 15 U.S.C § 1681 et seq. (1982)*

The information you provide to us is important. We review it in our evaluation of your request for coverage and in determining rates. It may not be the only information about you or persons to be insured under your policy that we consider. In accordance with the Federal Fair Credit Reporting Act, we would like to briefly describe our practices as they relate to information gathered in connection with insurance transactions.

We may need additional information from you or other individuals proposed for coverage. Motor vehicle records, court record or other public records might be reviewed. A photo of any property to be insured might be taken. We may also obtain information from third parties, such as other insurance companies or a consumer reporting agency. A consumer report from such agency may contain information such as credit worthiness, credit standing, credit capacity, character, general reputation, hobbies, occupation, personal characteristics, or mode of living. An investigative consumer report containing the same type of information may be obtained through personal

 HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

interviews with neighbors, friends, associates, acquaintances, or others who may have knowledge concerning those items of information.

If coverage is declined or the charge for coverage is increased either wholly or partly because of information contained in a consumer report, we will tell you. We will also give you the name and address of the consumer reporting agency making the report.

It is possible that an investigative consumer report may be made. Within a reasonable time after receiving this notice of our information practices, you have the right to file a written request for and promptly receive a written disclosure as to the nature and scope of the investigation. You also will have the right to ask to be personally interviewed. Information you give during the interview will be included in the report sent to us. Upon written request and identification, you

have the right to receive a copy of your investigative consumer report. Information gathered about you by the agency in making a consumer report or investigative consumer report may be kept by the agency and provided to others to the extent allowed by law.

Information about you in our records may be kept and may be referred to for purposes relating to the issuance and servicing of coverage and settling claims. We will not disclose information about you to others without your written consent unless the disclosure is necessary to conduct our business. The law permits us to share information about you without your prior consent under circumstances.

Examples of these include disclosures to:

- Parties who perform a business, professional or insurance function for our company, including companies from which we purchase reinsurance coverage;

- Adjusters, appraisers, investigators and attorneys who need the information to investigate, defend or settle a claim involving you;

- Businesses that help us with data processing or marketing;

- Businesses that conduct scientific research, including actuarial or underwriting studies;

- Other insurance companies, agents, or consumer reporting agencies as reasonably necessary in connection with any application, policy, or claim involving you;

- Insurance support organizations which are established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims;

- Medical care institutions or medical professionals to verify coverage or conduct an audit of services;

 HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

- State Insurance Departments in connection with the regulation of our business;

- Law enforcement or other governmental authorities to protect our legal interests or in cases of suspected fraud or illegal activities;

- Authorized persons as ordered by a subpoena, warrant, or other court order or as required by law;

- Certificate holders or policyholders for the purpose of providing information regarding the status of an insurance transaction; or

- Lien holders, mortgagees, assignees, lessors, or other persons shown on our records as having a legal or beneficial interest in your policy

You have the right to know what kind of information we keep about you in our files, the right to reasonable access to this information, and the right to receive a copy of this information. Write to us if you have questions about the information we may have on file about you. Tell us what information you would like to receive. Provide your complete name, address, date of birth, type of policy held or applied for, and all numbers of any policies issued to you by us. Certain types of information generally collected when evaluating claims or possible lawsuits needed may not be disclosed to you.

Within thirty (30) business days of receipt of your request, we will inform you in writing of the nature and substance of locatable and retrievable recorded personal information about you in our files. You may review this information in person or receive a copy for reasonable charge. We will also identify the persons or organizations to which we have disclosed your information to within the past two (2) years. In addition, you will be given the name and address of any consumer reporting agency which prepared a report about you so that you can contact them for a copy.

After you have reviewed your personal information about in our file, you can write to us if you believe it should be corrected, amended, or deleted. Tell us what you think is wrong and why. We will consider your request and within thirty (30) business days from the date of receipt of your written request, either change our files or tell you that we did not and the reason. If we do not make the changes, you will have the right to insert in our file a concise statement containing what you believe to be the correct, relevant or fair information and explaining why you believe the information on the file to be improper. We will notify persons designated by you to whom we have previously disclosed the information of the change on your statement. Subsequent disclosures we make will also be included in your statement.

Correspondence about this notice or requests for information in accordance with your rights under the law should be directed to the appropriate company in the Houston International Insurance Group at the address listed on the last page of the pamphlet.

**Information We May Disclose To Third Parties**.  We do not sell customer information or medical information to anyone. Nor do we share it with companies or organizations outside of

 HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)

our group of affiliated companies that would use that information to contact you about their own products and services.  Should that practice ever change, we would offer the ability to prohibit this type of information sharing and / or a reasonable time for the opportunity to opt out of this type of information sharing before the change in our practice took place.

We may, without authorization, but only as permitted or required by law, provide customer information to persons or organizations both inside and outside of IIC, HSIC, GMIC or OSIC in order to fulfill a transaction requested, service policies, market our products, investigate and/or handle claims, detect and/or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory and law enforcement authorities. These include, for example: affiliated companies, claims adjusters, medical providers, and program managers.

**Access to and Correction of Your Information.**   You may write to us if you have any questions about the information that we may have in our records about you.  If you wish, you may inspect this information in person or receive a copy at a reasonable charge by sending us a written request.  You can notify us in writing if you believe any information should be corrected, amended, or deleted and we will review your request.  We will either make the requested or explain why we did not do so.   If we do not make the requested change, you may submit a short written statement identifying the disputed information, which will be included in all future disclosures of your information.

You may send your written request regarding IIC, HSIC, GMIC or OSIC to :

> Houston International Insurance Group, Ltd.
> Attn: Compliance Department
> 800 Gessner, Suite 600
> Houston, Tx 77024

All written requests must include your name, address, telephone number, and a photocopy of a picture ID for identification purposes.

You may contact IIC, HSIC, GMIC and OSIC at the following numbers:

|  | Local phone # | Toll free # | FAX # |
|---|---|---|---|
| **GMIC** | 713-973-0226 | 800-829-8165 | 713-935-7424 |
| **HSIC** | 713-935-4820 | 855-935-HSIC (4742) | 713-935-4821 |
| **IIC** | 713-935-4830 | 800-203-1179 | 713-935-4831 |
| **OSIC** | 713-935-4840 | 855-935-OSIC (6742) | 713-935-4841 |
|  |  |  |  |
|  |  |  |  |

HOUSTON INTERNATIONAL INSURANCE GROUP

DS PN Annual (4-2012)



# COMMERCIAL LINES POLICY

A Stock Company

## IMPERIUM INSURANCE COMPANY
800 Gessner Suite 600
Houston, Texas 77024
Phone: 800-203-1179

IMPERIUM INSURANCE COMPANY

In Witness Whereof, the Company has caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

President

Secretary

Mark Haushill

Leslie K. Shaunty

COMMERCIAL AUTO
CA P 009 11 16

# 2016 COMMERCIAL AUTO MISCELLANEOUS FORM REVISIONS ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following forms and endorsements which apply to your renewal policy being issued by us. The forms and endorsements may reduce or broaden coverage.

## Broadening Of Coverage

### CA 04 49 – Primary And Noncontributory – Other Insurance Condition

This endorsement is being introduced as an additional coverage option. When this endorsement is attached to your policy, the Other Insurance Condition in the Business Auto and Auto Dealers Coverage Forms and the Other Insurance – Primary And Excess Insurance Provisions in the Motor Carrier Coverage Form are revised to provide coverage to an "insured" on a primary and noncontributory basis, provided that certain conditions are met.

## Reductions Of Coverage

### CA 23 44 – Public Or Livery Passenger Conveyance Exclusion

When this endorsement is attached to your policy, insurance provided under any applicable Covered Auto Liability, Physical Damage, Auto Medical Payments, Uninsured and/or Underinsured Motorists and Personal Injury Protection (or similar no-fault) Coverage is excluded while any covered auto is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the covered auto.

### CA 23 45 – Public Or Livery Passenger Conveyance And On-demand Delivery Services Exclusion

When this endorsement is attached to your policy, insurance provided under any applicable Covered Auto Liability, Physical Damage, Auto Medical Payments, Uninsured and/or Underinsured Motorists and Personal Injury Protection (or similar no-fault) Coverage is excluded while any covered auto is being used:

- As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the covered auto; or

- By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide delivery services, which includes courier services, whether or not the goods, items or products to be delivered are in the covered auto.

### CA 26 01 – Single Interest Automobile Physical Damage Insurance Policy (Individual Policy Form)

This form is revised to reinforce the current public or livery conveyance exclusion to provide that the exclusion also applies during any period of time that an automobile is being used by a retail purchaser who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the automobile.

**CA 26 02 – Single Interest Automobile Physical Damage Insurance Policy (Finance Master Policy Form)**

This form is revised to reinforce the current public or livery conveyance exclusion to provide that the exclusion also applies during any period of time that an automobile is being used by a retail purchaser who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the automobile.

**CA 26 04 – Amendment Of Single Interest Policy Provisions – Public Or Livery Passenger Conveyance And On-demand Delivery Services Exclusion**

This endorsement is introduced to replace the public or livery conveyance exclusion contained in newly revised forms **CA 26 01** and **CA 26 02** to provide that the exclusion also applies during any period of time that an automobile is being used by a retail purchaser who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide delivery services, which includes courier services, whether or not the goods, items or products to be delivered are in the automobile.

© Insurance Services Office, Inc., 2016    CA P 009 11 16



## NOTICE TO POLICYHOLDERS

### LOSS CONTROL SERVICES
### TEXAS

**Professional Liability for Hospitals, Professional Liability for Other Than Hospitals, Medical Professional Liability, General Liability and Commercial Automobile**

As a policyholder in the state of Texas, you are entitled to loss control information which takes into account risks, exposures, loss experience and other considerations at our discretion. This information may include, but is not limited to, loss data, training material, training classes for the insured's supervisory personnel, training in vehicle maintenance and inspection, training in safe driving techniques, record keeping and surveys.

This information is available at no additional charge.  If you would like more information, call our loss control division at 800-203-1179.

HIIG PN 0042 TX 0415                                                                                     Page 1 of 1


**IMPERIUM INSURANCE COMPANY**

POLICY NUMBER: OGS-IIC-CA-0000224-00

COMMERCIAL AUTO
IIC CA DS 03 03 10 13 01 15

# BUSINESS AUTO DECLARATIONS

ITEM ONE

| Company Name: | Imperium Insurance Company<br>800 Gessner<br>Suite 600<br>Houston, TX 77024 | Producer Name: | Higginbotham Insurance Agency, Inc. -<br>Tyler, TX - Tyler<br>3347 Old Jacksonville Rd<br>Tyler, TX 75701 |
|---|---|---|---|
| Named Insured: | Thomas Oilfield Services LLC | Mailing Address: | PO Box 1299<br>Cedar Park, TX 78630 |

| Policy Period | |
|---|---|
| From: | 09/30/2021 |
| To: | 09/30/2022   At 12:01 AM Standard Time at your mailing address shown above |
| Previous Policy Number:   IERD-01003609-02 | |

**Form Of Business:**

| | Corporation | X | Limited Liability Company | | Individual |
|---|---|---|---|---|---|
| | Partnership | | Other: | | |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

Premium shown is payable at inception:   $ ▮▮▮▮▮▮▮

Audit Period   (If Applicable):   [X] Annually   [ ] Semiannually   [ ] Quarterly   [ ] Monthly

| Endorsements Attached To This Policy: |
|---|
| IL 00 17 – Common Policy Conditions (  IL 01 46  in Washington) |
| IL 00 21 – Broad Form Nuclear Exclusion (Not applicable in New York) |
| See Schedule of forms and Endorsements |
| (FORMS - SCHED 08/12) |

| Countersignature Of Authorized Representative | |
|---|---|
| Name: | Kirby Hill |
| Title: | Executive Vice President |
| Signature: | *Ky Hill* |
| Date: | 10/14/2021 |

Note

Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

ITEM TWO
Schedule Of Coverages And Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Liability | 1 | $ 1,000,000 | $ ██████ |
| Personal Injury Protection (Or Equivalent No-Fault Coverage) | 7 | Separately Stated In Each Personal Injury Protection Endorsement Minus<br><br>$                         Deductible | $ ████ |
| Added Personal Injury Protection (Or Equivalent Added No-Fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement. | $ |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus<br><br>$                         Deductible.<br>For Each Accident. | $ |
| Auto Medical Payments | | $ | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | $ |
| Uninsured Motorist | 7 | $ 1,000,000         each accident | $ ████ |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | | $                         each accident | $ |

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    IIC CA DS 03 03 10 13 01

ITEM TWO

Schedule Of Coverages And Covered Autos (Cont'd)

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Physical Damage Comprehensive Coverage | 7 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$ 1,000                     Deductible<br>For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning.<br><br>See Item Four for Hired or Borrowed Autos. | $ ███████ |
| Physical Damage Specified Cause Of Loss Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$                     Deductible<br>For Each Covered Auto For Loss Caused By Mischief Or Vandalism<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Collision Coverage | 7 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$ 1,000                     Deductible<br>For Each Covered Auto.<br><br>See Item Four for Hired or Borrowed Autos. | $ ███████ |
| Physical Damage Towing And Labor | | $                     For Each Disablement Of A Private Passenger Auto. | $ |
| | | | $ |
| | | Premium For Endorsements | $ |
| | | Estimated Total Premium * | $ ███████ |
| *This Policy May Be Subject To Final Audit. | | | |

ITEM THREE

Schedule Of Covered Autos You Own

| Covered Auto Number: | 78 | | | | | |
|---|---|---|---|---|---|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: |
|---|
| 4250 E. Loop 281, Longview TX |

| Covered Auto Description | | | | |
|---|---|---|---|---|
| Year:  2014 | Model: | | Trade Name:  PJ TRAILERS | |
| Body Type:  Trailer | | | Serial Number (S): | |
| Vehicle Identification Number (VIN): 4P5FS3028E1210635 | | | | |

| Purchased | | |
|---|---|---|
| Original Cost New: $ 7,804 | | |
| Actual Cost New Or Used: $ | ☑ New | ☐ Used |

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Local | | | | | 68499 |

| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
|---|
| |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.        IIC CA DS 03 03 10 13 01

| Coverages – Premiums, Limits And Deductibles<br>(Absence of a deductible or limit entry in any column below means that the limit or deductible entry<br>in the corresponding Item Two column applies instead.) | | |
|---|---|---|
| Coverages | Limit | Premium |
| Liability | $ 1,000,000 | $ ▇ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus<br>$                              Deductible | $ ▇ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>$                              Deductible | $ |
| Auto Medical Payments | $ | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In Each Medical Expense And In-come Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus<br>$                              Deductible | $ |
| Specified Causes Of Loss | Stated In Item Two Minus<br>$                              Deductible | $ |
| Collision | Stated In Item Two Minus<br>$                              Deductible | $ |
| Towing and Labor | $                              Per Disablement | $ |

ITEM THREE

Schedule Of Covered Autos You Own

| | |
|---|---|
| Covered Auto Number:               139 | |
| Town And State Where The Covered Auto Will Be Principally Garaged: | |
| 4033 South CR 1210, Midland TX | |

| Covered Auto Description | |
|---|---|
| Year:  2021   Model: 2500 | Trade Name:  RAM |
| Body Type:  Truck | Serial Number (S): |
| Vehicle Identification Number (VIN):      3C6UR5HL6MG539024 | |

| Purchased | | |
|---|---|---|
| Original Cost New:             $ 68,648 | | |
| Actual Cost New Or Used:        $ | ☑ New | ☐ Used |

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Local | s | Light | 1 | | 01499 |

Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:

Ally Financial  PO Box 8102  Cockeysville, MD 21030

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    IIC CA DS 03 03 10 13 01

| Coverages – Premiums, Limits And Deductibles (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
|---|---|---|
| Coverages | Limit | Premium |
| Liability | $ 1,000,000 | $ ███ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus $                    Deductible | $ ▮ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus $                    Deductible | $ |
| Auto Medical Payments | $ | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In Each Medical Expense And In-come Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus $ 1,000                    Deductible | $ ███ |
| Specified Causes Of Loss | Stated In Item Two Minus $                    Deductible | $ |
| Collision | Stated In Item Two Minus $ 1,000                    Deductible | $ ███ |
| Towing and Labor | $                    Per Disablement | $ |



# NOTICE TO POLICYHOLDERS

# MOTOR VEHICLE CRIME PREVENTION TEXAS

Your payment includes a $[_4.00___] fee per vehicle each year. This fee helps fund:

- auto burglary, theft, and fraud prevention;
- criminal justice efforts; and
- trauma care and emergency medical services for victims of accidents due to traffic offenses.

By law, we send this fee to the Motor Vehicle Crime Prevention Authority (MVCPA).





To Our Customer:

As a policyholder with an exposure in the State of Texas, you are entitled to safely information and /or assistance in your loss control efforts at no additional charge.

For safety information or assistance in any of these areas, please feel free to contact a Loss Control Representative at the following address:

Houston International Insurance Group
800 Gessner Rd,  Suite 600
Houston, TX  77024
Toll Free: 800-829-8165
Local: (713) 935 - 0226

# Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

**Imperium Insurance Company**
To get information or file a complaint with your insurance company or HMO:

**Call: Compliance Specialist at 713-935-4800**
**Toll-free: 1-800-203-1179**
Email: Compliance@hiig.com
Mail: 800 Gessner Rd, Suite 600, Houston, TX 77024

**The Texas Department of Insurance**
To get help with an insurance question or file a complaint with the state:

Call with a question: 1-800-252-3439
File a complaint: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov
Mail: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

# ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

**Imperium Insurance Company**
Para obtener información o para presentar una queja ante su compañía de seguros o HMO:
> **Llame a: Compliance Specialist al 713-935-4800**
> **Teléfono gratuito: 1-800-203-1179**
> Correo electrónico: Compliance@hiig.com
> Dirección postal: 800 Gessner Rd, Suite 600, Houston, TX 77024

**El Departamento de Seguros de Texas**
Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:
> Llame con sus preguntas al: 1-800-252-3439
> Presente una queja en: www.tdi.texas.gov
> Correo electrónico: ConsumerProtection@tdi.texas.gov
> Dirección postal: MC 111-1A, P.O. Box 149091, Austin, TX 78714-9091

**IL N 001 09 03**

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Policy Number:  OGS-IIC-CA-0000224-00

## SCHEDULE OF FORMS AND ENDORSEMENTS

Named Insured:  Thomas Oilfield Services LLC

Effective Date:  09/30/2021
12:01 A.M., Standard Time

Agency Name:    Higginbotham Insurance Agency, Inc. - Tyler, TX - Tyler

| Form Number | Title |
| --- | --- |
| IL P 001 01 04 | U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS |
| DS PN Annual | HIIG PRIVACY NOTICE |
| IIC JACKET-POLICY A 01-2016 | IIC JACKET-POLICY A 01-2016 - MULTISTATE |
| CA P 009 11 16 | 2016 COMMERCIAL AUTO MISCELLANEOUS FORM REVISIONS ADVISORY NOTICE TO POLICYHOLDERS |
| HIIG PN 0042 TX 04 15 | TEXAS LOSS CONTROL NOTICE |
| IIC CA DS 03 03 10 13 01 15 | BUSINESS AUTO DECLARATIONS |
| HIIG PN 0043 TX 09 19 | TEXAS MOTOR VEHICLE CRIME PREVENTION NOTICE |
| HIIG PN 0044 TX 06 14 | TEXAS LOSS CONTROL LETTER |
| HIIG PN 0075 01 20 | TEXAS COMPLAINT NOTICE - IIC |
| IL N 001 09 03 | FRAUD STATEMENT |
| FORMS - SCHED | SCHEDULE OF FORMS AND ENDORSEMENTS |
| FORMS - SCHED A | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| SCHED - CA LP | LOSS PAYEE SCHEDULE AUTO |
| CA 00 01 10 13 | BUSINESS AUTO COVERAGE FORM |
| CA 01 96 10 13 | TEXAS CHANGES |
| CA 02 43 11 13 | TEXAS CHANGES - CANCELLATION AND NONRENEWAL |
| CA 04 01 10 13 | TEXAS STATED AMOUNT INSURANCE |
| CA 04 44 10 13 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION) |
| CA 04 49 11 16 | PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION |
| CA 05 06 12 18 | TEXAS PUBLIC OR LIVERY PASSENGER CONVEYANCE, TRANSPORTATION NETWORK AND ON-DEMAND DELIVERY SERVICES EXCLUSION |
| CA 20 17 10 13 | MOBILE HOMES CONTENTS NOT COVERED |
| CA 20 48 10 13 | DESIGNATED INSURED FOR COVERD AUTOS LIABILITY COVERAGE |
| CA 21 09 10 13 | TEXAS UNINSURED/UNDERINSURED MOTORISTS COVERAGE |
| CA 22 64 10 13 | TEXAS PERSONAL INJURY PROTECTION ENDORSEMENT |
| CA 23 36 10 13 | TEXAS FORM F-1 - UNIFORM COMMERCIAL MOTOR VEHICLE BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT |
| CA 23 84 10 13 | EXCLUSION OF TERRORISM |
| CA 23 94 10 13 | SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE |
| CA 99 44 10 13 | LOSS PAYABLE CLAUSE |
| CA 99 48 10 13 | POLLUTION LIABILITY - BROADENED COVERAGE FOR COVERED AUTOS - BUSINESS AUTO, MOTOR |
| HIIG IL 01 03 06 20 | NOTICE OF CANCELLATION OR NON-RENEWAL TO SPECIFIED PERSONS OR ORGANIZATIONS ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 00 03 09 08 | CALCULATION OF PREMIUM |
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |

FORMS - SCHED

Page 1 of 1

POLICY NUMBER:   OGS-IIC-CA-0000224-00

## SCHEDULE OF TAXES, SURCHARGES OR FEES

Named Insured:        Thomas Oilfield Services LLC

Agency Name:         Higginbotham Insurance Agency, Inc. - Tyler, TX

Taxes / Surcharges Detailed Breakdown:

Motor Vehicle Crime Prevention Authority Fee        ███

TX Volunteer Fire Department F        ███


Total Taxes / Surcharges        _____  ███

FORMS - SCHED A

Policy Number:   OGS-IIC-CA-0000224-00

**SCHEDULE OF LOSS PAYEE(S)**

Effective Date: 9/30/2021
12:01 A.M. Standard Time

Named Insured    Thomas Oilfield Services LLC

Agent Name    Higginbotham Insurance Agency, Inc.    .
- Tyler, TX

**Loss Payee and Mailing Address:**

**American State Bank**
**116 E Heritage Dr, Ste 102**
**Tyler, TX 75703**

Designation of Description of Auto(s)

2013 PETERBILT 388 1XPWD49X4DD197564
2020 PETERBILT 389 1XPXD49X5LD648049
2007 KENWORTH CONSTRUCTION 1XKDD40X87J206668
2020 PETERBILT 389 1XPXD49X1LD648047
2003 PETERBILT 379 1XP5DB9X63D529387
2015 PETERBILT 579 1XPBDP9X8FD265173
2015 PETERBILT 367 1XPTD49X9FD279070
2015 PETERBILT 365 1XPSD79X4FD291821
2016 CHEVROLET SILVERADO 1GC1KWE85GF104295
2019 CHEVROLET SILVERADO 1GCUYEED6KZ154648
2015 CHEVROLET SILVERADO 1GC4K0E85FF564534
2019 CHEVROLET SILVERADO 1GC1KREY4KF163364
2018 CHEVROLET SILVERADO 3GCUKREC2JG242904
2006 PETERBILT 378 1XPFD49X96D645624
2017 CHEVROLET SILVERADO 1GC1KUEY6HF156590
2017 CHEVROLET SILVERADO 1GB0CUEG7HZ185132
2019 CHEVROLET SUBURBAN 1GNSKHKC2KR360157
2019 RAM 1500 1C6SRFGTXKN906767
2017 RAM 2500 3C6UR5HL7HG680433
2018 RAM 2500 3C6UR5HL0JG145336
2017 Dodge 2500 3C6UR8CL0HG628343
2018 RAM 2500 3C6UR5HL8JG261108
2018 RAM 2500 3C6UR5DLXJG282810
2018 RAM 2500 3C6UR5HL7JG365217
2019 RAM 2500 3C6UR5HL5KG557222
2017 FORD F250 1FT7W2BT1HEB75713
2017 FORD F250 1FT7W2BT9HEB40434
2019 FORD F450 1FT8W4DT8KEE16347
2006 FORD CROWN VICTORIA 2FAFP71W46X137458
2019 MASERATI LEVANTE ZN661XULXKX314493
2018 FOREST RIVER WILDWOOD 395FK 4X4TWDS20JM057336
2018 FOREST RIVER WILDWOOD 395FK 4X4TWDS29JM057335
2013 PETERBILT 388 1XPWD49XXDD187458
2000 KENWORTH CONSTRUCTION 1XKDDR9X5YJ829358
2015 KENWORTH CONSTRUCTION 1XKDD49X3FJ427080
2013 KENWORTH CONSTRUCTION 1XKDD49X4DJ367520
2007 KENWORTH CONSTRUCTION 1XKDD49X77R177295
2010 PETERBILT 367 1XPTP4EX3AD773527
2012 PETERBILT 367 1XPTP40X1CD137490

   **SCHED – CA-LP**

2012 PETERBILT 367 1XPTP40X3CD137491
2006 PETERBILT 379 1XP5DU9X86N631011
2012 PETERBILT 388 1XPWP4EX5CD136235
2009 PETERBILT 367 1XPTD40X69D773937
2006 PETERBILT 379 1XP5DU9X56N631015
2015 PETERBILT 388 1XPWD49X4FD257491
2015 PETERBILT 388 1XPWD49X9FD257504
2015 PETERBILT 367 1XPTD49X6FD279074
2019 CHEVROLET SILVERADO 3GCNWAEH3KG222362
2018 CHEVROLET SILVERADO 3GCUKREC0JG612635
2018 CHEVROLET SILVERADO 3GCUKREC7JG457131
2018 CHEVROLET SILVERADO 1GB1CUEG6JF277697
2019 CHEVROLET SILVERADO 2GB2CREG9K1193691
2019 CHEVROLET SILVERADO 2GC2KREG2K1111184
2019 CHEVROLET SILVERADO 2GB2CREG3K1217824
2019 CHEVROLET SILVERADO 2GB2CREG9K1215916
2019 CHEVROLET SILVERADO 1GCUYHEL5KZ411873
2019 CHEVROLET TAHOE 1GNSKBKCXKR196458
2019 CHEVROLET TAHOE 1GNSKBKC4KR373439
2019 RAM 1500 1C6SRFFT8KN750312
2019 RAM 1500 1C6SRFGT1KN906768
2018 RAM 2500 3C6UR5HL0JG148222
2017 RAM 2500 3C6UR5HL8HG503888
2017 RAM 2500 3C6UR5HL3HG667629
2017 RAM 2500 3C6UR5HL9HG680434
2017 RAM 2500 3C6UR5HL2HG720367
2018 RAM 2500 3C6UR5CL7JG115435
2019 RAM 2500 3C6UR5HL4KG557227
2019 RAM 2500 3C6UR5HL1KG557220
2019 RAM 2500 3C6UR5HL0KG557225
2019 RAM 2500 3C6UR5HL3KG557221
2019 FORD F250 1FT7W2BT0KEC10314
2015 FORD F350 1FD8W3HT3FEB77795
2014 FORD F350 1FT8W3BT0EEB51523
2017 RAM 2500 3C6UR5HL7HG581692
2018 RAM 2500 3C6UR5HL4JG326360
2017 RAM 3500 3C7WRTCL8HG724567
2019 RAM 4500 3C7WRLFL3KG555156
2020 Redwood 5th Wheel 4YDF39828L9340151
2012 KENWORTH CONSTRUCTION 1XKDD49X6CJ327549
2017 RAM 2500 3C6UR5HL2HG707859
2017 RAM 2500 3C6UR5HL4HG503886
2017 RAM 2500 3C6UR5HL1HG667628
2019 RAM 2500 3C6UR5HL6KG557228

SCHED – CA-LP

Policy Number:   OGS-IIC-CA-0000224-00

## SCHEDULE OF LOSS PAYEE(S)

|  |  | Effective Date: 9/30/2021 |
|---|---|---|
| Named Insured | Thomas Oilfield Services LLC | 12:01 A.M. Standard Time |
| Agent Name | Higginbotham Insurance Agency, Inc. - Tyler, TX | . |

**Loss Payee and Mailing Address:**

**Ally Financial**
**PO Box 8102**
**Cockeysville, MD 21030**

Designation of Description of Auto(s)

**2021 RAM 2500 3C6UR5HL0MG539018**
**2021 RAM 2500 3C6UR5HL5MG539015**
**2021 RAM 2500 3C6UR5HL7MG539016**
**2020 FORD F250 1FT7W2BT8LEC43742**
**2021 RAM 2500 3C6UR5HL3MG539014**
**2021 RAM 2500 3C6UR5HL9MG539017**
**2020 RAM 2500 3C6UR5FL7LG286961**
**2021 RAM 2500 3C6UR5HL2MG539022**
**2021 RAM 2500 3C6UR5HL9MG539020**
**2021 RAM 2500 3C6UR5HL2MG539019**
**2020 CHEVROLET TAHOE 1GNSCBKC8LR127086**
**2020 TOYOTA 4RUNNER JTEBU5JR2L5751045**
**2021 GMC YUKON XL 1GKS2JKL6MR174578**
**2021 RAM 2500 3C6UR5HL4MG539023**
**2021 RAM 2500 3C6UR5HL1MG539013**
**2021 RAM 2500 3C6UR5HL0MG539021**
**2021 RAM 2500 3C6UR5HL6MG539024**
**2021 CHEVROLET TAHOE 1GNSKPKD3MR228028**

**SCHED – CA-LP**

Policy Number:   OGS-IIC-CA-0000224-00

**SCHEDULE OF LOSS PAYEE(S)**

Effective Date: 9/30/2021
12:01 A.M. Standard Time

Named Insured    Thomas Oilfield Services LLC

Agent Name    Higginbotham Insurance Agency, Inc.    .
- Tyler, TX

**Loss Payee and Mailing Address:**

**Varilease Finance Inc. and it Assigns**
**2800 East Cottonwood Pkwy**
**2nd Floor**
**Salt Lake City, UT 84121**

Designation of Description of Auto(s)

**2013  PETERBILT  389  1XPXP4EX4DD185612**
**2019  PETERBILT  389  1XPXD49X2KD474441**

**SCHED – CA-LP**

Policy Number:   OGS-IIC-CA-0000224-00

**SCHEDULE OF LOSS PAYEE(S)**

| | |
|---|---|
| | Effective Date: 9/30/2021 |
| Named Insured     Thomas Oilfield Services LLC | 12:01 A.M. Standard Time |
| Agent Name       Higginbotham Insurance Agency, Inc. | . |
| - Tyler, TX | |

**Loss Payee and Mailing Address:**

**US Bank NA**
**PO Box 679**
**Wilmington, OH 45177**

Designation of Description of Auto(s)

**2021  CHEVROLET  TAHOE  1GNSKPKD4MR377550**

**SCHED – CA-LP**

Policy Number:   OGS-IIC-CA-0000224-00

**SCHEDULE OF LOSS PAYEE(S)**

|  |  |  |
|---|---|---|
| Named Insured | Thomas Oilfield Services LLC | Effective Date: 9/30/2021<br>12:01 A.M. Standard Time |
| Agent Name | Higginbotham Insurance Agency, Inc.<br>- Tyler, TX | . |

**Loss Payee and Mailing Address:**

**GM Financial**
**PO Box 1510**
**Cockeysville, MD 21030**

Designation of Description of Auto(s)

**2021  CHEVROLET  SILVERADO  3GCUYGET2MG375122**

**SCHED – CA-LP**

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

  © Insurance Services Office, Inc., 2011  CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

    a. **Comprehensive Coverage**

    From any cause except:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

    b. **Specified Causes Of Loss Coverage**

    Caused by:

    (1) Fire, lightning or explosion;

    (2) Theft;

    (3) Windstorm, hail or earthquake;

    (4) Flood;

    (5) Mischief or vandalism; or

    (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

    c. **Collision Coverage**

    Caused by:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

2. **Towing**

    We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

    If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

    a. Glass breakage;

    b. "Loss" caused by hitting a bird or animal; and

    c. "Loss" caused by falling objects or missiles.

    However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

    a. **Transportation Expenses**

    We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

    b. **Loss Of Use Expenses**

    For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

    (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

    (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

    © Insurance Services Office, Inc., 2011    CA 00 01 10 13

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

    © Insurance Services Office, Inc., 2011    CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  a. Power cranes, shovels, loaders, diggers or drills; or

  b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

  b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  a. Equipment designed primarily for:

    (1) Snow removal;

    (2) Road maintenance, but not construction or resurfacing; or

    (3) Street cleaning;

  b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

  1. Damages because of "bodily injury" or "property damage"; or

  2. A "covered pollution cost or expense";

  to which this insurance applies, are alleged.

  "Suit" includes:

    a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

O. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

P. "Trailer" includes semitrailer.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

COMMERCIAL AUTO
CA 01 96 10 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TEXAS CHANGES

For a covered "auto" licensed or principally garaged in Texas, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Physical Damage Coverage**

1. The following exclusion is added to Paragraph **B. Exclusions** in the **Physical Damage Coverage** section:

    We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

2. Paragraphs **C.2.** and **C.3.** of the **Limit Of Insurance** provision under **Physical Damage Coverage** do not apply.

3. Paragraph **D. Deductible** in the **Physical Damage Coverage** section is amended by the addition of the following:

    At the mutual agreement of you and us, we will not apply the deductible to "loss" to glass, if the glass is repaired rather than replaced.

**B. Changes In Conditions**

The following condition is added:

**Claim-handling Procedures**

1. Within 15 days after we receive written notice of a claim, we will:

    a. Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

    b. Begin any investigation of the claim; and

    c. Specify the information you must provide in accordance with Paragraph **b.** of the Duties Condition.

    We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

2. After we receive the information we request, we will notify you in writing as to whether:

    a. The claim will be paid;

    b. The claim has been denied, and inform you of the reasons for denial;

    c. More information is necessary; or

    d. We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

    We will provide notification, as described in **2.a.** through **2.d.** above, within:

    a. 15 "business days"; or

    b. 30 days if we have reason to believe the "loss" resulted from arson.

    If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

3. If a claim results from a weather-related catastrophe or a major natural disaster as defined by the Texas Department of Insurance, the claim-handling deadlines described above are extended for an additional 15 days.

4. If we notify you that we will pay your claim, or part of your claim, we will pay within five "business days" after we notify you.

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms under this Policy, we will make payment within five "business days" after the date you have complied with such terms.

5. We will notify the first Named Insured in writing of:

   a. An initial offer to settle a claim made or "suit" brought against any "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given no later than the 10th day after the date on which the offer is made.

   b. Any settlement of a claim made or "suit" brought against the "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given not later than the 30th day after the date of settlement.

As used in this condition, "business day" means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**C. Changes In Uninsured/Underinsured Motorists Coverage**

All references to "Uninsured Motorists Coverage" in the title or text of any Coverage Form or endorsement thereto are changed to read "Uninsured/Underinsured Motorists Coverage".

**D. Changes In Trailer Interchange Coverage**

The following exclusion is added to Paragraph **B. Exclusions** of **Section III – Trailer Interchange Coverage** in the Motor Carrier Coverage Form and to Paragraph **B.2. Exclusions** of the Motor Carrier Endorsement if attached:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

**E. Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage Endorsement or the Garagekeepers Coverage – Customers' Sound-receiving Equipment endorsement is attached, the following exclusion is added:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

 © Insurance Services Office, Inc., 2013 **CA 01 96 10 13**

COMMERCIAL AUTO
CA 02 43 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraphs **2.** and **5.** of the **Cancellation** Common Policy Condition contained in Endorsement **IL 00 17** are replaced by the following:

**2.** We may cancel this policy:

**a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except, that under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

**CA 02 43 11 13** © Insurance Services Office, Inc., 2013 **Page 1 of 2**

**5.** If this policy is canceled, we will send the first Named Insured any premium refund due. The refund will be pro rata, subject to the policy minimum premium. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following condition is added:

**Nonrenewal**

**1.** We may elect to renew this policy except that under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

    © Insurance Services Office, Inc., 2013    **CA 02 43 11 13**

POLICY NUMBER:  OGS-IIC-CA-0000224-00

**COMMERCIAL AUTO
CA 04 01 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TEXAS STATED AMOUNT INSURANCE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**   Thomas Oilfield Services LLC | |
| **Endorsement Effective Date:**    9/30/2021 | |

### SCHEDULE

| Vehicle Number | Coverage | Limit Of Insurance And Deductible | | Premium |
|---|---|---|---|---|
| | See Schedule of Vehicles | $ | **Limit Of Insurance** | $ |
| | | $ | **Deductible** | |
| | | $ | **Limit Of Insurance** | $ |
| | | $ | **Deductible** | |
| | | $ | **Limit Of Insurance** | $ |
| | | $ | **Deductible** | |
| | | | Total Premium | $  See Schedule of Vehicles |

The insurance provided by this endorsement is reduced by the following deductible(s):

**NOTE:**

The amount shown in the Schedule or in the Declarations is not necessarily the amount you will receive at the time of "loss" for the described property. Please refer to the Limits Of Insurance and Deductible provisions which follow.

| Designation Or Description Of Covered "Autos" | | |
|---|---|---|
| **Vehicle Number** | **Model Year** | **Trade Name And Model** |
| See Schedule of Vehicles | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**CA 04 01 10 13**            © Insurance Services Office, Inc., 2012            **Page 1 of 2**

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. Each of these coverages applies only to the vehicles shown as covered "autos".

**B.** For a covered "auto" described in the Schedule, **Physical Damage Coverage – Limit Of Insurance** is replaced by the following:

**Limit Of Insurance**

The most we will pay for any one "loss" to any one covered "auto" is the least of the following amounts:

**1.** The actual cash value of the damaged or stolen property as of the time of the "loss";

**2.** The cost of repairing or replacing the damaged or stolen property with property of like kind and quality; or

**3.** The Limit Of Insurance shown in the Schedule.

**C. Deductible**

For each covered "auto", our obligation to pay:

**1.** The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Schedule.

**2.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Schedule.

**3.** The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit Of Insurance shown in the Schedule.

Any Comprehensive Coverage Deductible shown in the Schedule does not apply to "loss" caused by fire or lightning.

    © Insurance Services Office, Inc., 2012    **CA 04 01 10 13**

POLICY NUMBER:  OGS-IIC-CA-0000224-00

**COMMERCIAL AUTO**
**CA 04 44 10 13**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**   Thomas Oilfield Services LLC |
| **Endorsement Effective Date:**    9/30/2021 |

### SCHEDULE

| **Name(s) Of Person(s) Or Organization(s):** |
|---|
| Blanket as required by written agreement or contract, executed prior to the loss. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The **Transfer Of Rights Of Recovery Against Others To Us** condition does not apply to the person(s) or organization(s) shown in the Schedule, but only to the extent that subrogation is waived prior to the "accident" or the "loss" under a contract with that person or organization.

**CA 04 44 10 13**             © Insurance Services Office, Inc., 2011             **Page 1 of 1**

COMMERCIAL AUTO
CA 04 49 11 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following is added to the **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage is primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

**1.** Such "insured" is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

**B.** The following is added to the **Other Insurance** Condition in the Auto Dealers Coverage Form and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage and General Liability Coverages are primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

**1.** Such "insured" is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

CA 04 49 11 16                    © Insurance Services Office, Inc., 2016                    **Page 1 of 1**

COMMERCIAL AUTO
CA 05 06 12 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS PUBLIC OR LIVERY PASSENGER CONVEYANCE, TRANSPORTATION NETWORK AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance, Transportation Network And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**1.** As a public or livery conveyance for passengers;

**2.** By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**3.** By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

**1.** As a public or livery conveyance for passengers;

**2.** By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**3.** By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance, Transportation Network And On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while being used:

**1.** As a public or livery conveyance for passengers;

**2.** By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**3.** By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**D. Changes In Uninsured/Underinsured Motorists Coverage**

If Uninsured/Underinsured Motorists Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance, Transportation Network And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers;

2. By an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

3. By an "insured" who is logged into a "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

If Personal Injury Protection Coverage is attached, then the following exclusion is added:

**Transportation Network And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

1. "Delivery network platform" means an online-enabled application or digital network, used to connect customers:

   a. With drivers; or

   b. With local vendors using drivers;

   for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

2. "Delivery services" means the delivery of goods, items or products for compensation and includes courier services.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2018 **CA 05 06 12 18**

COMMERCIAL AUTO
CA 20 17 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MOBILE HOMES CONTENTS NOT COVERED

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Physical Damage Coverage** for a covered "auto" that is a mobile home is changed by adding the following exclusions:

This insurance does not apply to:

**1.** "Loss" to the covered "auto's" contents, except equipment usual to trucks or private passenger "autos".

**2.** "Loss" to TV antennas, awnings or cabanas.

**3.** "Loss" to equipment designed to create added living facilities.

**CA 20 17 10 13**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 1**

POLICY NUMBER:  OGS-IIC-CA-0000224-00

**COMMERCIAL AUTO**
**CA 20 48 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED INSURED FOR COVERED AUTOS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" for Covered Autos Liability Coverage under the Who Is An Insured provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** Thomas Oilfield Services LLC

**Endorsement Effective Date:** 9/30/2021

---

**SCHEDULE**

---

**Name Of Person(s) Or Organization(s):**
Blanket as required by written agreement or contract, executed prior to the loss.

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

Each person or organization shown in the Schedule is an "insured" for Covered Autos Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Paragraph **A.1.** of Section **II** – Covered Autos Liability Coverage in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.2.** of Section **I** – Covered Autos Coverages of the Auto Dealers Coverage Form.

**CA 20 48 10 13**          © Insurance Services Office, Inc., 2011          **Page 1 of 1**

POLICY NUMBER: OGS-IIC-CA-0000224-00

**COMMERCIAL AUTO**
**CA 21 09 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS UNINSURED/UNDERINSURED MOTORISTS COVERAGE

For a "covered auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Texas, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:   Thomas Oilfield Services LLC** |
| **Endorsement Effective Date:     9/30/2021** |

**SCHEDULE**

| **Limit Of Insurance** |
|---|
| **$**  1,000,000                                    **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury" sustained by an "insured" or "property damage" caused by an "accident". The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle", and we:

   **(1)** Have been given prompt written notice of such tentative settlement; and

   **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us. If we and the Named Insured do not agree as to whether or not a vehicle is actually uninsured, the burden of proof as to that issue will be on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are insureds:

   a. The Named Insured and any "family member".

   b. Any other person "occupying" a "covered auto".

   c. Any person or organization for damages that person or organization is entitled to recover because of "bodily injury" sustained by a person described in **a.** or **b.** above.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. The Named Insured for "property damage" only.

   b. Any person "occupying" a "covered auto".

   c. Any person or organization for damages that person or organization is entitled to recover because of "bodily injury" sustained by a person described in **b.** above.

## C. Exclusions

1. We do not provide Uninsured/Underinsured Motorists Insurance:

   a. For "bodily injury" sustained by:

      (1) An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a "covered auto" for Uninsured/Underinsured Motorists Coverage under this Coverage Form;

      (2) Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a "covered auto" for Uninsured/Underinsured Motorists Coverage under this Coverage Form; or

      (3) Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured/Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

   b. For any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an owner or operator of a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

c. For any person for the first $250 of the amount of damage to the property of that person as the result of any one "accident".

d. For the use of a vehicle without a reasonable belief that the person using the vehicle is entitled to do so. This exclusion does not apply to an individual Named Insured or a "family member" while using a "covered auto".

e. For any person for "bodily injury" or "property damage" resulting from the intentional acts of that person.

2. This coverage shall not apply directly or indirectly to benefit:

   a. Any insurer or self-insurer under any workers' compensation, disability or similar law.

   b. Any insurer of property.

## D. Limit Of Insurance

1. Regardless of the number of "covered autos", "insureds", policies or bonds applicable, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured/Underinsured Motorists Coverage shown in the Schedule or Declarations. Subject to this maximum, our limit of liability will be the lesser of:

   a. The difference between the amount of a covered "insured's" damages for "bodily injury" or "property damage" and the amount paid or payable to that covered "insured" for such damages, by or on behalf of persons or organizations who may be legally responsible; or

   b. The applicable limit of liability for this coverage.

2. In order to avoid insurance benefits payments in excess of actual damages sustained, subject to only the limits set out in the Schedule or Declarations and other applicable provisions of this coverage, we will pay all covered damages not paid or payable under any:

   a. Workers' compensation, disability benefits or similar law;

   b. Automobile Medical Payments Coverage; or

   c. Personal Injury Protection Coverage.

3. Any payment under this coverage to or for an "insured" will reduce any amount that "insured" is entitled to recover for the same damages under this Policy's Covered Autos Liability Coverage.

   © Insurance Services Office, Inc., 2013   CA 21 09 10 13

**4. Special Provisions For Property Damage**

For any "property damage" "loss" to which the Physical Damage Coverage of this Policy (or similar coverage from another policy) and this coverage both apply, the Named Insured may choose the coverage from which damages will be paid. Such Named Insured may recover under both coverages, but only if:

**a.** Neither one by itself is sufficient to cover the "loss";

**b.** The Named Insured pays the higher deductible amount (but the Named Insured does not have to pay both deductibles); and

**c.** The Named Insured will not recover more than the actual damages.

**E. Changes In Conditions**

The conditions of the Policy are changed for Uninsured/Underinsured Motorists Insurance as follows:

**1.** The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" is replaced by the following:

If there is other applicable similar insurance, we will pay only our share of the "loss". Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible insurance.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved.

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** Take reasonable steps after "loss" to protect the "covered auto" and its equipment from further "loss". We will pay all reasonable expenses incurred to do this.

**d.** Permit us to inspect and appraise the damaged property before its repair or disposal.

**e.** Promptly notify us in writing of a tentative settlement between an "insured" and the insurer of the vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle.

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights under this provision do not apply with respect to a tentative settlement between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" if we:

**a.** Have been given written notice of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount an "insured" is entitled to recover under the provisions of Uninsured/Underinsured Motorists Coverage; and

**b.** We also have the right to recover the advanced payment.

**4.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding. However, at any time prior to the arbitrators' decision, either party may revoke the agreement to arbitrate the matter.

**F. Additional Definitions**

The following are added to the **Definitions** section and have special meaning for Uninsured/Underinsured Motorists Insurance:

**1.** "Covered auto" means an "auto":

**a.** Owned or leased by the Named Insured; or

**b.** While temporarily used as a substitute for an owned "covered auto" that has been withdrawn from normal use because of its breakdown, repair, servicing, "loss" or destruction.

Covered Autos Liability Coverage of this Policy must apply to the "covered auto".

"Covered auto" includes "autos" (described in **a.** or **b.** above) for which Uninsured/Underinsured Motorists Insurance has not been rejected in writing.

**2.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Property damage" means injury to or "loss" of use or destruction of:

**a.** A "covered auto";

**b.** Property owned by the Named Insured or any "family member" of an individual Named Insured while contained in a "covered auto";

**c.** Property owned by any other person "occupying" the "covered auto" while contained in the "covered auto"; and

**d.** Any property owned by the Named Insured or "family member" of an individual Named Insured while contained in any "auto" not owned, but being operated, by such individual Named Insured or any "family member" of the individual Named Insured.

**5.** "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

**a.** To which no liability bond or policy applies at the time of the "accident".

**b.** Which is a hit-and-run vehicle whose operator or owner cannot be identified. The vehicle must hit an "insured", a "covered auto" or a vehicle an "insured" is "occupying".

**c.** To which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company denies coverage or is or becomes insolvent.

**d.** Which is an underinsured motor vehicle. An underinsured motor vehicle is one to which a liability bond or policy applies at the time of the accident, but its limit of liability either:

**(1)** Is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages; or

**(2)** Has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

**a.** Owned by or furnished or available for the regular use of the Named Insured or a "family member" of an individual Named Insured;

  © Insurance Services Office, Inc., 2013  **CA 21 09 10 13**

**b.** Owned or operated by a self-insurer under an applicable motor vehicle law;

**c.** Owned by any governmental body unless the operator of the vehicle is uninsured and there is no statute imposing liability for damage because of "bodily injury" or "property damage" on the governmental body for an amount not less than the Limit of Insurance for this coverage;

**d.** Operated on rails or crawler treads;

**e.** Designed mainly for use off public roads while not on public roads; and

**f.** While located for use as a residence or premises.

POLICY NUMBER:  OGS-IIC-CA-0000224-00

**COMMERCIAL AUTO**
**CA 22 64 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS PERSONAL INJURY PROTECTION ENDORSEMENT

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Texas, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:   Thomas Oilfield Services LLC** |
| **Endorsement Effective Date:    9/30/2021** |

**SCHEDULE**

| Limit Of Insurance (Each Insured) | Premium |
|---|---|
| $     2,500 | $   ███████ |
| $ | $ |
| $ | $ |
| $ | $ |
| **Description Of Covered Autos** (Check appropriate box.): | |
| ☐ Any "auto" owned by you | |
| ☐ Any private passenger "auto" owned by you | |
| ☐ Any motor vehicle to which are attached dealer's license plates issued to you | |
| **X** Any motor vehicle designated in the Declarations of the policy by the letters P.I.P. and a motor vehicle the ownership of which is acquired during the policy period by you as a replacement therefor | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

We will pay Personal Injury Protection benefits because of "bodily injury" resulting from a motor vehicle "accident" and sustained by a person "insured". Our payment will only be for "losses" or expenses incurred within three years from the date of the "accident".

Personal Injury Protection benefits consist of:

**1.** Necessary expenses for medical and funeral services.

**2.** 80% of an "insured's" loss of income from employment. These benefits apply only if, at the time of the "accident", the "insured":

    **a.** Was an income producer; and

**CA 22 64 10 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 3**

b. Was in an occupational status.

These benefits do not apply to any "loss" after the "insured" dies.

Loss of income is the difference between:

a. Income which would have been earned had the "insured" not been injured; and

b. The amount of income actually received from employment during the period of disability.

If the income being earned as of the date of the "accident" is a salary or fixed remuneration, it shall be used in determining the amount of income which would have been earned. Otherwise, the average monthly income earned during the period (not more than 12 months) preceding the "accident" shall be used.

3. Reasonable expenses incurred for obtaining services. These services must replace those an "insured" would normally have performed:

a. Without pay;

b. During a period of disability; and

c. For the care and maintenance of the family or household.

These benefits apply only if, at the time of the "accident", the "insured":

a. Was not an income producer; and

b. Was not in an occupational status.

These benefits do not apply to any "loss" after the "insured" dies.

## B. Who Is An Insured

1. You or any "family member" while "occupying" or when struck by any "auto".

2. Anyone else "occupying" a "covered auto" with your permission.

## C. Exclusions

We will not provide Personal Injury Protection Coverage for any person for "bodily injury" sustained:

1. In an "accident" caused intentionally by that person.

2. By that person while in the commission of a felony.

3. By that person while attempting to elude arrest by a law enforcement official.

4. While "occupying" or when struck by, any motor vehicle (other than a "covered auto") which is owned by you.

5. By a "family member" while "occupying" or when struck by any motor vehicle (other than a "covered auto") which is owned by a "family member".

## D. Limit Of Insurance

Regardless of the number of owned "covered autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" in any one "accident" is the limit of Personal Injury Protection shown in the Schedule or in the Declarations.

## E. Changes In Conditions

The Conditions of the policy are changed for Personal Injury Protection as follows:

1. The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

However, our rights only apply against a person causing or contributing to the "accident" if, on the date of the "loss", the minimum limits required by Texas law have not been established for a motor vehicle involved in the "accident" and operated by that person.

2. The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" is replaced by the following:

If there is other Personal Injury Protection Insurance, we will pay only our share. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible Personal Injury Protection Insurance.

3. The following conditions are added:

a. **Payment Provision**

Loss Payments benefits are payable:

(1) Not more frequently than every two weeks; and

(2) Within 30 days after satisfactory proof of claim is received.

b. **Assignment Of Benefits**

Payments for medical benefits will be paid directly to a physician or other health care provider if we receive a written assignment signed by the covered person to whom such benefits are payable.

Page 2 of 3              © Insurance Services Office, Inc., 2012              CA 22 64 10 13

**F. Additional Definitions**

The following are added to the **Definitions** section and have special meaning for Personal Injury Protection:

1. "Covered auto" means an "auto":

    a. Owned or leased by you; or

    b. While temporarily used as a substitute for an owned "covered auto" that has been withdrawn from normal use because of its breakdown, repair, servicing, "loss" or destruction.

    Covered Autos Liability Coverage of this policy must apply to the "covered auto".

"Covered auto" includes "autos" (described in Paragraphs **a.** and **b.** above) for which Personal Injury Protection Coverage has not been rejected in writing.

2. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

3. "Occupying" means in, upon, getting in, on, out or off.

COMMERCIAL AUTO
CA 23 36 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS FORM F-1 – UNIFORM COMMERCIAL MOTOR VEHICLE BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

It is agreed that the certification of the policy, as proof of financial responsibility under the provisions of law or regulations promulgated by the Texas Department of Transportation, amends the policy to provide insurance for "auto" "bodily injury" and "property damage" liability in accordance with the provisions of such law or regulations to the extent of coverage and limits certified, provided only that the "insured" agrees to reimburse us for any payment made by us which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by us or the insured by giving thirty (30) days' notice in writing to the Texas Department of Transportation, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such commission.

CA 23 36 10 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

   **1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

   **2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

   **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**CA 23 84 10 13**                    © Insurance Services Office, Inc., 2013                    **Page 1 of 3**

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© Insurance Services Office, Inc., 2013  **CA 23 84 10 13**

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 94 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

**CA 23 94 10 13** © Insurance Services Office, Inc., 2011 **Page 1 of 1**

**COMMERCIAL AUTO**
**CA 99 44 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

**COMMERCIAL AUTO**
**CA 99 48 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS – BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**CA 99 48 10 13**          © Insurance Services Office, Inc., 2011          **Page 1 of 1**

HIIG IL 01 03 06 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION OR NON-RENEWAL TO SPECIFIED PERSONS OR ORGANIZATIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR TRUCK CARRIER COVERAGE FORM
AUTO DEALERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART

1. If we cancel or non-renew this policy for any reason other than non-payment, we will endeavor to give notice of the cancellation or non-renewal to the Specified Person(s) or Organization(s) listed in the **SCHEDULE** below _____thirty (30)_____days prior to the effective date of cancellation or non-renewal.

2. If we cancel this policy for non-payment, we will endeavor to give notice of the cancellation to the Specified Person(s) or Organizations(s) listed in the Schedule below ten (10) days prior to the effective date of cancellation.

3. If notice is mailed, proof of mailing to the mailing address you provide to us will be sufficient proof of notice.

4. Our failure to provide such notification to the Specified Person(s) or Organization(s) will not:

    a. Extend any Coverage Form cancellation date;

    b. Negate the cancellation as to any insured or any certificate holder;

    c. Provide any additional insurance that would not have been provided in the absence of this endorsement; or

    d. Impose liability of any kind upon us.

5. This endorsement does not entitle the Specified Person(s) or Organization(s) to any benefits, rights or protection under this Coverage Form.

6. For purposes of this endorsement, Specified Person(s) or Organization(s) means persons or organizations shown in the Schedule below.

| SCHEDULE | |
|---|---|
| **Name of Specified Person(s) or Organization(s):**<br><br>**Per Schedule of file with company** | **Mailing Address:** |

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08     ☐

**IL 00 03 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**IL 00 03 09 08**          © ISO Properties, Inc., 2007          **Page 1 of 1**          ☐

**IL 00 17 11 98**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.