IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## Alternative Dispute Resolution Summary

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: 4:25-CV-02301

2. Style of case: New York Marine Ins. Co. v. Thomas Oilfield Services, LLC, et al

3. Nature of suit: Insurance Coverage

4. Method of ADR used: ✓ Mediation      Mini-Trial      Summary Jury Trial      Early Neutral Eval.

5. Date ADR session was held: April 1, 2026

6. Outcome of ADR *(Select one)*:

   Parties did not use my services.          Settled, in part, as a result of ADR.

   Settled as a result of ADR.          ✓ Parties were unable to reach settlement.

   Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*

7. What was your TOTAL fee:   $7,500

8. Duration of ADR:   full day (impasse declared after 3.5 hours)      *(e.g.,* one day, two hours)

9. Please list persons in attendance (including party association, *e.g.,* defendant, plaintiff):

   Plaintiff - Suzanne Schiller (atty), Scott Jason (corp rep)

   Defendant (Thomas Oilfield Services) - Marisa O'Sullivan (atty), Michael O'Brian (atty), Jon Rowan (corp rep), Stafford Davis (corp rep)

   Defendant (Imperium Insurance Company) - Amy Greene (atty), James Leondiris (corp rep)

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

_James H. Moody III_          4.2.2026
Signature                                          Date

6520 Westgate Dr., Dallas, TX 75254          214-808-3630
Address                                          Telephone

## <u>Alternative Dispute Resolution Summary</u>
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Marisa O'Sullivan

Firm: Carrington Coleman et al

Address: 901 Main Street, Suite 5500

Dallas, TX 75202

Phone: 214.855.3000

Name: Suzanne Schlicher

Firm: Tollefson Bradley et al

Address: 2811 McKinney Ave., Suite 250

Dallas, TX 75204

Phone: 214.665.0100

Name: Amy Greene

Firm: Phelps Dunbar LLP

Address: 1001 Fannin Street, Suite 2200

Houston, TX 77002

Phone: 713.626.1386

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: